AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00312 |
| Robert Schornak (AKA: Bobby Schornak) | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/16/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Schornak (AKA: Bobby Schornak),
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 2 - Aiding and Abetting;
18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;

Date: 03/16/2021

*Issuing officer's signature*

City and state: Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/16/21, and the person was arrested on *(date)* 3/18/21
at *(city and state)* Roseville, Michigan.

Date: 3/18/21

*Arresting officer's signature*

ANTHONY RESENDEZ, SPECIAL AGENT FBI
*Printed name and title*