## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-CR-278 |
| | : | |
| v. | : | |
| | : | |
| **ROBERT SCHORNAK,** | : | |
|          **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 6, 2021 correspondence in response to the defendant's request for a Bill of Particulars in this case, which was served as an attachment via ECF on counsel for the defendant.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney
                                        D.C. Bar No. 415793

By:     /s/
       Amanda Fretto
       Assistant United States Attorney
       D.C. Bar No. 1018284
       555 Fourth Street, N.W., Room 3126
       Washington, DC 20530
       Amanda.Fretto@usdoj.gov
       (202) 252-7268

## CERTIFICATE OF SERVICE

On this 6th day of May, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                        /s/
                                      Amanda Fretto
                                      Assistant United States Attorney