

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 6, 2021

Eugene Ohm
Assistant Federal Public Defender
Federal Public Defender for the District of Columbia
625 Indiana Avenue NW
Washington, DC 20004
Eugene_Ohm@fd.org

    Re:    *United States v. Robert Schornak*
             Case No. 21-cr-278

Dear Counsel:

    I write to respond to your April 27, 2021 letter requesting a Bill of Particulars as to certain charges in the Indictment. The Indictment in this case contains a plain, concise, and definite statement of the essential facts constituting each charged offense and complies with Rule 7 of the Federal Rules of Criminal Procedure. The complaint and previously produced discovery provide still further information about the charges brought against your client. To the extent you seek additional discovery regarding the defendant's conduct, the government anticipates providing additional documents and materials in future discovery production(s). Given these facts, a Bill of Particulars is unwarranted.

    If you have any questions about the status of discovery, or questions about the materials previously provided, please feel free to contact me.

                            Sincerely,

                            _____/s/_____
                          Amanda Fretto
                          Assistant United States Attorney