UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-CR-278 (BAH) |
| | : | |
| v. | : | |
| | : | |
| ROBERT SCHORNAK and | : | |
| DANIEL HERENDEEN, | : | |
| Defendants. | : | |
| | : | |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the Status Report pursuant to the Court's Minute Order on May 14, 2021:

1. The Government has extended plea offers to the parties on May 21, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:         /s/
Amanda Fretto
Assistant United States Attorney
D.C. Bar No. 1018284
555 Fourth Street, N.W., Room 3126
Washington, DC  20530
Amanda.Fretto@usdoj.gov
(202) 252-7268

CERTIFICATE OF SERVICE

On this 21st day of May, 2021, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/
Amanda Fretto
Assistant United States Attorney