FILED
NOV 12 2021
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-278 (BAH) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(1) |
| v. | : | |
| ROBERT SCHORNAK | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Robert Schornak, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

1

session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate; and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*ROBERT SCHORNAK's Participation in the January 6, 2021, Capitol Riot*

8. Robert Schornak knew that the Congressional certification was scheduled to take place on January 6, 2021, at the United States Capitol.

9. On December 29, 2020, Mr. Schornak sent a message to his brother stating the following: We're obviously going next week, we can't stay home n watch our republic be stolen. They want a fight let's have it.

10. Robert Schornak and co-defendant Daniel Herendeen messaged each other on Facebook prior to January 6, 2021. Specifically, on or about On December 30, 2020, Schornak and Herendeen discuss their dedication to attend the "Stop the Steal" rally. Among their comments were:

    a. SCHORNAK: Cant stay home, I would not be able to live w myself

    b. HERENDEEN: That's how I feel. I'm supposed to go with [redacted], but it sounds like he might back out. I heard it might be hard to get to DC. I go regardless.

    c. SCHORNAK: Hard, nothing easy ever worth doing. Just call me bro

    d. HERENDEEN: Good point! Wanna make a plan? I have next two weeks off work. Just worked every day from Thanksgiving till this Thursday.

11. Prior to attending the rally, SCHORNAK messaged with another individual on Facebook requesting to borrow a bullet proof vest and stating, "I'm going to DC on the 6th and I don't expect it to be peaceful."

12. Mr. Schornak traveled to Washington, D.C. with co-defendant Daniel Herendeen.

13. On January 6, 2021, Mr. Schornak entered and remained in the United States Capitol without authority.

14. When Mr. Schornak entered the United States Capitol, he was wearing a military-style tactical vest and helmet and carried a bullhorn.

15. He entered the Capitol through the Senate Wing Door at approximately 2:26 p.m. While inside the United States Capitol, he entered the Crypt, traveled downstairs, and entered Emancipation Hall.

16. At approximately 2:36 p.m., Mr. Schornak was in the Crypt Lobby East area holding an American flag. Later, in a text message, Mr. Schornak admitted to taking the American flag from the Capitol.

17. Mr. Schornak received a text message from his brother stating the following: None of the politicians have left the Capitol Building. They are all still in the basement,

18. After leaving the Capitol on January 6, Mr. Schornak sent numerous messages regarding his conduct.

19. Mr. Schornak sent the following text message to his brother: We stormed that bitch!! Shit was crazy as fuck!! Mr. Schornak then sent his brother a video that he took while inside the Capitol and stated: This is what a revolution looks like.

20. Mr. Schornak's brother told him: Don't share on social media yet. Possible government trolls looking to bring charges to anyone inside the building.

21. Mr. Schornak replied to his brother: Yeah I'll save it for friends n family, I stole the Senate flag n took it outside to be waved it atop the scaffolding before I collapsed, tear gas is no joke man.

22. Mr. Schornak sent a message to another individual stating the following: We stormed the Capital!! [sic] Wait until you see it!! . . . Yeah, when government fears the people there's liberty, when the people fear the government there's tyranny, they were scared today, and I'm damn proud of it. The Capital [sic] has never been breached before, we did it.

23. The defendant knew at the time he entered the U.S. Capitol Building that the building was restricted, that he did not have permission to enter the building and the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ Amanda Fretto Lingwood
Amanda Fretto Lingwood
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Robert Schornak, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-8-21

Robert Schornak
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/10/2021

Eugene Ohm
Attorney for Defendant