# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-278 (BAH)** |
| **v.** : | |
| : | |
| **ROBERT SCHORNAK** : | |
| : | |
| **Defendant.** : | |

## RESPONSE TO MINUTE ORDER REGARDING VIDEO EXHIBIT RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's November 12, 2021 Minute Order, directing the government to submit to the Court a report identifying the video evidence on which the factual statements in the Statement of Offense associated with Robert Schornak's plea are based and to provide the government's position on whether this video evidence may be made publicly available without restriction. Below is a list identifying the video evidence that will be made available for the Court's review. The government is in agreement that the videos submitted to this Court can be released in accordance with the procedure outlined by this Court. *See* Standing Order 21-28 (BAH), at 5-6.

**CCV Video Associated with Schornak Plea Statement of Offense**:

1. Exhibit 1: Senate Wing Door CCV clip; length 2 minutes, 32 seconds.

2. Exhibit 2: Crypt East CCV clip; length 1 minute, 7 seconds.

3. Exhibit 3: Crypt Lobby East CCV clip; length 1 minute, 32 seconds.

4. Exhibit 4: Emancipation Hall CCV clip; length 2 minutes.

5. Exhibit 5: Crypt Lobby East CCV clip; length 31 seconds.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:          /s/
AMANDA FRETTO
Assistant United States Attorney
DC Bar No. 1018284
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-7268
Amanda.Lingwood@usdoj.gov