**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-278-1 (BAH) |
| v. | : | |
| | : | |
| ROBERT SCHORNAK, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum in connection with the above-captioned matter.

In the Government's Sentencing Memorandum, the government represented that Schornak never expressed remorse. In fact, based on the criminal charges in this case, Schornak was arrested on March 18, 2021, and did not express remorse until he and his attorney met with the government for an interview on September 28, 2021.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:  *Anita Eve*
ANITA EVE
PA Bar No. 45519
Assistant United States Attorney (Detailee)
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
Anita.eve@usdoj.gov
(215) 764-2177

## CERTIFICATE OF SERVICE

On this 8th day of February, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Anita Eve*
Anita Eve
Assistant United States Attorney