# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-278 (BAH) |
| v. : | |
| : | |
| ROBERT SCHORNAK : | |
| : | |
| Defendant. : | |

## RESPONSE TO MINUTE ORDER REGARDING ADDITIONAL VIDEO EXHIBITS AND RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's February 14, 2022 Minute Order, directing the government to submit to the Court a report identifying the video evidence on which the factual statements in the Government's Sentencing Memorandum are based and to provide the government's position on whether this video evidence may be made publicly available without restriction. Below is a list identifying the video evidence that was previously made available for the Court's review (Exhibits 1-5) and the additional video available that was made available this day for the Court's review (Exhibits 6-8). The government has no objection to any of the videos submitted to this Court to be released to the public in accordance with the procedure outlined by this Court. *See* Standing Order 21-28 (BAH), at 5-6.

1

**Video Associated with Schornak's Plea and Sentencing:**

1. Exhibit 1: Senate Wing Door CCV clip.

2. Exhibit 2: Crypt East CCV clip.

3. Exhibit 3: Crypt Lobby East CCV clip.

4. Exhibit 4: Emancipation Hall CCV clip.

5. Exhibit 5: Crypt Lobby East CCV clip.

**Additional Video Associated with Schornak's Sentencing:**

1. Exhibit 6: Emancipation Hall CCV clip.

2. Exhibit 7: Senate Wing Door CCV clip.

3. Exhibit 8: Capitol Exterior – flag raising video clip.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____/s/_____
ANITA EVE
Assistant United States Attorney (Detailee)
PA Bar No. 45519
(215) 764-2177
Anita.eve@usdoj.gov