UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No.   21-cr-278 (BAH) |
| ROBERT SCHORNAK ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S RESPONSE TO COURT'S ORDER OF FEBRUARY 14. 2022**

Robert Schornak, through his attorney, Eugene Ohm, hereby notifies the Court that he does not oppose the public release of the additional video evidence submitted by the Government.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500