UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,        )  Criminal Action
                                 )  No. 21-278-1
vs.                              )
                                 )
ROBERT SCHORNAK,                 )  February 18, 2022
                                 )  9:30 a.m.
              Defendant.         )  Washington, D.C.
                                 )
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF SENTENCING HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**


**<u>APPEARANCES</u>:**

FOR THE UNITED STATES:
                        ANITA EVE
                        U.S. ATTORNEY'S OFFICE/PA
                        615 Chestnut Street
                        Philadelphia, PA 19106
                        (215) 861-8577
                        Email: anita.eve@usdoj.gov

FOR THE DEFENDANT:
                        EUGENE OHM
                        Federal Public Defender
                        For the District of Columbia
                        625 Indiana Avenue, NW
                        Washington, DC 20004
                        (202) 208-7500
                        Email: eugene_ohm@fd.org


ALSO PRESENT:       CARMEN NEWTON, Probation Officer
                    CHRISTINE SCHUCK, Pretrial Agent

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter


Proceedings reported by machine shorthand, transcript
produced by computer-aided transcription.

1              **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Matter before the Court,

3      Criminal Case No. 21-278-1, United States of America versus

4      Robert Schornak.

5              Your Honor, for the record, Probation Officer

6      Carmen Newton and Pretrial Agent Christine Schuck are

7      joining us via Zoom.

8              Counsel, please come forward and state your names

9      for the record.

10             THE COURT:  You can do it from your table right

11     there.  When you are talking more, you can come up to the

12     podium.  But, for right now, if you could just state your

13     name for the record from the microphone at your table.

14             MS. EVE:  Good morning, Your Honor.

15             Anita Eve on behalf of the United States.

16             THE COURT:  Yes.  Good morning, Ms. Eve.

17             MR. OHM:  Eugene Ohm on behalf of Mr. Schornak.

18     Good morning, Your Honor.

19             THE COURT:  Good morning, Mr. Ohm.

20             Good morning, Mr. Schornak.

21             THE DEFENDANT:  Good morning, Your Honor.

22             THE COURT:  All right.  We're here this morning

23     for Mr. Schornak's sentencing.

24             The sentencing hearing, for purposes of the

25     record, is being held in person, but the public access line

1    is being made available for persons to listen to these

2    proceedings remotely.

3            The CDC still considers the District of Columbia a

4    high-transmission area for COVID and so keeping the public

5    access line is intended to keep the numbers of people

6    physically present coming into the courthouse down since

7    people can listen from the public access line.

8            Anyone listening to the sentencing hearing over

9    the public teleconference line is reminded that, under my

10   Standing Order 20-20, recording and rebroadcasting of court

11   proceedings including those held by videoconference is

12   strictly prohibited.  Violation of these prohibitions may

13   result in sanctions, including removal of court-issued media

14   credentials, restricted or denial of entry to future

15   hearings, or any other sanctions deemed necessary by the

16   presiding judge.

17           All right.  I am going to begin just by talking

18   about all of the documents and submissions that I have read

19   in connection with the hearing.  I like to do this to make

20   sure everybody is working from the same set of materials.

21           I have reviewed the probation office's presentence

22   investigation report, docketed at ECF 59; as well as the

23   probation office's sentencing recommendation, docketed at

24   ECF 60.

25           I have also reviewed the government's sentencing

 1    memorandum and supplemental correction, docketed at ECF 62

 2    and 63.  I have reviewed the video evidence that's been

 3    submitted and listed by the government, at ECF 50, and

 4    supplemented, for purposes of sentencing, at ECF 67.

 5              I have also reviewed the sentencing memorandum

 6    submitted by Mr. Ohm on Mr. Schornak's behalf that -- along

 7    with Mr. Schornak's letter to me, and 14 other letters from

 8    family members and friends.

 9              So does the government have all of those

10    documents?

11              MS. EVE:  Yes, Your Honor.

12              THE COURT:  And, Mr. Ohm, do you have all of those

13    documents?

14              MR. OHM:  Yes, Your Honor.

15              THE COURT:  I think you were talking over me.

16              MR. OHM:  Yes, Your Honor.

17              THE COURT:  All right.  So, Mr. Schornak --

18              MR. OHM:  Sorry.

19              THE COURT:  Let me just give you an outline of how

20    this sentencing proceeding is going to go today.

21              It has four different steps.  And I like to tell

22    people how the hearing proceeds since different judges do

23    sentencing hearings differently; and I want you to

24    understand what's coming up next during the course of the

25    hearing.

1          The first step of the sentencing hearing is to

2     determine whether the government or you have any objections

3     to any portions of the presentence investigation report

4     submitted by the probation office and, if there are any

5     objections, to resolve them.

6          The second step -- because you have been convicted

7     of a Class A misdemeanor which is subject to the federal

8     sentencing guidelines -- is to determine how the guidelines

9     apply in your case based upon your criminal history and any

10    mitigating or aggravating factors.

11         The third step is to hear from the government and

12    then from your counsel and, lastly, from you, if you wish to

13    be heard about sentencing, if you wish to speak to me

14    directly about your case.  And then the last step requires

15    the Court to explain the reasons for the sentence imposed

16    and to impose sentence.

17         Do you have any questions about how this hearing

18    is going to proceed this morning?

19         THE DEFENDANT:  No, Your Honor.

20         THE COURT:  All right.  So let's start with the

21    presentence investigation report that was filed on

22    January 20th, 2022.

23         I understand from the PSR, at page 18, that the

24    government hasn't submitted any objections to the

25    presentence investigation report; is that correct?

1           MS. EVE:  That is correct, Your Honor.  There were

2      no objections.

3           THE COURT:  Okay.  But I was a little bit confused

4      so maybe you can clarify this for me.  Because the

5      government, although it noted no --

6           Excuse me.  I'm sorry.  You're going to have to

7      leave.  A sentencing hearing is no place for a crying baby

8      as cute as that baby maybe.

9           THE DEFENDANT:  Thank you, Your Honor.

10          He's normally good.  We expected him to be better.

11     I apologize.

12          (Whereupon, the proceeding pauses.)

13          THE COURT:  All right.  Ms. Eve, so the

14     government's sentencing memo says that the adjusted offense

15     level in the PSR, at paragraph 40, applied a two-offense

16     level increase under the guideline at 2B2.3(b)(1)(a)(i)

17     because the trespass occurred at a secured government

18     facility, and the government believed that it should be --

19     instead of (i), it should have been (v)(ii), at 7, because

20     of a restricted building or grounds.

21          Was that paragraph corrected in the PSR, because I

22     don't see the problem that the government mentions in its

23     sentencing memo?

24          MS. EVE:  Your Honor, we identified it in the

25     sentencing memorandum.

1           Does the Court want me to stand?

2           THE COURT:  Yes.  You can come forward --

3           MS. EVE:  Yes.

4           THE COURT:  -- to speak at the podium.

5           MS. EVE:  I am not used to sitting when I address

6    the Court.

7           THE COURT:  Yes, thank you.

8           I am not used to that either, to be honest.

9           MS. EVE:  Your Honor, it did not -- when I was

10   preparing the sentencing memorandum and it was being

11   reviewed by my supervisors, we noticed what the probation

12   office relied upon and felt that -- because they did put the

13   (i) as opposed to the small -- (ii).

14          THE COURT:  I think they must have corrected it

15   because the version that I have -- it doesn't have a (i) --

16   any (i)s or anything in it.

17          So I don't --

18          MS. EVE:  It might have been in --

19          THE COURT:  -- in paragraph 40.  So I don't -- I

20   think they must have corrected it.

21          Are you looking at ECF 59, the final --

22          MS. EVE:  I think -- well, Your Honor, when I

23   wrote --

24          THE COURT:  -- presentence investigation report?

25          MS. EVE:  I think -- well, Your Honor, when I

```
 1     wrote --
 2               THE COURT:  Don't speak over me.  Let me finish my
 3     question.
 4               MS. EVE:  I'm sorry.
 5               THE COURT:  Was your comment in your brief
 6     critical of the paragraph 40 -- the paragraph 40 in the PSR
 7     that appears in the final presentence investigation report,
 8     docketed at ECF 59?
 9               MS. EVE:  Your Honor, when I wrote the sentencing
10     memorandum, I did not have the final.  I was relying on the
11     draft; and I believe it may have been corrected in the
12     final.
13               THE COURT:  Okay.
14               MS. EVE:  And there was no difference in terms of
15     the application of (i) as opposed to (ii).
16               THE COURT:  I understand that.
17               Okay.  But if there was a problem in the PSR, I
18     would have to correct it here; but I don't see any
19     correction necessary.  Is that the government's position
20     now?
21               MS. EVE:  Yes, Your Honor.
22               THE COURT:  Okay.  Thank you.
23               All right.  You may be seated.
24               MS. EVE:  Thank you.
25               THE COURT:  All right.  Mr. Ohm, have you and your
```

1    client read and discussed the presentence investigation

2    report?

3                MR. OHM:  Yes, Your Honor.

4                THE COURT:  And does the defendant have any

5    objections at all to the PSR?

6                MR. OHM:  No, Your Honor.

7                THE COURT:  All right.  You may be seated.

8                Mr. Schornak, please stand right where you are,

9    and you can move the microphone over to you.

10               Are you fully satisfied with your attorney in this

11   case?

12               THE DEFENDANT:  Yes, Your Honor.

13               THE COURT:  Do you feel that you have had enough

14   time to talk to Mr. Ohm about the probation department's

15   presentence investigation report, the sentencing

16   recommendation, and the papers filed by the government in

17   connection with your sentencing?

18               THE DEFENDANT:  Yes, Your Honor.

19               THE COURT:  All right.  You may be seated.

20               Hearing no objection from either side, the Court

21   accepts the factual portions of the presentence

22   investigation report as undisputed and as my findings of

23   fact at sentencing, as supplemented by my own review of the

24   video exhibits in the case.

25               All right.  We're now at the second step of the

1    sentencing hearing where I discuss determination of how the

2    guidelines apply to your case, Mr. Schornak.

3            The probation office has calculated the guideline

4    range as follows -- and I concur with the probation office's

5    guideline determination.

6            The presentence investigation found that

7    Mr. Schornak has three prior criminal convictions, two DUI

8    offenses as a young adult, and a disorderly person offense

9    at age 20; but these do not count towards his criminal

10   history score and, thus, his criminal history score is zero,

11   and his criminal history category is 1.

12           The offense of conviction is 18 U.S.C. Section

13   1752(a)(1), entering and remaining in a restricted building

14   or grounds.  And the guideline that applies to that offense

15   conduct, under this statute, is the guideline at 2B2.3,

16   which starts with the base offense level of 4; and then two

17   offense levels are added because the trespass occurred at a

18   restricted building or grounds, under 2B2.3(b)(1)(A)(7); and

19   two levels are subtracted for defendant's acceptance of

20   responsibility under the guideline at 3E1.1(a); resulting in

21   a total offense level of 4 which, in combination with his

22   criminal history category 1, results in an advisory

23   sentencing range of zero to 6 months' imprisonment.

24           Under this statute, also, it can be also up to --

25   under the guidelines, up to 3 years of probation; and any

1    period of imprisonment may be followed by up to 1 year of

2    supervised release; a fine range of $500 to $9500, and a

3    special assessment of $25 for a single count of conviction,

4    which is what is triggered here, and a restitution amount

5    under the plea agreement of $500.

6              Are there any objections from the government to

7    this guideline determination?

8              MS. EVE:  No, Your Honor.

9              THE COURT:  And, Mr. Ohm, any objections to --

10             MR. OHM:  No, Your Honor.

11             THE COURT:  All right.  I will now turn to the

12   government.

13             Ms. Eve, you can step forward to the podium and --

14   to discuss application of the factors that are set out in

15   Section 3553(a).

16             I understand the government's sentencing

17   recommendation here is 4 to 6 months' imprisonment, plus

18   1 year of supervised release, and 60 hours of community

19   service; compared to the defendant's request for a period of

20   probation and community service, and the U.S. Probation

21   Office's recommendation of 2 years' probation.

22             So the government's recommending 4 to 6 months'

23   imprisonment, which is within the advisory guideline range

24   of zero to 6 months, but at the high end of that guideline

25   range; is that correct?

1           MS. EVE:  That is correct, Your Honor.

2           THE COURT:  And most -- I mean, usually -- if you

3     check the sentencing commission statistics, you know, the

4     vast majority of sentences within the guideline range are at

5     the low end of the guideline range not the high end of the

6     guideline range as the government's recommending here.

7           And I understand that the government's position is

8     that there is unique circumstances applicable to the offense

9     conduct in this case that warrants a sentence at the high

10    end of the applicable guideline range; so I want to give the

11    government an opportunity to tell me about that.

12          MS. EVE:  Yes, Your Honor.

13          Your Honor, we have set forth, in our sentencing

14    memorandum and the exhibits presented to the Court, the

15    aggravating circumstances that exist in this case and the

16    acts undertaken by this defendant, and there are numerous

17    ones.

18          I want to point to the most important ones,

19    beginning with the planning that this defendant engaged in

20    prior to leaving Michigan.  He planned for violence taking

21    place in the District of Columbia -- not necessarily at the

22    Capitol, but in the District of Columbia; it just happened

23    to occur at the Capitol, and it happened to occur with this

24    defendant.

25          This defendant planned to take a tactical vest; he

1    took a military-style helmet; he took a bullhorn.  He

2    attended the "Stop the Steal" rally and then proceeded

3    directly to the United States Capitol.

4           Pages 2 and 3 -- particularly page 3, where we

5    have Image 1, shows Mr. Schornak wearing the tactical vest,

6    carrying the helmet, carrying the bullhorn.

7           And I will get to this in a minute, but there is

8    also the social media post that Mr. Schornak made with

9    regard to his intent of what was going to take place in

10   Washington.  He did not plan for anything to be peaceful.

11          The next aggravating factor that I want to talk

12   to -- well, the second one I had was the wearing of the

13   actual tactical vest and the carrying of the helmet and the

14   bullhorn in Washington, D.C.

15          And as I indicated, the first image, Image 1,

16   which appears on page 3 of the government's sentencing

17   memorandum -- you can also see, on page 9 of the

18   government's sentencing memorandum -- specifically, Image 8

19   shows the defendant inside the crypt wearing the tactical

20   vest, carrying a bullhorn, and carrying the helmet.

21          THE COURT:  Can I interrupt you for just one

22   minute, Ms. Eve, because you talked about his social media

23   post.  When I hear about "social media posts," I, sort of,

24   interpret that to mean public posts for everybody in the

25   world to see.

1          And -- did he do that, or were his posts on

2    Facebook, sort of, private messages to friends or family?

3          MS. EVE:  Well, Mr. Schornak had people that he

4    had -- he was friends with on Facebook.  So when he posted

5    the intent, he is sharing those with the people that he's

6    friends with; that would include his brother; that would

7    include -- there was another unidentified individual; and

8    then there was the individual that we have identified in our

9    sentencing memorandum as C.H.; we only indicated her first

10   name being "Cindy."  So he is sharing this not with the

11   world, but with the people that he's friends with.

12         THE COURT:  All right.  And do you think there is

13   a difference between a person communicating more privately

14   with specific individuals and private posts or emails or

15   texts versus someone who is posting more broadly to a much

16   larger audience of the public, in terms of trying to incite

17   or encourage or promote a particular activity?

18         MS. EVE:  Your Honor, I think it depends on the

19   circumstances.  What you have just identified is that if you

20   are trying to encourage the masses and if you're making

21   public posts -- that's not what we're talking about in this

22   case.

23         THE COURT:  Okay.  I want it to be clear because I

24   do think that there is a distinction; and I think that there

25   is a distinction that I have been drawing in cases in terms

 1   of culpability.

 2            So I wanted to clarify that when you refer to

 3   social media posts that he made before he came to D.C. --

 4   you are not talking about posts to the public; they were

 5   posts made privately to individuals whom he knew?

 6            MS. EVE:  That would be correct, Your Honor.  And

 7   I will forego saying "social media posts," and just say

 8   "Facebook" --

 9            THE COURT:  Okay.

10            MS. EVE:  -- and to his friends or family.

11            THE COURT:  Okay.  All right.  I wanted to make

12   sure I had not missed something.

13            MS. EVE:  Yes, Your Honor.

14            As I was indicating -- I don't know whether I

15   completed my thought.

16            Image 8, which appears on page 9 of the

17   government's sentencing memorandum, shows Mr. Schornak in

18   the vest with the helmet and with the bullhorn; and he is

19   inside the crypt.  And there was a video that was presented

20   to the Court that also -- that is the source of the

21   screenshot that appears on -- that is Image 8.

22            And the discussion on Facebook with regard to the

23   vest, with regard to where his mind was, in terms of why

24   he's bringing these items to the Capitol -- he posted on

25   Facebook.  As I indicated, I will get to the Facebook posts

1    in a moment.

2            Now, I want to talk about the defendant's entry

3    into the Capitol because he entered the Capitol not long

4    after the Senate wing door had been breached; that door was

5    breached at approximately 2:20 p.m. on January the 6th.

6            The defendant coursed through the mob that is

7    depicted in Image 2 on page 4 of the government's sentencing

8    memorandum.  The defendant entered the Capitol at

9    approximately 2:26 p.m.; a mere six minutes from the time

10   that that Senate wing door had been breached.

11           As you can see in Image 3, on page 5 of the

12   government's sentencing memorandum, that's the defendant

13   entering the Capitol through the Senate wing door -- and I

14   should say broken Senate wing door.  Not broken by this

15   defendant, but broken by the individuals who first breached

16   it at approximately 2:20.

17           The next image that I want to bring to the Court's

18   attention is Image No. 4 which appears on page 6 of the

19   government's sentencing memorandum.  If you look to the far

20   left center of that image, you will see the defendant is

21   circled.  That image is captured at approximately a minute

22   or so after the defendant entered the Capitol.

23           So what it shows is the defendant now having

24   illegally entered the Capitol through the broken Senate wing

25   door; he is standing in that same lobby area.  He is

1   watching -- now law enforcement is stopping the flow of

2   individuals into the Capitol.  He doesn't say to himself:

3   Oh, let me get out of here; I am not supposed to be in here.

4   Instead, he stands back and watches other people trying to

5   get in.

6         The defendant doesn't leave.  Instead, the

7   defendant makes a left and proceeds further into the

8   Capitol.  We know that because, at approximately 2:29 p.m.,

9   law enforcement officers were attempting to lower a gate; it

10  goes from the crypt to, I think, the visitor center.  It

11  shows in Images 5 and 6 -- and there is the video that we

12  provided to the Court --

13        THE COURT:  I have seen the video.

14        MS. EVE:  Yes.  If you recall, Your Honor, it was

15  an attempt by law enforcement officers to lower this gate;

16  and there are individuals throwing chairs and other things

17  at the law enforcement officers.  Mr. Gieswein takes a bear

18  spray can or pepper spray and he sprays the law enforcement

19  officers; the fumes from this spray are in the air.  And

20  less than a minute after these individuals have tried to

21  interfere with law enforcement officers, Mr. Schornak

22  appears.

23        If you will recall from the video, Mr. Schornak

24  was covering up his mouth and his nose because that irritant

25  is in the air.

1          Not deterred by what he is witnessing -- the

2     interaction between the law enforcement officers and the

3     rioters that he is a part of because he is in the Capitol

4     with them -- Mr. Schornak, as I indicated, he is marching

5     through the Capitol; he is in the crypt that's shown in

6     Image 8.

7          He then travels to Emancipation Hall.  And he

8     meets, in Emancipation Hall, the same individual who has

9     just pepper-sprayed law enforcement officers.  What does he

10    do?  He takes a selfie with this individual.  This

11    individual is now to him a celebrity.

12         But the case against Mr. Schornak and the reason

13    why we are asking --

14         THE COURT:  Ms. Eve.  Ms. Eve, I am going to stop

15    you there because I know that the government spent, you

16    know, some -- gave some attention to the selfie that

17    Mr. Schornak took with -- Mr. Gieswein, is that his name?

18         MS. EVE:  Mr. Gieswein, correct.

19         THE COURT:  -- who, I take it, has been charged in

20    a case not before me; is that correct?

21         MS. EVE:  That's correct, Your Honor.

22         THE COURT:  And the government does seem to

23    suggest that Mr. Gieswein was a friend of Mr. Schornak's or

24    had some familiarity with Mr. Schornak, which Mr. Schornak

25    denies.  The government doesn't have any evidence other than

1    Mr. Schornak taking a selfie with Mr. Gieswein that he knew

2    what Mr. Gieswein's conduct had been in spraying bear spray

3    towards the law enforcement officers when they were trying

4    to get the gate down and -- I mean, do you? -- that they

5    were anything other than two people inside the Capitol

6    unlawfully.

7            MS. EVE:  Just circumstantial evidence, Your

8    Honor.  Just given the fact of when the spraying occurred

9    and Mr. Schornak's appearance on the video in such close

10   proximity to that time frame.

11           THE COURT:  Well, I have looked at that video and,

12   frankly, Mr. Schornak looks like he's pretty far back.  He

13   comes strolling through.  I mean, clearly, the fumes were

14   affecting lots of people.  But it's not clear to me from the

15   video that he was so close that he could see that violent

16   interaction between the rioters trying to keep the gate up

17   and the law enforcement people trying to lower the gate;

18   that's number one.

19           Number two, in Emancipation Hall, when

20   Mr. Schornak took a selfie with Mr. Gieswein, just a couple

21   of seconds -- maybe a minute later, he also is taking

22   photographs of two other members of this mob who were

23   standing in Emancipation Hall, you know, taking -- asking

24   for -- clearly, you can see the interaction, although there

25   is no sound, asks Mr. Schornak to take a picture of them in

1    their glory inside the Capitol; and he did that too.

2          So it wasn't just Mr. Gieswein that he took a

3    picture of in Emancipation Hall; it was these two other

4    individuals as well, right?

5          MS. EVE:  I will concede that, Your Honor.  I am

6    just implying that based on the circumstances -- to the

7    government, there is circumstantial evidence that he was

8    treating Mr. Gieswein as a celebrity.

9          Mr. Ohm, in his sentencing memorandum, suggested

10   that, no, he didn't know him; didn't know what he had done;

11   and just saw that they were dressed alike, and that's the

12   reason why he took a selfie with him.  I am going to leave

13   that up to the Court to decide; it can go either way.

14         THE COURT:  I don't think it can go either way.

15         I don't see any evidence supporting the fact that

16   they have a closer relationship than any of the other people

17   who -- the two other people, like Mr. Gieswein, who may have

18   wanted a picture taken in Emancipation Hall since they were

19   taking free reign of the Capitol at that point.

20         But I know that one of the aggravating

21   circumstances that the government has pointed to is this

22   selfie with Mr. Gieswein and asking the Court to draw an

23   inference that Mr. Schornak viewed Mr. Gieswein and was

24   celebrating his actions in having a violent confrontation

25   with the law enforcement officers who were there.  I think

1    that that is an inference that I am not going to draw here

2    because I just don't see the evidence of that in the

3    videotapes.

4         MS. EVE:  I will accept that, Your Honor; and I am

5    going to go on to the next thing.

6         THE COURT:  Fine.

7         MS. EVE:  The next thing that I want to bring to

8    the Court's attention is the theft of the flag.

9         As depicted in Images 12 and 13 and in the video

10   exhibit, which is Government Exhibit No. 6, Mr. Schornak is

11   not with the crowd -- he is all alone.  And he goes to an

12   area in the visitor center and he walks up to a statue; and

13   according to the Capitol Police he stepped over, like, a --

14   I would say, like, a velvet rope -- but he walked over a

15   rope line that was protecting the statue; and he removes the

16   flag and the flagpole.

17        And as you can see in Images 12 and 13, it took

18   him -- we got -- well, we captured from 19:35:01 through

19   19:35:08, in the visitor center upper lobby you can see the

20   defendant walking without the flag and then, within a matter

21   of split seconds, the defendant is walking away with the

22   flag.

23        THE COURT:  I don't think there is any dispute

24   that he stole the flag.

25        MS. EVE:  That's right; and he's parading around

1   the Capitol with it.  And he has -- in Images 14 and 15, you

2   see him with the flag.

3        He is now back in the crypt.  And in Image 16,

4   when he is now leaving the Capitol, he is going through the

5   broken Senate wing window with the flag.  And what does he

6   do with the flag?  He goes outside, as depicted in

7   Images 17, 18, and 19, and he raises the flag; and then he

8   hands it off to two individuals who are on a scaffold.  They

9   are not there to wash the windows; they are not there to do

10  any maintenance.  They are there as part of the riot and the

11  insurrection that's taking place on the Capitol.

12        Now, I mentioned earlier that I wanted to get to

13  the Facebook posts because the Facebook posts tell us about

14  the mindset of the defendant.

15        He states, and I quote, on page 16 of the

16  government's sentencing memorandum, "I stole the Senate flag

17  and took it outside to be waved atop the scaffolding before

18  I collapsed."

19        That post gives us a clear indication of what the

20  defendant was thinking when he stole the flag and what he

21  intended to do with the flag.  He was rallying the rioters

22  who were there on the Capitol steps.  He didn't take it as a

23  souvenir.  I know that there is a case -- I don't think -- I

24  am not sure if it's before this case -- Wiedrich, where an

25  individual stole a flag, took it home, and he's keeping it

1    as a souvenir.  It's a personal object.

2          For this defendant, he is using this like a

3    battleground flag, trying to rally the troops there.  And he

4    tells us that that's what he wanted to do.

5          He sent a message to another individual after that

6    same post and he said, We stormed the Capitol.  Wait until

7    you see it.  Yeah, when government fears the people there is

8    liberty.  When the people fear the government there is

9    tyranny.  They were scared today, and I am damn proud of it.

10   The Capitol has never been breached before.  We did it.

11          Your Honor, I highlight a number of the

12   defendant's messages in the government's sentencing

13   memorandum.  And one of the things that the government has

14   looked at is not only the post that he made after he left

15   the Capitol, but what did he say the day after.

16          On January 7, the defendant posted the following

17   comment on Facebook, I will never apologize for what we did,

18   ever.

19          Now, this is after the whole world has seen this

20   insurrection take place before their eyes.  It's all over

21   the media.  It's on the television, it's on the internet,

22   it's on the radio -- it's everywhere.  But this defendant,

23   the day after is saying, I don't intend to apologize for

24   this.

25          On January 22nd is when he tells his Facebook

1    friend, Hey, Cindy, please erase that post about me at the

2    Capitol.  I really don't want that info out there for

3    obvious reasons.

4            Now, I know, in the defendant's sentencing memo,

5    they refer to the government taking things out of context.

6    We didn't take anything out of context.  We quoted the

7    defendant directly and in time -- the day of, the day after,

8    and several -- almost 20 -- almost 20 days later, not quite

9    20 days, but on January 22nd.

10           So he encouraged the destruction of a Facebook

11   post that he initially made.

12           Now, I know that there have been several cases

13   that have been prosecuted by my office; and the defendants

14   learned the fact that they're under investigation, and they

15   contact the FBI and they say:  I want to turn myself in.

16   This defendant didn't do it.  This defendant had to be

17   arrested.

18           The arrest took place not in his home because the

19   FBI agents realized that he had a young child.  As the

20   defendant has informed us, in the defendant's sentencing

21   papers, his son was three months old, I believe, on January

22   the 6th; just a couple months older when he was arrested, I

23   believe, in March.

24           The defendant had his constitutional right to have

25   an attorney present before he made any statements; but the

1    first time that he makes a statement is not until September

2    of 2021.

3         As the Court is aware, when I filed the initial

4    sentencing memoranda, I indicated the defendant had not

5    shown remorse; that's because, in preparation of the

6    sentencing memorandum, there was discussion that took place

7    between myself and the case agents because I wanted to know

8    how did this defendant act when he was debriefed back in

9    September.  And the report that I got was that he was

10   minimizing his conduct; that he was saying the right words

11   in terms of expressing remorse, but they doubted the

12   remorse.  They felt that he was not sincere.

13        Now, if you read defendant's sentencing

14   memorandum, if you read all of the supporting letters from

15   his family and friends, remorse rings throughout everything,

16   but there was -- that's because the defendant got caught;

17   that is because the defendant is going to be standing before

18   the Court in mere moments expressing remorse because he

19   wants leniency.  He doesn't want to fall into the category

20   of a defendant who is going to have to go to jail as a

21   consequence of his actions on January 6th, which is what the

22   government is asking the Court to do.

23        THE COURT:  Well, let me ask you, Ms. Eve, because

24   I do have a number of questions.  And among the various

25   factors that the government has pointed out to say that

1       Mr. Schornak deserves 4 to 6 months' incarceration and

2       including the factors you've pointed out, about

3       demonstrating a prior intent to interfere with congressional

4       proceedings, preparing for it, and bringing with him --

5       preparing for violence in D.C., bringing with him a tactical

6       vest, a military helmet, a bullhorn, stealing the flag, then

7       using the flag to rally and encourage other rioters outside,

8       boasting about his unlawful conduct, asking another person

9       to delete a media post -- but in all of those factors, you

10      don't talk at all about the fact that the defendant has

11      spoken with investigators from the House Select Committee.

12      He has given a transcribed deposition; he has apparently

13      cooperated with the House Select Committee.  And defense

14      counsel says that he advised the government about this, I

15      guess, on February 8th -- so not very long ago, and says

16      that the government's recommendation was made absent that

17      knowledge.

18              So when the government did submit its sentencing

19      recommendation and its sentencing memo, were you unaware

20      that he had been cooperating or making himself available to

21      talk to investigators with the House Select Committee?

22              MS. EVE:  Unaware, Your Honor.

23              THE COURT:  And so now knowing that, would you

24      agree that voluntary cooperation with the House Select

25      Committee is a reflection of acceptance of responsibility

1    and some remorse and should be given some credit as

2    cooperating -- if not with the law enforcement arm of the

3    federal government, but with the congressional arm doing an

4    investigation of what occurred on January 6th?

5            And, if so, how much credit would the government

6    recommend giving for that -- making himself voluntarily

7    available to the House Select Committee?

8            MS. EVE:  Your Honor, as Mr. Ohm indicated in his

9    sentencing memorandum, when Mr. Schornak was approached to

10   give that testimony, it was with the understanding that it

11   would not have any impact on his sentencing.

12           We are not treating that in the same way that

13   somebody would be treated as if they cooperated in a federal

14   investigation and would be seeking a 5K1.1 motion by the

15   government.  So we are not giv- -- I don't know the

16   substance of any of his testimony; that's never been made

17   privy to me or anybody else that I know in the judicial

18   branch of the government.  But it is not something that we

19   are asking the Court to take into consideration; that is

20   something that the defendant has chosen to do.

21           I am aware of other defendants in cases that I

22   have handled -- once they plead guilty, then I know that

23   there are individuals who are investigating -- who are

24   involved in the legislative investigation of the January 6th

25   event.  But there is no -- there is no intersection between

1    what we're doing and what they're doing; we're acting

2    completely independent.  And I don't think that it is

3    something that should be given great weight, in terms of

4    deciding the sentence for this defendant --

5              THE COURT:  Even if it's not great weight, should

6    it be given some weight, some acknowledgment?

7              MS. EVE:  I don't think it should be factored into

8    the sentence and the guidelines that we're asking.

9              Perhaps -- Your Honor, as we have indicated, we're

10   asking for 4 to 6; where, at the bottom, is the 4.  If

11   somewhere -- if the Court wants to give him some

12   consideration to what he has done in terms of his

13   cooperation with the legislative branch, maybe that's what

14   is taking him from 6 to 4.

15             THE COURT:  Okay.  So does the Department of

16   Justice or the U.S. Attorney's Office not believe that -- is

17   this a formal position or your particular -- is this a

18   formal position of the U.S. Attorney's Office, or is this

19   just your position knowing what you know about the facts of

20   this case, that January 6th defendants should not be

21   encouraged, incentivized in any way to cooperate with the

22   House Select Committee investigating the January 6th events

23   and that, therefore, the position that the U.S. Attorney's

24   Office is going to take at sentencing is that any such

25   cooperation with the House Select Committee should be not

1    considered as a factor?

2              MS. EVE:  Your Honor --

3              THE COURT:  I just want to understand, sort of,

4    what the position is.

5              MS. EVE:  I am not sure exactly what the position

6    is.  I know that -- as Mr. Ohm indicated, that when he

7    counseled his client to engage in the cooperative effort

8    with the legislative branch that he informed Mr. Schornak

9    that that wasn't something that was going to -- it may not

10   benefit him in terms of sentencing.

11             I cannot express to the Court what the official

12   Department of Justice position is -- and I could find that

13   out for the Court --

14             THE COURT:  Well, the sentencing is right now.

15             MS. EVE:  I do -- Your Honor, but that -- in terms

16   of making an argument because of the fact that Mr. Ohm is

17   aware that it's not something that we are saying to the

18   Court:  Well, this individual, you know, he cooperated with

19   the House of Representatives' January 6 investigation, we

20   are asking the Court to reduce his sentence -- that we are

21   not doing.  But I think that it is appropriate and I don't

22   take issue with Mr. Ohm bringing that to the Court's

23   attention.

24             THE COURT:  All right.  Okay.  So let me -- let me

25   just talk about the 3553(a)(6) factor, which requires

1    sentencing judges trying to fashion an appropriate sentence

2    in a case to avoid unwarranted sentencing disparities among

3    defendants convicted of similar conduct with similar

4    criminal histories.

5            And one of the things that I've puzzled over with

6    this Class A misdemeanor is that I, as have a number of

7    other judges in this court in these January 6 cases, have

8    imposed up to 36 months of probation, three years of

9    probation, to ensure that the supervision of defendants who

10   have clearly, by their conduct on January 6th, indicated a

11   propensity to exercise -- engage in unlawful behavior to

12   promote their own political beliefs.  And the supervision

13   for a period of three years helps ensure some supervision

14   over the next mid-term elections, presidential election

15   cycle.

16           If the Court accepts the government's

17   recommendation here of 4 to 6 months' imprisonment then,

18   once that term of imprisonment is served, the defendant and

19   the Court would be limited statutorily, under the

20   guidelines, to imposing only a one-year term of supervision,

21   rather than the three years of supervision.

22           And does the government have any concern over

23   that -- about this choice, if the prison term recommended by

24   the government is imposed, that the defendant would actually

25   be under far less supervision for a lesser period than if a

1    period of probation is imposed with some special conditions

2    which could be intermittent confinement?

3            MS. EVE:  Your Honor, I have -- in preparation for

4    today, I have read through some of the Court's

5    transcripts -- the *Griffith* case, the *Gruppo* case, and the

6    *Croy* case; so I understand what the Court's inquiry is with

7    regard to watching the defendant to make sure that, you

8    know, he follows the rules, and that's fine, in terms of

9    following his future behavior.

10           But in this case we're not -- we're seeking

11   punishment for the subject conduct as well as a one-year

12   period of supervised release.

13           THE COURT:  Even appreciating that imposing a

14   period of 4 to 6 months' imprisonment would bar a longer

15   period of supervision?

16           MS. EVE:  Yes, Your Honor.

17           THE COURT:  And so, in the government's view, it's

18   more important to mete out a prison term as punishment to

19   provide deterrence -- both for this defendant and the more

20   general public -- than to keep this defendant under a longer

21   period of supervision to protect the public from further

22   crimes by this defendant?

23           MS. EVE:  Your Honor, under the circumstances of

24   this case, I think that imposing the period of incarceration

25   that we have recommended to the Court will serve as general

1    deterrence because, far too often, there's instances where a

2    person is placed on three years' probation, and it creates

3    the impression that this is just a slap on the wrist as

4    opposed to a sticking your teeth into the -- basically the

5    situation that was created here and the actions of the

6    defendant on January the 6th -- because this defendant has

7    told you he is not going to do this anymore.  He has

8    changed; he's very remorseful.

9         His sentencing -- the government's -- I'm sorry --

10   the defense's sentencing memorandum is replete, as I

11   indicated previously, with regard to remorse and this was,

12   you know, abhorrent behavior when the facts, as I have

13   outlined them, show anything but an isolated situation.  It

14   was like there was contemplation on the part of the

15   defendant as he stood there after entering the Senate wing

16   door.  He stood there and he's watching all of this unfold

17   in front of him; he's seen the mob out there.

18        He indicated during his plea hearing, Your Honor,

19   that he had seen violence taking place; he witnessed that.

20   And --

21        THE COURT:  But, in the end, he was in the Capitol

22   for 12 minutes; is that right?  I mean, he went to a bunch

23   of different places within the Capitol; but wasn't it a

24   total of about 12 minutes?

25        MS. EVE:  I think it was 30 minutes, Your Honor.

```
 1                    THE COURT:  It was 30 minutes inside the Capitol?

 2                    MS. EVE:  I think so.

 3                    THE COURT:  All right.  I don't know why I read 12

 4       minutes somewhere.

 5                    MS. EVE:  I am sure Mr. Ohm will correct me if I'm

 6       wrong about that.

 7                    THE COURT:  Mr. Ohm, was it 12 minutes or 30

 8       minutes?

 9                    MR. OHM:  12 minutes, Your Honor.

10                    THE COURT:  It was 12 minutes?

11                    MR. OHM:  Yes, Your Honor.

12                    MS. EVE:  I apologize.

13                    THE COURT:  All right.  Well, I'm willing to be

14       corrected.

15                    MS. EVE:  Me too.

16                    THE COURT:  I thought it was 12 minutes from

17       looking at the entry timestamp and the exit timestamp; so he

18       did get a lot done in those 12 minutes.  He was busy inside

19       the Capitol.

20                    Let me just say that the government has provided a

21       very helpful chart of other sentences that were imposed in

22       January 6th cases; and I really appreciate the work that the

23       government is doing to provide these charts -- I am sure not

24       just to me, but, in connection with sentencings, to my

25       colleagues.
```

1          And this chart lists eight cases involving a

2     conviction under Section 1752(a)(1), the same statute of

3     conviction as here.  And out of those -- out of those eight

4     cases, four defendants -- half of them -- were given a

5     period of incarceration -- one, 50 days; one, 14 days; one,

6     30 days; and one, 10 days; three defendants got only

7     probation, and one defendant only got a fine -- no probation

8     at all, just a $5,000 fine.

9          So, in some ways, the government asking for 4 to 6

10    months here, for Mr. Schornak, is asking for more prison

11    time than any of the other eight defendants convicted of the

12    same statute of conviction.  So, as you can imagine, I am

13    subject to 3553(a)(6), avoiding unwarranted sentencing

14    disparities.

15         So what is it that you can explain to me that

16    warrants more time for this defendant than, let's say, the

17    other four defendants who received a period of incarceration

18    for the same statute of conviction?  And that would be

19    Tryon, Ridge, Courtright, and Winn; who got, respectively,

20    50 days, 14 days, 30 days, and 10 days?

21         MS. EVE:  Your Honor -- I'm pausing because I

22    don't want to interrupt the Court again.

23         THE COURT:  Sorry.  Go ahead.

24         MS. EVE:  I can tell you with regard to Mr. Tryon

25    because that was one of my cases.

1          THE COURT:  Okay.  Good.  Excellent.  I didn't

2    know that.

3          MS. EVE:  So the facts, as I presented them to

4    Judge Walton, were the defendant celebrated his actions on

5    the day of January the 6th, and afterwards.

6          Mr. Tryon tried to get into the Capitol.  He

7    was -- he was pepper-sprayed and hit with a baton by law

8    enforcement.  When he saw an individual break a window, that

9    individual entered the Capitol through that window; came and

10   opened a door, and Mr. Tryon then went in.  So he was

11   persistent in terms of being inside the Capitol.

12         So in Mr. Tryon's case --

13         THE COURT:  Did he steal anything?

14         MS. EVE:  He did not, and I was just about to

15   mention that.  He did not steal anything.

16         He did not rally the other -- well, he did rally

17   the other rioters, too, because he got up on -- after he got

18   kicked out of the Capitol, he got up on a vehicle and he

19   started singing, "We're not going to take it," by Twisted

20   Sister.

21         So there were similarities in terms of the fact

22   that -- you know, the intent to rally people, just like the

23   defendant; but the defendant stole something for the purpose

24   of rallying the rioters.

25         THE COURT:  And had you asked Judge Walton for 50

1    days?

2              MS. EVE:  I did not, Your Honor.  I asked for 30

3    days.  And given the facts that came out during the course

4    of the sentencing hearing, Judge Walton decided that my

5    recommendation or the government's recommendation --

6              THE COURT:  Was too low?

7              MS. EVE:  -- was insufficient.

8              THE COURT:  I see.  All right.

9              By my looking at your very helpful chart, there

10   were only two cases where the government asked for as much

11   time as it's recommending here.

12             In Marquez, where the judge only gave probation,

13   the government asked for 4 months.  In Courtright, where the

14   judge ultimately gave 30 days, the government had asked for

15   6 months.  So the judges didn't follow the government's

16   recommended period of incarceration in those two cases.  But

17   putting aside what the judges did, the government's -- I am

18   more interested in comparing the government's

19   recommendations.

20             So what -- how are Marquez and Courtright

21   similarly situated to the defendant here -- because I don't

22   know that much about the underlying facts in those cases --

23   to warrant the government's request for as much or more

24   prison time in this case?

25             MS. EVE:  Your Honor, I am looking for it.

1              On page 31 of the government's sentencing

2    memorandum, I know we talked about the fact -- the

3    aggravating factors that existed in the Courtright case and

4    the Ridge case.

5              I did not highlight --

6              THE COURT:  Marquez.

7              MS. EVE:  -- anything for Marquez.

8              THE COURT:  You may not be familiar with that

9    case, but that's okay.  I mean, each defendant is very

10   unique --

11             MS. EVE:  Yes.

12             THE COURT:  -- so I don't -- I don't think -- it's

13   impossible to do a direct comparison; I appreciate that.

14   But I do want to get, sort of, more of a general sense

15   because this is among the higher recommended sentences that

16   I have received from the government, so I am puzzling over

17   this myself and trying to understand the basis for the

18   government's differences in recommendations in case I am

19   missing a particular factor that should be fleshed out or

20   made more transparent.

21             I mean, in Courtright the defendant also briefly

22   entered the Senate floor area, so inside the Senate chamber;

23   is that what you meant by --

24             MS. EVE:  Yes, Your Honor.

25             THE COURT:  So that was inside the Senate chamber,

1    so that's a whole different ball of wax.

2              MS. EVE:  Right.

3              THE COURT:  And temporarily seized government

4    property, break into locked doors, and -- et cetera.  Okay.

5    And in that case the government asked for 6 months, so I can

6    appreciate that recommendation.  And, ultimately, Courtright

7    got 30 days.

8              All right.  Ms. Eve, is there anything further you

9    want to add?  I will give you an opportunity to reply to

10   Mr. Ohm, unless there is something you want to add now.

11             MS. EVE:  No.  I think I have covered the

12   aggravating factors and indicated the differences between

13   this defendant and some of the other defendants who have

14   been sentenced.

15             I looked for cases under -- that had been charged

16   under 1752 for any that the Court may have imposed

17   sentencing on, and I think this may be your first.

18             THE COURT:  It is my first, yes.

19             MS. EVE:  It won't be your last, I am sure too.

20             THE COURT:  No, but this is my first Class A

21   misdemeanor.

22             MS. EVE:  Yes.  But I think that the combination

23   of aggravating factors that existed here are the reasons why

24   we have asked for the sentence that we have.

25             THE COURT:  One other issue I just realized I

1      wanted to talk about is the restitution amount.

2              The government is still sticking with the May 17,

3      2021, estimate of approximately $1,495,326.55 in damages?

4              MS. EVE:  Yes.

5              THE COURT:  That's 9 months old by this date.  The

6      Architect of the Capitol has not updated that estimate of

7      damages?

8              MS. EVE:  Your Honor, I think after we had a

9      sentencing -- we had a plea hearing, I believe it was in

10     December, or either in January; and I did make some

11     inquiries, and that figure has not been updated.

12             But as the Court is aware, in this particular

13     case, when the defendant pled guilty, as part of the plea

14     agreement, we agreed that he would pay $500 in restitution.

15     And I think -- I know that the government and the defendant

16     are bound by that.  But in terms of an updated figure, I do

17     not have that information for the Court.

18             THE COURT:  Well, you know, we are -- courts can

19     only award restitution based on the record in front of them.

20     And the only thing I have in front of me in terms of the

21     record is this estimated damages that is now 9 months old.

22             Because this is a Class A misdemeanor, the two

23     restitution statutes of the Victim and Witness Protection

24     Act, under 18 U.S.C. Section 3663, and the Mandatory Victims

25     Restitution Act, at 18 U.S.C. Section 3663(a) -- I think

1     both apply here.

2              Of course, Section 3663 allows for discretionary

3     restitution and -- but the Mandatory Victims Restitution Act

4     requires the Court to impose -- figure out what restitution

5     amount applies, and to impose it.

6              Does the government believe that both restitution

7     statutes apply here to a charge of entering and remaining in

8     a restricted building or grounds where there is damage that

9     results?

10             I mean, the Mandatory Victims Restitution Act

11    applies, and I quote:  To an offense against property under

12    Title 18.  So it seems to me that the mandatory restitution

13    statute does apply here.

14             MS. EVE:  Your Honor, as the Court is aware, in

15    this particular case, the defendant was not charged under

16    Title 18, United States Code Section 641, which I think

17    would be the property offense that the Court is referring

18    to.  I am not sure --

19             THE COURT:  No.  I'm quoting from the Mandatory

20    Victims Restitution Act that says that the MVRA applies to,

21    quote:  An offense against property under Title 18.

22             This defendant is charged under Title 18.  And so

23    the real question is:  Is a violation of 18 U.S. Section

24    1752(a)(1) an offense against property for the purposes of

25    the MVRA?  Is it?

1          MS. EVE:  I don't know the answer, Your Honor.

2          THE COURT:  You don't know the answer to that

3   question?

4          MS. EVE:  I don't want to speculate.

5          THE COURT:  All right.  Well, I -- if you could

6   just take it back then for future sentencings under -- for

7   either a felony or a Class A misdemeanor under Title 18, I

8   sort of need to know, under the Mandatory Victims

9   Restitution Act, is the offense a crime against property so

10  that the MVRA applies.

11         So -- I mean, let me ask you the next question.

12         Determining restitution amounts under the

13  Mandatory Victims Restitution Act is excused if determining

14  any additional amount of restitution would require, and I

15  quote:  Determining complex issues of fact related to the

16  cause or amount of the victim's losses that would complicate

17  or prolong the sentencing process to a degree that he need

18  to provide -- to a degree that he need to provide

19  restitution to any victim is outweighed by the burden on the

20  sentencing process.

21         Is the position of the government that that excuse

22  [sic] provision under the Mandatory Victims Restitution Act

23  applies here and, therefore, the Court is relieved from its

24  obligation to determine any mandatory restitution amount?

25         MS. EVE:  Your Honor, I hate to repeat myself; but

```
1    I don't know the answer to that question.
2            THE COURT:  All right.  Well, it has been my
3    concern from the beginning that the Mandatory Victims
4    Restitution Act applies here given the amount of damages of
5    the Capitol which is why, at the time of plea, I ask every
6    AUSA to please figure this out because I don't want to duck
7    a statutory obligation, and neither should the government.
8            MS. EVE:  Yes, Your Honor.
9            THE COURT:  Okay.  Anything else, Ms. Eve?
10           MS. EVE:  No, Your Honor.
11           THE COURT:  All right.  Mr. Ohm.
12           MR. OHM:  Thank you, Your Honor.
13           As the Court knows, we are asking the Court to
14   sentence Mr. Schornak to a period of probation.  We concur
15   with the recommendation of U.S. Probation, for a period of
16   two years' probation, along with a substantial amount of
17   community service.
18           I think, as the Court has alluded to, there's
19   obviously been -- there is a wide spectrum of individuals
20   who are before this Court and before other judges in this
21   court.
22           Mr. Schornak, although he pleaded guilty to a
23   misdemeanor, he acknowledges and understands that his
24   presence and his role played a part in even the worst
25   behavior.  And he acknowledges that some of the behavior
```

1    that he later learned about is some of the most unpatriotic

2    behavior that this country and this District has seen; and

3    he regrets that.  He is 100 percent remorseful of that.

4         THE COURT:  When did he -- I mean, you know, I am

5    struck by his statement before his arrest -- I guess it was

6    on January 7th, where he said he would never apologize for

7    what we did ever.  Clearly, he has changed his mind.

8         MR. OHM:  Of course, Your Honor.  And

9    rehabilitation is not a turn on a dime.

10        THE COURT:  Right.  So I am actually curious, what

11   made him change his mind?

12        MR. OHM:  There is -- I think there is a

13   combination of things, in talking to his family and reading

14   their letters; there was an evolution of a process.

15        The biggest factor, Your Honor, was when he was

16   arrested.  Because when he was arrested -- and I was going

17   to talk about this in the context of deterrence.  He was

18   arrested while he was working.  He was arrested -- and while

19   he was away from the house, the FBI came and raided his home

20   with his wife and his one month -- one-year-old --

21        THE COURT:  I wouldn't say "raid," but they were

22   executing a search warrant, right, a lawful warrant?

23        MR. OHM:  I'm sorry.  Certainly, a lawful -- I

24   think a lot of raids are lawful search warrant, but yes.  I

25   am not saying that there is anything illegal.

1          But for Mr. Schornak to come home and recognize

2     that that had happened, and that was 100 percent his

3     responsibility, combined with the fact that he lost his

4     job -- a job that he had had for three years, that he was

5     doing well at, almost immediately after he was arrested; and

6     he had to come home and face his family during a pandemic

7     and not be able to support them anymore.

8          He recognized a number of things.  He recognized

9     that what he did was wrong; that his priorities were a mess.

10    And he also recognized -- and this took a longer period of

11    time, Your Honor.  But he has talked about -- and I

12    actually -- it was interesting.

13         I refrained from talking about it too much in my

14    sentencing memo because I didn't want it to seem like he was

15    shifting blame; but he recognized that he was duped by the

16    entire process -- all of the rhetoric that he had been

17    listening to, by this echo chamber where he had been hearing

18    all of this "information," "evidence" of election fraud, and

19    he realized sometime during January of 2021, when President

20    Biden was inaugurated, that it was all a scam, and it was

21    all a sham.

22         And -- yeah, I probably -- inappropriately I made

23    a joke with him recently about former-President,

24    then-President Trump saying that he would pardon people; and

25    he said:  I want nothing to do with that; they fooled me

1    enough.

2              And Mr. Schornak's position here -- and he doesn't

3    really engage with politics anymore at all.  And he hasn't

4    posted, either privately or talked about this kind of stuff.

5    He has stayed away from everything since February of 2021, a

6    long time.

7              So it was strange to me when the government said

8    that he wasn't being remorseful as if he was one of these

9    individuals who continue to be on YouTube and Instagram and

10   saying -- repeating all of these lies that are being

11   repeated by so many people in the city about what

12   January 6th was.

13             Mr. Schornak is here to say it was -- he was -- he

14   didn't want to be, he didn't know he was going to be, but he

15   was part of an insurrection; and he acknowledges that.  And

16   he is responsible for that, and he is sorry for that.  That

17   is under no uncertain terms -- and, Your Honor, the

18   importance of the letters from the family is it really does

19   demonstrate that those closest to him understood that he was

20   remorseful since a long time ago; it had nothing to do with

21   what the government says.  It's not a self-serving

22   statement.  And I think that he has proven that by all of

23   his actions since then.

24             And just to give the Court some context, when I

25   got the government's sentencing memo, I called up Ms. Eve

1     and I said:  It says here that he was not remorseful.  It

2     seems like she did not know about this meeting with the FBI,

3     number one, and, also, the participation with the select

4     committee.  And I asked her if that was going to change her

5     allocution at all.  And the following day the supplement

6     came through, and it became clear that it wasn't going to be

7     taken into consideration.  And I can't tell right now if the

8     United States' position is that it should not be taken into

9     consideration; it seemed like that's what the government is

10    arguing here.

11          And I would like to -- I would like to respond

12    that that doesn't seem like a wise position for the

13    United States to take.  And I say that because I have had

14    several discussions with the lead investigator who is in

15    charge of bringing in individuals who were at the Capitol on

16    January 6th and talking to them so that they can try and

17    ascertain what it was that happened so they could try and

18    figure out how to make sure this doesn't happen again.  That

19    individual has told me that I was the only person from the

20    Federal Defender's Office in the District of Columbia -- and

21    we cover a lot of cases, as the Court knows; and I am also

22    the only person in any Federal Defender -- I shouldn't say

23    "I" -- Mr. Schornak is the only person represented by any

24    Federal Defender that has spoken to the select committee

25    because they were so -- they felt rewarded [sic] by his

1    cooperation, they asked him to do it under -- in a

2    deposition; it was transcribed.  I don't believe the

3    transcription is ready yet and, therefore, I wasn't able to

4    provide it for the government.

5            And Mr. Schornak did that knowing that the

6    government -- he didn't know that the government would come

7    in and say, don't consider it; but knowing that the

8    government wouldn't give him a specific reward of any sort.

9    But, again, he wanted to show that he was remorseful and he

10   wanted to correct his wrong.

11           THE COURT:  Okay.  So, Mr. Ohm, how would you

12   articulate -- this is your opportunity to talk to Ms. Eve,

13   for her to take it back to others in the U.S. Attorney's

14   Office in the Department of Justice.

15           So you are a very articulate man, you have

16   appeared in front of me a lot of times -- so how would you

17   articulate what the benefits would be for the government to

18   encourage January 6 defendants to voluntarily submit to

19   interviews and participate in the investigation that's

20   ongoing by the House Select Committee?

21           MR. OHM:  Your Honor, I would tell that them

22   deterrence is not a narrow concept of the defendant before

23   them.  Deterrence is something that is in the U.S.

24   Attorney's Office's interest across the board.  And one of

25   the factors of deterrence is for -- is to help other

1     branches of government understand why we are here.

2          To me, you know, the Court has probably heard me

3     say -- I am sure a lot of other judges have heard me say,

4     the government incentivizes witnesses to win a case.

5          The government's role here is not just to win a

6     case.  The government's role here is to make sure this kind

7     of thing doesn't ever happen to this country again.

8          And one of the key factors -- because the reality

9     is, Your Honor, is that -- unfortunately, if you look at the

10    newspapers, a lot of people still don't understand what the

11    heck happened on January 6th, and how we got to this point.

12    And so it was -- it was very informative to me.

13          I mean, I, frankly, have spent more time with

14    Mr. Schornak than probably any of my other clients during

15    the pandemic, because we have had these different sessions

16    and we have had all of these conversations; and it was

17    informative to me how we got here.  It was certainly

18    informative to the select committee.  And they're doing a

19    job that is an extremely important job.

20          It is -- I understand that it's important to

21    punish people.  I understand that it's important to

22    rehabilitate people; but it's also important to rehabilitate

23    this country from actions that law-abiding Americans -- the

24    crimes that they committed, sort of, all of a sudden.

25          And I would hope that every branch of government

1     that has authority and that has power would spend some

2     effort and some energy in making sure that we get to -- we

3     get more information, that we get to the bottom of what

4     happened on January 6th, and the days leading up to it.  And

5     I would hope that the U.S. Attorney's Office and the

6     Department of Justice would encourage individuals to do so.

7             And I know that the individuals that I have spoken

8     to, the investigators at the select committee, the attorneys

9     there, that they have struggled.  They have struggled to get

10    people to participate, and that's harmful to their mission

11    to make sure this doesn't happen again.

12            THE COURT:  I agree with you.  And I have said it

13    before with another defendant who, at the time of

14    sentencing, had also talked to the House Select Committee;

15    that I do think that it is an important indication of the --

16    in a concrete way of remorse, acceptance of responsibility

17    to help if not the executive branch of government, in the

18    context of cooperating with a law enforcement arm to the

19    Department of Justice or the U.S. Attorney's Office, to help

20    another branch of government, a congressional committee

21    doing an investigation, and I have given credit; I think

22    that it is an important factor to consider in sentencing.

23            You have won this argument, Mr. Ohm.

24            MR. OHM:  Your Honor, I do just want to

25    acknowledge -- and, obviously, Mrs. Schornak and Max,

1    they're probably outside of these doors -- and she wanted to

2    be here.  She's childcare for them; it's a long drive; they

3    live in Michigan.  So I apologize for -- I don't apologize

4    for Max; but on behalf of Mr. Schornak, I do apologize.

5         But I want to acknowledge their presence and their

6    support in particular because it has been a trying time for

7    their marriage and their family, as one can expect, that

8    Mr. Schornak's mistakes had these sorts of consequences.

9    It's a young family, Your Honor; they only got married about

10   two and a half years ago.  They just recently started a

11   family, and the priorities for Mr. Schornak have realigned.

12        There is nothing -- and what he recognizes and he

13   understands is that there is nothing that he would not do

14   for his family.  And while that is something that new

15   fathers always say, he saw -- he saw what it would be like

16   when he -- a mistake that he made would make him absent from

17   his family.  He knew that he would never willingly leave his

18   family or abandon them; but he got caught up in this thing.

19        He acted and he made this poor decision that led

20   up to him being here today, and that is something that he

21   deeply regrets; that is something that he knows he will

22   never sufficiently be able to apologize to his family for.

23   And the grave danger of, I mean, essentially homelessness --

24   because he couldn't find a job; where he had to -- he had to

25   become a landscaper, even though he is allergic to grass,

1    and he couldn't complain about it.  It's not like his wife

2    was feeling bad for him when he came home with all of these

3    allergies, because he put himself in that situation.

4            And I am not saying this because -- I am not

5    trying to make an argument that Mr. Schornak has been

6    punished, I am not making that argument at all.  But I do

7    want the Court to understand that deterrence for him is not

8    a question.  The same way U.S. Probation said rehabilitation

9    is not an issue; deterrence and rehabilitation is not an

10   issue for Mr. Schornak.

11           And to the extent that people think that they're

12   getting off easy -- people should know, and Mr. Schornak

13   would be happy to tell them that if you think -- whatever

14   you think about that, if you want to put yourself at the

15   risk of being dragged out of your work -- he was in a car --

16   but to be arrested, to have your wife and your child -- have

17   the FBI come into their house, and to know that it was

18   entirely your own fault -- to not be able to have a paycheck

19   for months when you have a young baby, that should be some

20   serious deterrence to individuals out there because,

21   obviously, the government takes these sorts of actions

22   seriously, and it could ruin lives.

23           I would actually like to segue into the message

24   that the government says is, sort of, obstructive conduct.

25   That wasn't a posting that he had publicly made.  He was

1    recognizing, at that point in time, that he might get in a

2    lot of trouble with the community.  I mean, it's changed his

3    life, and substantially for the worse.

4        There were times when -- there is a store that he

5    goes to down the street where -- every single time there's

6    looks and glances.  You know, one person might say something

7    that would be congratulatory, and he would have to correct

8    them and tell them, you know, that's not what I am about

9    anymore; don't think of it that way.

10        You know, he has a family member who is still

11    involved in the republican party; this has caused

12    distress -- and it's an older brother.  I would submit, Your

13    Honor, that a lot of those postings reflect the postings of

14    a younger brother to an older brother who wants to act like

15    they're proud of something; but once he had the time to sit

16    down and reflect, it demonstrated -- and he has demonstrated

17    by all of his actions that he knows he did wrong, and he

18    wants to help correct the wrong that he did.

19        THE COURT:  So one thing that puzzled me, Mr. Ohm,

20    is that the defendant declined to provide the probation

21    office with his net worth statement and his monthly cash

22    flow statement.  And so, as a consequence, the probation

23    office found that the defendant, quote:  Has not

24    demonstrated the inability to pay a fine as well as

25    restitution in this case; that's the presentence

1   investigation report, at paragraph 83.

2          When I don't have a basis based on the net worth

3   statement and monthly cash flow statement and the analysis

4   by the probation office, with a defendant willing to produce

5   that documentation, it makes me wonder why I shouldn't

6   impose a criminal fine here.

7          MR. OHM:  Your Honor, I don't have -- I will say

8   this, I am going to assume that this was my fault.  I

9   don't --

10          THE COURT:  I mean, you have talked about his

11   financial duress, and I read that in the papers, about --

12   you know, in the presentence investigation report and in

13   your briefing, that he had lost his job, he was unemployed

14   for a period; he has taken jobs at a lower pay than he was

15   accustomed to.

16          I expected to see an analysis documenting that

17   from the probation office that would show the financial

18   duress so that imposition of a criminal fine was not

19   warranted; and I don't have that here.  And in this

20   circumstance where the restitution amount, for example, is

21   only $500 given the amount of damages actually at the

22   Capitol -- you know, a criminal fine is one way to make up

23   for that.  Why shouldn't I impose a fine, say, here -- if

24   not $9500, which is the maximum under the guidelines,

25   $5,000, or some other amount?

1          MR. OHM:  Your Honor, again, I think there was a

2     miscommunication between the probation officer and me, in

3     terms of the -- whether that information was going to be

4     sent directly to Mr. Schornak; I don't -- I can say that.

5          I understand that the Court doesn't have the

6     information, and that's the problem.  I just want to make

7     sure the Court isn't assigning any blame to Mr. Schornak

8     because I don't think it was his fault.  If Your Honor would

9     like to ask questions -- I mean, the presentation of

10     Mr. Schornak is that the information that -- if there is

11     information that you need from Mr. Schornak, he is happy to

12     answer any question of anybody to help.  And so if the Court

13     has questions of Mr. Schornak that would indicate or would

14     support a finding that the Court needs to make, then we

15     wouldn't oppose that; and I do apologize if that information

16     isn't already in the record.  I know that that should have

17     been.

18          THE COURT:  It should have been.

19          MR. OHM:  Your Honor, I do want to move on to -- I

20     am going to cut past some of the things that the Court

21     talked about with the government and focus on the two, I

22     guess, extenuating circumstances that the government is

23     relying upon and the Court seems to be, at least, engaged

24     in, and that is whether he had an intent to commit violence

25     before he came into the District, and the flag.

1          As far as his intent, we have done our best to try

2     and show what it was that was going through Mr. Schornak's

3     mind.  And I acknowledge -- and I think the government would

4     agree -- that in his Facebook communications throughout the

5     time between the election -- even leading up to the

6     election, frankly, and January 6, that he would talk about

7     election fraud and use the word "fight" on a regular basis.

8     I showed the Court some of the examples where he was using

9     the word "fight" where he was clearly not indicating

10     physical violence.

11          Obviously, he looked aggressive, but I would point

12     out that none of those things that he brought were

13     offense-related; they were defense-related.  He did not

14     bring any weapons or anything like a pole or a stick or

15     anything with which he could actually attack anybody.

16          He was concerned -- I think clearly to us --

17     legitimately about Antifa violence.  But he did have, on his

18     phone, saved in the extraction report, an article that said

19     in the last protest in Washington, D.C., Antifa was

20     attacking Trump-supporting protesters.

21          One of the things that -- as the Court knows, I

22     represent a lot of folks with these sort of offenses.  One

23     of the things that seems to be true throughout all of these

24     cases is that people actually believed that to be the case.

25     There are -- there was a lot of internet traffic about what

1      Antifa was going to do.  He was getting messages from people

2      saying, Oh, you are going to go out there?  Hey, be careful;

3      Antifa is going to be out there attacking folks.  And that

4      was one of the concerns his wife had.

5              One of the things that I learned from our

6      conversations with the select committee is that the echo

7      chamber that was created by the, sort of, algorithms of the

8      social media -- they were sort of devastating.

9              I saw an article, Your Honor, on Mr. Schornak's

10     phone where -- this was after the election but before

11     January 6th -- where there was an alert from somebody who

12     purported to be White House staff that said that Trump was

13     going to attack China within the next 24 hours; that the

14     White House has been evacuated; that he personally was going

15     to West Virginia with his family, and that everybody needed

16     to take precautions; and he was doing this to declare an

17     emergency because this was part of an election move.  And it

18     occurred to me that there were tens of thousands of people

19     that, for a day, thought that we were about to go to war

20     with China.  And they thought that it was real because this

21     was in one of the same formats of Facebook listing that one

22     of these -- I mean, who knows?  I don't even know who would

23     have the incentive to put that information out there; but

24     that was the world that Mr. Schornak and so many of these

25     others individuals are in because, once you look at

1    something or "like" something, you are going to get ten

2    other things just like that that are going to be thrown at

3    you just when you open up the app.

4              So I don't -- I think that if we look directly to

5    what Mr. Schornak said and what he did, that it's clear that

6    his intent was not to initiate violence; that he -- I mean,

7    the government is right, there were people who were

8    acting -- engaging in violence all around him; he did not.

9    He walked around, so that shows that that wasn't his intent.

10             THE COURT:  Well, he is a college-educated man.

11             MR. OHM:  Pardon me?

12             THE COURT:  He is a college-educated man.  He came

13   with a bullhorn.  So instead of engaging in violence, it

14   looked to me like he was probably ready to lead the crowd

15   with his bullhorn.  I mean, is that why he had a bullhorn?

16   He carried it around with him all through the Capitol.

17             MR. OHM:  Yes.  But I thought it was actually

18   interesting that there was not -- any footage of him using

19   the bullhorn inside of the Capitol.

20             THE COURT:  I know.

21             MR. OHM:  His intent to come to Washington, D.C.,

22   was to attend a rally, to scream his heart out because he

23   wanted to do that for President Trump.  And that's what --

24   he had a -- there is a letter from the police officer -- of

25   an individual that he met up with there -- I think they had

1     gone to high school together -- Cliff, I keep on forgetting

2     his last name.  But he -- that officer said that they parted

3     ways at the Capitol rally.  And he -- and Mr. Schornak said

4     to him:  I guess I am going to the Capitol; something to the

5     effect of:  I am going to scream until the walls shake.

6     Something like that.

7         He was there to protest.  He was there to rally.

8     He was there to support then-President Trump.  But he was

9     not there to commit violence, he did not intend that; and

10     that was not why he came to Washington, D.C.

11         The other aspect that the government focuses on is

12     the taking of the flag.  And, Your Honor, I don't -- and

13     Mr. Schornak does not ask me to provide any excuses for

14     that.  I mean, it's shameful, unpatriotic conduct to remove

15     a flag from a government building and to use it in the way

16     he did.  It was a lapse in judgment -- a lapse in judgment

17     within several other lapses in judgment; and he is

18     completely regretful of what he did.  He can only hope that

19     the Court sees his actions since then to demonstrate how bad

20     he feels for that additional act on top of all that he did.

21         Your Honor, one thing I did want to mention is

22     that I know the Court is here sentencing Mr. Schornak on a

23     Class A misdemeanor.

24         Just looking through the different government

25     sentencing memos in these other cases, it appears that -- it

1   doesn't appear that the conduct necessarily dictates whether

2   an individual got a petty misdemeanor or a Class A

3   misdemeanor.  There doesn't -- there just is no bright line;

4   no one can discern that says that one individual should get

5   this and another should get this, other than the fact that

6   certain judges don't like the petty misdemeanors and don't

7   think that they should apply in these sorts of cases.  So I

8   would ask the Court to look at the conduct in all of those

9   parading cases also where the government offered that.

10          I say that also because -- I cited this in my

11   memo, that there is another individual sentenced by Judge

12   Hogan to three months who also took a flag from the Capitol,

13   but he was facing the 90-day maximum; and he was sentenced

14   to home detention.  That's *United States versus Wiedrich*.

15          THE COURT:  Could you say that again?  Judge Hogan

16   sentenced him to what?

17          MR. OHM:  Three months home detention in a case

18   where the defendant there took a flag; and the FBI found the

19   flag in his home and then the FBI -- at least the government

20   alleged that he lied to the FBI when he spoke to the FBI

21   there.

22          I also want to say -- because we're talking about

23   the conversation with the FBI -- I was stunned that anybody

24   would say that Mr. Schornak was not being remorseful.  I was

25   there for that conversation; I know Ms. Eve was not.  But I

1    did not -- there was no indication to me that there was

2    anything -- that that debriefing was anything but successful

3    from everybody's point of view.  And I followed up with the

4    prosecutor, Ms. Linwood, at the time to ask; and she did not

5    indicate that she had -- that she was displeased in any

6    which way about how that conversation went.

7         Just because the Court asked the government, I did

8    want to supplement the record with some facts about the

9    Marquez facts.  In that case the defendant was screaming

10   encouragement throughout -- I think the most aggravating

11   factor in that case is that he went into Senator

12   Merkley's -- what they described as a hideaway office -- and

13   smoked what appeared to be marijuana there and hung out for

14   ten minutes in that conference room.  And Senator Merkley

15   also indicated that he felt personally victimized.  And he

16   also entered within seconds of the initial breach, and

17   posted publicly on YouTube and Instagram for a long period

18   of time.  And that individual, as the Court noted, got a

19   sentence of probation.  If there are other cases that the

20   Court would like to talk about, I am happy to answer other

21   questions.

22        THE COURT:  And your point is that some of those

23   people were sentenced -- were offered pleas to the petty

24   offense of parading, picketing, and demonstrating rather

25   than to the Class A misdemeanor?

1          MR. OHM:  I thought actually Mr. Marquez might

2     have been one of the --

3          THE COURT:  No.  He was entering.

4          MR. OHM:  Yes.  And I did -- I went through

5     some -- I took some effort in my sentencing memo -- starting

6     from page 17 -- I don't want to repeat things that I know

7     the Court has already read.  But there were other

8     aggravating factors that, in our view, far exceeded the

9     conduct that Mr. Schornak -- his conduct within the Capitol.

10    And I do want to mention also that his interactions with the

11    police were very respectful.  And he didn't add any --

12    obviously, his presence added to the overall crime, but he

13    did maintain a respectful manner with the police as he

14    walked through; I guess with the exception of perhaps a

15    selfie, which I don't think the Court needs me to talk

16    about.

17          Mr. Schornak is -- let me just say this, Your

18    Honor.  As one of the people that probably people like

19    Mr. Schornak did not like between November 2020 and January

20    2021, I have approached these cases as a --

21          THE COURT:  Did not like for what reason?

22          MR. OHM:  Because I am a liberal from the area of

23    Washington, D.C., who is a public defender.

24          I can say to the Court honestly that I have felt a

25    level of mistrust from my clients in this situation

1    generally, and it's taken some time to break that mistrust.

2          I will also confess that, from my perspective -- I

3    don't know if "mistrust" is the right word, but it wasn't --

4    I didn't feel like I went to law school to necessarily

5    defend individuals who storm the Capitol.  But throughout my

6    relationship with Mr. Schornak -- and, again, I have spoken

7    to him many, many times -- I found him to be somebody who is

8    insightful, who is reflective, and, most of all, just

9    completely regretful.

10         It was not a struggle.  I didn't have to convince

11   Mr. Schornak to plead guilty.  I didn't have to convince

12   Mr. Schornak -- I have had conversations with other clients

13   explaining to them why their conduct was wrong and had some

14   pushback; I haven't had that; it was nothing -- never

15   anything like that with Mr. Schornak.  It was always:  What

16   did I do?  Why did I do this?  What can I do to make it

17   right?

18         I know that Mr. Schornak might feel that way

19   towards Your Honor and towards the District.  Maybe Ms. Eve

20   is right, maybe that's influenced by the fact that he is in

21   trouble.

22         But I can also say with all sincerity that he

23   feels that way towards his family and towards himself, and

24   that is something that's never going to go away.  The two

25   are interweaved in his mind, because being a good person,

1          being a good citizen for him now is also being a good father

2          and being a good husband; and he knows that he wasn't on

3          that day, and that hurts him; that hurts him as a member of

4          his community and as a member of his greater family and all

5          of those who raised him and cared about him and tried to

6          teach him the right way.  He is not going to do this again.

7                    Rehabilitation, as probation said, is not an

8          issue.  And I promise to the Court that deterrence is not an

9          issue and, therefore, the sentence -- the appropriate

10         sentence that is sufficient but not greater than necessary

11         is a period of probation, significant community service, and

12         the restitution that we discussed in the plea agreement.

13                   I did want to note, Your Honor, that I did look at

14         3663 while I was sitting over there.  It looks like it's

15         crimes against property whether the property was damaged or

16         lost; so I think that it would be appropriate for the flag

17         because that's property lost under the statute, but not --

18         it doesn't seem to cover the additional damage that other

19         individuals would have inflicted.

20                   If the Court doesn't --

21                   THE COURT:  I don't even have a record of how much

22         the damage to the flag was.  I don't have that in the record

23         either, so I am sort of -- I am limited by the record

24         presented by the parties.  And you know --

25                   MR. OHM:  If the Court doesn't have any other

1    questions...

2              THE COURT:  Okay.  Thank you, Mr. Ohm.

3              Ms. Eve, do you want to respond to anything before

4    I hear from Mr. Schornak?

5              MS. EVE:  No, Your Honor.

6              I feel that -- Your Honor, I feel that if I say

7    any more I would just be repeating myself.

8              THE COURT:  Fine.

9              Mr. Schornak, this is your opportunity to speak to

10   me, if you wish.  You can step forward to the podium.

11             I have read your letter to the Court.

12             THE DEFENDANT:  Well, I don't really think I can

13   add anything more than what I added to my letter.  But I did

14   want to repeat to the court and Your Honor, you know, that I

15   am very sorry about this.

16             You know, I don't want to make excuses for what I

17   did because I did it, and that's my fault.  The fact that I

18   did it was bad enough.  But the dumb things, you know, that

19   I said about it afterwards, somehow believing that it was

20   good, just make me feel even dumber.  But, you know, I want

21   to apologize to the Court, to the Capitol Police, to

22   Congress, you know, and their staff.

23             I know I said that I would never apologize for

24   what I did, but I feel it necessary to apologize to everyone

25   that was involved for wasting -- not "wasting" government

1      time and resources because I don't feel like pursuing

2      justice against me was a waste of time.  Just that wasting

3      government -- using up government resources and, you know,

4      taking that away from other things, you know, that they

5      should be used for is totally against what I believe in.

6            I have no explanation whatsoever for taking the

7      flag.  I just completely lapsed -- a lapse in judgment is

8      very, very accurate.  You know, I additionally feel terrible

9      about that.

10           You know, I respect the flag, and I disrespected

11     it that day.  You know, I thought what I was doing was

12     patriotic; and it wasn't too far after when I realized I had

13     made a mistake.  Like I said initially, I thought I had

14     done, you know, something good because the people around me

15     had been telling me that, you know, it was somehow good, but

16     it certainly was not.

17           I want to apologize to my family, friends for

18     putting them through this; and I am done with politics.  I

19     will certainly never do anything like this ever again.  I am

20     sure my wife will not ever let me think about it, and

21     rightfully so.  The only thing I care about doing for the

22     rest of my life is taking care of them; and I will do so as

23     best I can.

24           So thank you for your consideration, Your Honor.

25           THE COURT:  All right.  And when Mr. Ohm said that

1    you have a family member who is still very politically

2    involved and that some people still congratulate you in your

3    community for what you did on January 6th, do you explain to

4    them that what happened on January 6th was not a patriotic

5    action?

6              THE DEFENDANT:  Yes, Your Honor.

7              I explain that I screwed up royally; you know,

8    that it's not something to be proud of, that it wasn't a

9    good thing; you know, that I actually helped participate

10   going against the very things that I claim to believe in,

11   and I shouldn't be awarded for that in any way; I shouldn't

12   be applauded for that in any way.

13             THE COURT:  All right.  Thank you, Mr. Schornak.

14             Well, one other question because -- in terms of

15   making ends meet right now, is your wife staying at home

16   with your son?

17             THE DEFENDANT:  Yes.  Yes, Your Honor.

18             My wife is still staying at home.  She does do,

19   like, occasional things, like clean a house or DoorDash or

20   something.  So, I mean, she will bring in money from time to

21   time, but she is a stay-at-home mom; you know, I am the

22   breadwinner for the family.

23             I apologize about not providing a financial

24   statement.  I didn't realize I was supposed to provide a

25   financial statement to probation.  You know, I would have

1    gladly done so, it wouldn't have been hard.

2          THE COURT:  All right.  Can I hear from the

3    probation officer who is on the line?

4          MS. NEWTON:  Yes, Your Honor.

5          THE COURT:  And how did you communicate the cash

6    flow statement and net worth statement request for

7    information to Mr. Schornak?

8          MS. NEWTON:  Yes, Your Honor.

9          At the beginning of scheduling the interview with

10   Mr. Schornak, the defense counsel was provided with all of

11   the documents that we need him to provide to his client.

12   And as part of the process, it is explained in the email in

13   detail that we need this information for preparation of the

14   presentence investigation report.  I believe it was lost in

15   translation between us communicating with defense counsel

16   and defense counsel providing this information to

17   Mr. Schornak.

18         In speaking with him and during my interview, I

19   have no doubt that if Mr. Schornak had received those

20   documents from counsel he would have filled them out and

21   provided them because Mr. Schornak did provide other

22   documentation that was requested of him during the

23   interview.  So I believe -- I honestly believe that this was

24   just lost in translation between the parties, and that's the

25   reason why he failed to submit the documents.

1          THE COURT:  All right.  So, under these

2     circumstances, you would not say this is some kind of

3     willful avoidance of providing the information in order to

4     avoid imposition of a criminal fine?

5          MS. NEWTON:  Correct, Your Honor.

6          Absolutely not.  I don't believe that Mr. Schornak

7     had any intent to not provide that information.  Would he

8     have been given those documents, he would have provided them

9     back.  Yes.

10          THE COURT:  All right.  Thank you very much.

11          All right.  Mr. Ohm and Mr. Schornak, please come

12     stand at the podium, and I will explain the sentence I am

13     about to impose and impose sentence.

14          All right.  After considering the sentencing

15     memoranda submitted to the Court in connection with the

16     sentencing of Mr. Schornak, reviewing the presentence

17     investigation report and the probation office's sentencing

18     recommendation, and hearing argument today, I must now

19     consider the relevant factors set out by Congress at

20     18 U.S.C. Section 3553(a), and ensure that I impose a

21     sentence that is sufficient but not greater than necessary

22     to comply with the purposes of sentencing.

23          These purposes include the need for the sentence

24     imposed to reflect the seriousness of the offense; promote

25     respect for the law; provide just punishment for the

1    offense; deter criminal conduct; protect the public from

2    future crimes by Mr. Schornak; and promote rehabilitation.

3          So pursuant to 18 U.S.C. Section 3553(a), I must

4    consider the nature and circumstances of the offense; the

5    history and characteristics of Mr. Schornak; the types of

6    sentences available; the need to avoid unwarranted sentence

7    disparities among defendants with similar records found

8    guilty of similar conduct; and the need to provide

9    restitution to any victims of the offense.

10          I will begin with the restitution amount owed by

11   the defendant.  As discussed earlier, the plea agreement

12   provides for a restitution payment of $500, which this Court

13   finds is the best available estimate of damage done to the

14   identifiable victim here, the Architect of the Capitol, and

15   the limited record presented in this case, and so I will

16   order this amount pursuant to 18 U.S.C. Section

17   3663(a)(1)(A).

18          Also, to the extent that the Mandatory Victims

19   Restitution Act may apply to this case, since it is under

20   Title 18 and it does involve an offense against property,

21   the Court finds that determining complex issues of fact

22   related to the cause or amount of the victim's losses would

23   complicate or prolong the sentencing process to a degree

24   that the need to provide restitution to any victim is

25   outweighed by the burden on the sentencing process under

18 U.S.C. Section 3663(a)(C)(3)(B); so the mandatory restitution provision, subsection 3663(a) do not apply, and the Court not need endeavor to fix the restitution amount more precisely than the $500 amount agreed by the parties.

Regarding the nature and circumstances of the offense, Mr. Schornak has now been convicted of entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. Section 1752(a)(1), which is a Class A misdemeanor.

On its face, this is a trespass offense, as defense counsel, Mr. Ohm, stated in his briefing.  But the word "trespass" falls far short of acknowledging the true gravity of what happened on January 6th at the Capitol for -- even for defendants like Mr. Schornak, who did not engage in overt violence that day.  This was not a garden-variety episode of unlawful entry or even merely being unlawfully present in a sensitive restricted ground like the Capitol.

The defendant's criminal conduct helped facilitate a riot that overwhelmed law enforcement and succeeded in stopping the proceedings of Congress and the most important of our fundamental pillars of our democratic process, the peaceful transition of power with the vote -- the counting of the electoral votes for the 2020 presidential election.

The defendant traveled all the way from

1     Michigan -- leaving his wife at home with a son -- coming

2     equipped with a tactical vest, a helmet, and a bullhorn.  He

3     did join the mob intentionally, and knew following them

4     inside the Capitol was unlawful.  It was not an impulsive

5     jaunt into the Capitol.

6          More than a week beforehand, on December 29th, he

7     messaged his brother, "We're obviously going next week, we

8     can't stay home and watch our republic be stolen.  They want

9     a fight let's have it."  His reference to the republic being

10    stolen was, as he now admits, based on his letter to the

11    Court and his -- the sentencing memos submitted on his

12    behalf -- based on what he was hearing in the echo chamber

13    of his news feed and out of the mouths of certain

14    politicians and those politicians' hangers-on.

15         On December 30th, 2020, the defendant and his

16    codefendant, Mr. Herendeen, exchanged Facebook messages

17    where the defendant mentioned, "Can't stay home, I would not

18    be able to live with myself."  Even though it might be -- in

19    Mr. Herendeen's words -- "hard to get to D.C."  The

20    defendant responded, "Hard, nothing easy ever worth doing."

21         Before attending the rally, he communicated with

22    still another person on Facebook seeking to borrow a

23    bulletproof vest, noting that he didn't expect it to be

24    peaceful when going to D.C.

25         And a friend and fellow rally attendant, Sergeant

1   Cliff Altobelli, wrote in a letter to the Court that, when

2   he headed back to his hotel after listening to the former

3   President speak and the defendant was about to head towards

4   the Capitol, the defendant mentioned:  We're going to be so

5   loud the walls are going to shake.  And he actually had with

6   him a bullhorn to help contribute his loud voice to the

7   proceedings that day.

8          In his letter to the Court, defendant has admitted

9   that things started turning a bit.  On the walk down to the

10  Capitol, he could tell people were really getting stirred up

11  and that things were starting to get out of hand.  And his

12  response was not to leave but, rather, to get to the front

13  to see what was going on, where he met a police officer who

14  was very scared, but then he proceeded to head inside and at

15  the top -- at the time he thought he was doing something

16  great.

17         He admitted, during his plea colloquy before the

18  Court, that when he was in the Capitol Building he could see

19  that people -- police were gathering and were working

20  towards getting people out; it was a chaotic situation.  And

21  even before he went inside, he saw that there were people

22  clashing with the police.

23         But nonetheless, the defendant went all the way

24  into the Capitol, walked around, walked through the fumes of

25  tear gas that had been sprayed, so he knew that things were

1    not -- they were beyond -- they were beyond chaotic.  The

2    police were using tools in their toolbox to try and get

3    people outside.  And he went through, and he actually stole

4    casually -- in the videotape, he casually walked over,

5    picked up an American flag that was in Emancipation Hall and

6    walked out with it.

7          He paraded -- he took the flag outside and handed

8    it to people on a scaffolding so that they could raise it

9    high above this riotous crowd and -- using that symbol for

10   our country to undermine the very government it stands for.

11         After leaving the Capitol and regaining phone

12   service, he sent text messages showing pride in the -- for

13   his participation in the attack on the Capitol.  To his

14   brother he said, "We stormed that bitch!!  Shit was crazy as

15   fuck!!"  And sent a video saying, "This is what a revolution

16   looks like."

17         Also to his brother he said, "I stole the Senate

18   flag and took it outside to be waved atop the scaffolding

19   before I collapsed, tear gas is no joke, man."

20         To someone else he proudly stated, "We stormed the

21   Capitol!!  Wait until you see it!!  Yeah, when government

22   fears the people there's liberty, when the people fear the

23   government there's tyranny, they were scared today, and I'm

24   damn proud of it.  The Capitol has never been breached

25   before, we did it."

1            In another Facebook message he said, "Today we

2       shook the halls of Congress and tried to remind them who

3       they work for and who they shouldn't fuck with."

4            He was not so proud -- to quote him -- of scaring

5       people when he wrote to the Court recently and said, "I was

6       part of a group that scared lots of people and I'm deeply

7       sorry for all of the pain I've caused."

8            He does seem to have turned -- turned around his

9       thinking since January 6th, and later in January 2021.  But

10      in looking at assessing his culpability on that day and what

11      the appropriate punishment should be, among the factors I

12      look at in assessing the defendant's role in this overall

13      attack on the Capitol on January 6, 2021, I do look, as the

14      government does, at the defendant's engaging in some

15      preplanning before coming to Washington, D.C.:  Trying to

16      acquire a bulletproof vest; coordinating with his

17      codefendant to decide in advance that they would attend the

18      event and travel together; and then actually coming to

19      Washington prepared with this tactical vest and a hard

20      helmet and his bullhorn.

21           He then entered the Capitol Building knowing his

22      conduct was not lawful, took advantage of the crowd in order

23      to walk through the Capitol Building because they had, by

24      that point, overrun the police.

25           He was in the Capitol Building only for one time

1    for about 12 minutes, but he was very busy during that 12

2    minutes, spending time in the public corridors, the crypt,

3    Emancipation Hall, and the visitor center; but he did not

4    enter any private offices or spaces or the Senate or House

5    Chamber.  But he did go into the -- deeply into the Capitol

6    Building during that time.  He didn't physically attack any

7    police officer or another person, which is to his benefit.

8           The government points out he took a selfie with

9    Robert Gieswein, who was a fellow rioter.  As I said before,

10   I don't believe that that evidence supports the inference

11   the government seeks to draw that, with this photo, he can

12   reasonably be seen as endorsing or rallying any type of

13   behavior that Gieswein might have taken -- engaged in while

14   he was in the Capitol.

15          The defendant didn't damage property inside the

16   Capitol but he did steal property, namely the American flag

17   from the visitor center area, paraded through the Capitol

18   with the flag, left the building with the flag, handed it

19   off to other members to energize the mob outside with the

20   flag.

21          To his credit, the defendant cooperated with law

22   enforcement after his arrest, sat down and talked to them;

23   and, to my mind, has gone further in expressing his remorse

24   by taking the concrete action of talking to investigators

25   for the House Select Committee, which is seeking to

1    understand the full scope of how that day happened; and I

2    will give him credit for that.  I think that that kind of

3    cooperation is helpful to this country and is helpful in

4    making amends for what occurred on January 6th to the extent

5    that that House Select Committee is able to be successful in

6    understanding what happened to ensure that it doesn't happen

7    again.

8            The nature and circumstances of the offense, the

9    need for the sentence to reflect the seriousness of the

10   offense and promote respect for the law would generally

11   favor a custodial sentence here.  The particular

12   circumstances of defendant's conduct of not physically

13   engaging in violence puts him in a less troublesome category

14   than some other more aggressive rioters that day who

15   actually engaged in physical violence with police, who

16   actually engaged in serious property damage to the Capitol.

17           At the same time, I do find that Mr. Schornak is

18   in a more troublesome category than some rioters who only

19   briefly wandered into the building without doing anything

20   more, given both his planning for the trip here and the

21   theft of the flag, and then using that flag to raise it on

22   scaffolding to continue to incite an already energized crowd

23   of rioters.

24           Regarding his history and characteristics, he has

25   a few adult criminal convictions but from incidents around

1    20 years ago that all resolved through small fines and, in

2    one instance, probation.  He hasn't had any interactions

3    with the criminal justice system for over 15 years before

4    this.

5            The defendant is an educated man; he holds a

6    bachelor's degree in psychology and perhaps, ironically,

7    told me -- at his plea hearing told me he studied prelaw as

8    well.  He has been married since 2019 and he has a young

9    son, and he is the primary provider for his family.  He has

10   been employed consistently in sales and account management

11   from 2006 until his arrest in 2021, and resumed employment

12   in November 2021 as a business developer for a logistics

13   firm.

14           While the Court is troubled that he was proud of

15   his actions in the immediate aftermath of the riot and

16   indicated he would never apologize, he has clearly turned a

17   corner on that given the statements in his letter to the

18   Court and in his cooperation with the House Select

19   Committee.  And I also note he hasn't publicly boasted about

20   his participation since January 6th.

21           In a very thoughtful letter, and in court today,

22   the defendant has apologized to the Court; to the community;

23   to the Capitol Police officers and their families; to the

24   people in Congress, their staff, their loved ones; to the

25   President and Vice President; and to the country; along with

1    his family.  And every court, at sentencing, wants to make

2    sure that the defendant understands the nature of their --

3    and seriousness of their crime, but this defendant appears

4    to have done that.

5          The many sincere letters submitted on the

6    defendant's behalf speak to his background and character, of

7    having a solid work ethic, of helping others, and being a

8    consistent source of support and encouragement, being a good

9    husband and devoted father to his son -- it is very

10   unfortunate that these traits and behaviors were not at the

11   forefront of his mind on January 6th.

12         The need for the sentence imposed to deter

13   criminal behavior, protect the public from further crimes of

14   the defendant are critical considerations for every

15   sentencing judge.  And the seriousness of the criminal

16   conduct we witnessed by a whole -- thousands of people in

17   this mob, highlights the need for deterrence in the form of

18   a sufficient sentence to deter not just this defendant, but

19   others from engaging in this kind of conduct in the future.

20         The defendant essentially claims he was sucked

21   into a vortex of misinformation and lies surrounding the

22   2020 election and seemingly got caught up in the fervor of

23   the crowd.  And being a crowd follower and being an

24   uncritical reviewer of news feeds and theories and

25   conspiracy theories regardless of how incredible does not

1    create absolution for criminal activity especially when

2    being a follower facilitates and amplifies the criminal

3    conduct of many others.

4         This defendant is a grown-up, he is college

5    educated; he should have known better.  There are

6    consequences to going along with the crowd, for not

7    scrutinizing the news and what politicians say in order to

8    ensure and test the facts, and particularly when that leads

9    to a mob effort to disrupt the peaceful transition of power.

10   I think punishment is necessary.

11        When determining what sentence to impose, the

12   importance of deterring future malcontents from disrupting

13   the peaceful transition of power after an election weighs

14   heavily in this Court's consideration.  He was convicted of

15   a Class A misdemeanor, which provides a maximum term of

16   imprisonment of one year.  And if a term of imprisonment is

17   imposed, it has to be followed by no more than one year of

18   supervised release.  He could also be sentenced up to 5

19   years' probation, under 18 U.S.C. Section 3561(c)(2) which

20   also can provide for special conditions, that includes

21   intermittent periods of incarceration, and that's what I

22   intend to impose here.

23        Regarding the need to avoid unwarranted sentencing

24   disparities, the Court recognizes that both probationary and

25   custodial sentences have been imposed on January 6th

1    defendants convicted of the same Class A misdemeanor as this

2    defendant.  The longest period of incarceration imposed thus

3    far on a Section 1752(a)(1) offender was 50 days; and it is

4    not clear from that record that that offender engaged in the

5    kind of cooperation effort that this defendant has done with

6    the House Select Committee.

7            As the government points out, the particular mix

8    of aggravating factors in defendant's case was unique, in

9    any event; and that -- in citing a whole number of specific

10   factors that I have already reviewed and need not review

11   anymore.

12           Given the specific offense conduct of

13   Mr. Schornak, the Court finds that 3 years of probation was

14   a special condition of limited custodial sentence of

15   intermittent confinement of a total of 30 days in 14-day

16   increments, so he won't be away from home that much longer

17   than a two-week period at any one time, and a period of home

18   detention will be sufficient.

19           So based on my consideration of these and other

20   factors, I will now state the sentence to be imposed.

21           Pursuant to the Sentencing Reform Act of 1984 and

22   in consideration of the provisions of 18 U.S.C. Section

23   3553, it is the judgment of the Court that you, Robert

24   Schornak, are hereby sentenced to a term of 36 months,

25   3 years' probation, on Count 2 of the indictment, with

1    special conditions of 30 days of intermittent confinement to

2    be served in two separate periods of 14 days each, and two

3    months of home detention.

4           In addition, you are ordered to pay a special

5    assessment of $25 in accordance with 18 U.S.C. Section 3013.

6           You are ordered to make restitution to the

7    Architect of the Capitol in the amount of $500.  Restitution

8    payments shall be made to the Clerk of the Court for the

9    United States District Court, District of Columbia, for

10   disbursement to the following victim:  Architect of the

11   Capitol, Office of the Chief Financial Officer, attention

12   Kathy Sherrill, CPA, Ford House Office Building, Room

13   H2-205B, Washington, D.C. 20515, for the amount of the loss

14   of $500.

15          While on supervision you shall abide by the

16   following mandatory conditions, as well as the standard

17   conditions of supervision, which are imposed to establish

18   the basic expectations for your conduct while on

19   supervision.

20          The mandatory conditions include:  One, you must

21   not commit another federal, state, or local crime.  You must

22   not unlawfully possess a controlled substance.  You must

23   refrain from any unlawful use of a controlled substance; and

24   you must submit to one drug test within 15 days of placement

25   on supervision, and at least two periodic drug tests

1    thereafter as determined by the Court.  You must make

2    restitution in accordance with your plea agreement under

3    18 U.S.C. Section 3663.

4           You shall comply with the following special

5    conditions:  For intermittent confinement pursuant to

6    18 U.S.C. Section 3563(b)(10), you must serve a total of 30

7    days of intermittent confinement.  The intermittent

8    confinement shall be served in two periods of 14 days, each

9    within your first year of probation, at a facility

10   designated by the Bureau of Prisons.  You must follow the

11   rules and regulations of the facility in which you are

12   designated.

13          You must also submit to home detention for a

14   period of two months as soon as practicable and comply with

15   a location monitoring program as required by the U.S.

16   Probation Office.

17          You will be restricted to your residence at all

18   times except for employment; education; religious services;

19   medical, substance abuse, and mental health treatment;

20   court-ordered obligations; and any other times specifically

21   authorized by the U.S. Probation Office.

22          The location monitoring technology is at the

23   discretion of the U.S. Probation Office, and the cost of

24   such monitoring is waived.  You must provide the probation

25   officer access to any requested financial information and

1    authorize the release of financial information.  The

2    probation office may share financial information with the

3    U.S. Attorney's Office.

4          The financial obligations are immediately payable

5    to the Clerk of the Court for the U.S. District Court, 333

6    Constitution Avenue, Northwest, Washington, D.C. 20001.

7    Within 30 days of any change of address, you shall notify

8    the Clerk of the Court of the change until such time as the

9    financial obligation is paid in full.

10         The probation office shall release the presentence

11   investigation report to all appropriate agencies, which

12   includes the U.S. Probation Office in the approved district

13   of residence in order to execute the sentence of the Court.

14         Pursuant to 18 U.S.C. Section 3742, you have a

15   right to appeal the sentence imposed by the Court if the

16   period of imprisonment is longer than the statutory maximum.

17   If you choose to appeal, you must file any appeal within 14

18   days after the Court enters judgment.

19         As defined in 28 U.S.C. Section 2255, you also

20   have the right to challenge the conviction entered or

21   sentence imposed if new and currently unavailable

22   information becomes available to you or on a claim that you

23   received ineffective assistance of counsel in entering a

24   plea of guilty to the offense of conviction or in connection

25   with sentencing.

1          If you are unable to afford the cost of an appeal,

2     you may request permission from the Court to file an appeal

3     without cost to you.

4          Are there any objections to the sentence imposed

5     not already noted on the record from the government?

6          MS. EVE:  No, Your Honor.

7          THE COURT:  Mr. Ohm?

8          MR. OHM:  No, Your Honor.

9          THE COURT:  All right.  You may be seated.

10          Does the government have a motion to dismiss the

11     open counts of the indictment?

12          MS. EVE:  Yes, Your Honor.  The government moves

13     for the dismissal of Counts 1, 3, 4, and 5.

14          THE COURT:  That motion is granted.

15          Is there anything else to address today from the

16     government?

17          MS. EVE:  No, Your Honor.

18          THE COURT:  Mr. Ohm?

19          MR. OHM:  Your Honor, I would just ask for a

20     recommendation for FCI -- I don't know what the BOP does in

21     terms of designation in the circumstance; but FCI Milan is

22     the closest to his residence.

23          THE COURT:  I will make that recommendation.

24          MR. OHM:  Thank you, Your Honor.

25          THE COURT:  All right.  If there is nothing

1    further, you are all excused.

2              (Whereupon, the proceeding pauses, 11:36 a.m.)

3              THE COURT:  Have a seat.

4              I just wanted to correct one statement in the

5    judgment for the record; that the total amount of time is 28

6    days, separated by 14 days, not "30" days.  So I misspoke on

7    that, so I wanted to correct that on the record orally

8    because that's what the judgment order is going to say.

9              All right.  Now you are all excused.  Thank you.

10             THE DEFENDANT:  Thank you, Your Honor.

11             MR. OHM:  Thank you, Your Honor.

12             (Whereupon, the proceeding concludes, 11:46 a.m.)

13                          **CERTIFICATE**

14

15             I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

16   certify that the foregoing constitutes a true and accurate

17   transcript of my stenographic notes, and is a full, true,

18   and complete transcript of the proceedings to the best of my

19   ability.

20             This certificate shall be considered null and void

21   if the transcript is disassembled and/or photocopied in any

22   manner by any party without authorization of the signatory

23   below.

24        Dated this 1st day of March, 2022.

25        /s/ Elizabeth Saint-Loth, RPR, FCRR
          Official Court Reporter

## $

**$1,495,326.55** [1] - 39:3
**$25** [2] - 11:3, 81:5
**$5,000** [2] - 34:8, 53:25
**$500** [8] - 11:2, 11:5, 39:14, 53:21, 69:12, 70:4, 81:7, 81:14
**$9500** [2] - 11:2, 53:24

## /

**/s** [1] - 85:25

## 1

**1** [7] - 10:11, 10:22, 11:1, 11:18, 13:5, 13:15, 84:13
**10** [2] - 34:6, 34:20
**100** [2] - 43:3, 44:2
**11:36** [1] - 85:2
**11:46** [1] - 85:12
**12** [12] - 21:9, 21:17, 32:22, 32:24, 33:3, 33:7, 33:9, 33:10, 33:16, 33:18, 75:1
**13** [2] - 21:9, 21:17
**14** [8] - 4:7, 22:1, 34:5, 34:20, 81:2, 82:8, 83:17, 85:6
**14-day** [1] - 80:15
**15** [3] - 22:1, 77:3, 81:24
**16** [2] - 22:3, 22:15
**17** [3] - 22:7, 39:2, 61:6
**1752** [1] - 38:16
**1752(a)(1** [5] - 10:13, 34:2, 40:24, 70:8, 80:3
**18** [24] - 1:5, 5:23, 10:12, 22:7, 39:24, 39:25, 40:12, 40:16, 40:21, 40:22, 40:23, 41:7, 68:20, 69:3, 69:16, 69:20, 70:1, 70:8, 79:19, 80:22, 81:5, 82:3, 82:6, 83:14
**19** [1] - 22:7
**19106** [1] - 1:13
**1984** [1] - 80:21
**19:35:01** [1] - 21:18
**19:35:08** [1] - 21:19
**1st** [1] - 85:24

## 2

**2** [4] - 11:21, 13:4, 16:7, 80:25
**20** [5] - 10:9, 24:8, 24:9, 77:1
**20-20** [1] - 3:10
**20001** [1] - 83:6
**20004** [1] - 1:17
**2006** [1] - 77:11
**2019** [1] - 77:8
**202** [1] - 1:18
**2020** [2] - 61:19, 70:24, 71:15, 78:22
**2021** [9] - 25:2, 39:3, 44:19, 45:5, 61:20, 74:9, 74:13, 77:11, 77:12
**2022** [3] - 1:5, 5:22, 85:24
**20515** [1] - 81:13
**208-7500** [1] - 1:18
**20th** [1] - 5:22
**21-278-1** [2] - 1:3, 2:3
**215** [1] - 1:13
**2255** [1] - 83:19
**22nd** [2] - 23:25, 24:9
**24** [1] - 56:13
**28** [2] - 83:19, 85:5
**29th** [1] - 71:6
**2:20** [2] - 16:5, 16:16
**2:26** [1] - 16:9
**2:29** [1] - 17:8
**2B2.3** [1] - 10:15
**2B2.3(b)(1)(A)(7** [1] - 10:18
**2B2.3(b)(1)(a)(i** [1] - 6:16

## 3

**3** [8] - 10:25, 13:4, 13:16, 16:11, 80:13, 80:25, 84:13
**30** [13] - 32:25, 33:1, 33:7, 34:6, 34:20, 36:2, 36:14, 38:7, 80:15, 81:1, 82:6, 83:7, 85:6
**3013** [1] - 81:5
**30th** [1] - 71:15
**31** [1] - 37:1
**333** [1] - 83:5
**3553** [1] - 80:23
**3553(a** [2] - 68:20, 69:3
**3553(a)** [1] - 11:15
**3553(a)(6** [2] - 29:25,

34:13
**3561(c)(2** [1] - 79:19
**3563(b)(10** [1] - 82:6
**36** [2] - 30:8, 80:24
**3663** [4] - 39:24, 40:2, 63:14, 82:3
**3663(a** [2] - 39:25, 70:2
**3663(a)(1)(A)** [1] - 69:17
**3663(a)(C)(3)(B** [1] - 70:1
**3742** [1] - 83:14
**3E1.1(a** [1] - 10:20

## 4

**4** [15] - 10:16, 10:21, 11:17, 11:22, 16:7, 16:18, 26:1, 28:10, 28:14, 30:17, 31:14, 34:9, 36:13, 84:13
**40** [6] - 6:15, 7:19, 8:6

## 5

**5** [4] - 16:11, 17:11, 79:18, 84:13
**50** [5] - 4:3, 34:5, 34:20, 35:25, 80:3
**59** [3] - 3:22, 7:21, 8:8
**5K1.1** [1] - 27:14

## 6

**6** [20] - 10:23, 11:17, 11:22, 11:24, 16:18, 17:11, 21:10, 26:1, 28:10, 28:14, 29:19, 30:7, 30:17, 31:14, 34:9, 36:15, 38:5, 47:18, 55:6, 74:13
**60** [2] - 3:24, 11:18
**615** [1] - 1:12
**62** [1] - 4:1
**625** [1] - 1:17
**63** [1] - 4:2
**641** [1] - 40:16
**67** [1] - 4:4
**6th** [24] - 16:5, 24:22, 25:21, 27:4, 27:24, 28:20, 28:22, 30:10, 32:6, 33:22, 35:5, 45:12, 46:16, 48:11, 49:4, 56:11, 66:3, 66:4, 70:13, 74:9, 76:4, 77:20, 78:11, 79:25

## 7

**7** [2] - 6:19, 23:16
**7th** [1] - 43:6

## 8

**8** [4] - 13:18, 15:16, 15:21, 18:6
**83** [1] - 53:1
**861-8577** [1] - 1:13
**8th** [1] - 26:15

## 9

**9** [4] - 13:17, 15:16, 39:5, 39:21
**90-day** [1] - 59:13
**9:30** [1] - 1:5

## A

**a.m** [3] - 1:5, 85:2, 85:12
**abandon** [1] - 50:18
**abhorrent** [1] - 32:12
**abide** [1] - 81:15
**abiding** [1] - 48:23
**ability** [1] - 85:19
**able** [6] - 44:7, 47:3, 50:22, 51:18, 71:18, 76:5
**absent** [2] - 26:16, 50:16
**absolutely** [1] - 68:6
**absolution** [1] - 79:1
**abuse** [1] - 82:19
**accept** [1] - 21:4
**acceptance** [2] - 10:19, 26:25, 49:16
**accepts** [2] - 9:21, 30:16
**access** [4] - 2:25, 3:5, 3:7, 82:25
**accordance** [2] - 81:5, 82:2
**according** [1] - 21:13
**account** [1] - 77:10
**accurate** [2] - 65:8, 85:16
**accustomed** [1] - 53:15
**acknowledge** [3] - 49:25, 50:5, 55:3
**acknowledges** [3] - 42:23, 42:25, 45:15
**acknowledging** [1] -

70:12
**acknowledgment** [1] - 28:6
**acquire** [1] - 74:16
**Act** [11] - 39:24, 39:25, 40:3, 40:10, 40:20, 41:9, 41:13, 41:22, 42:4, 69:19, 80:21
**act** [3] - 25:8, 52:14, 58:20
**acted** [1] - 50:19
**acting** [2] - 28:1, 57:8
**action** [2] - 66:5, 75:24
**Action** [1] - 1:3
**actions** [10] - 20:24, 25:21, 32:5, 35:4, 45:23, 48:23, 51:21, 52:17, 58:19, 77:15
**activity** [2] - 14:17, 79:1
**acts** [1] - 12:16
**actual** [1] - 13:13
**add** [4] - 38:9, 38:10, 61:11, 64:13
**added** [3] - 10:17, 61:12, 64:13
**addition** [1] - 81:4
**additional** [3] - 41:14, 58:20, 63:18
**additionally** [1] - 65:8
**address** [3] - 7:5, 83:7, 84:15
**adjusted** [1] - 6:14
**admits** [1] - 71:10
**admitted** [2] - 72:8, 72:17
**adult** [2] - 10:8, 76:25
**advance** [1] - 74:17
**advantage** [1] - 74:22
**advised** [1] - 26:14
**advisory** [2] - 10:22, 11:23
**affecting** [1] - 19:14
**afford** [1] - 84:1
**aftermath** [1] - 77:15
**afterwards** [2] - 35:5, 64:19
**age** [1] - 10:9
**agencies** [1] - 83:11
**Agent** [2] - 1:20, 2:6
**agents** [2] - 24:19, 25:7
**aggravating** [10] - 5:10, 12:15, 13:11, 20:20, 37:3, 38:12, 38:23, 60:10, 61:8, 80:8
**aggressive** [2] - 55:11, 76:14

**ago** [4] - 26:15, 45:20, 50:10, 77:1
**agree** [3] - 26:24, 49:12, 55:4
**agreed** [2] - 39:14, 70:4
**agreement** [5] - 11:5, 39:14, 63:12, 69:11, 82:2
**ahead** [1] - 34:23
**aided** [1] - 1:24
**air** [2] - 17:19, 17:25
**alert** [1] - 56:11
**algorithms** [1] - 56:7
**alike** [1] - 20:11
**alleged** [1] - 59:20
**allergic** [1] - 50:25
**allergies** [1] - 51:3
**allocution** [1] - 46:5
**allows** [1] - 40:2
**alluded** [1] - 42:18
**almost** [3] - 24:8, 44:5
**alone** [1] - 21:11
**ALSO** [1] - 1:20
**Altobelli** [1] - 72:1
**amends** [1] - 76:4
**America** [1] - 2:3
**AMERICA** [1] - 1:3
**American** [2] - 73:5, 75:16
**Americans** [1] - 48:23
**amount** [19] - 11:4, 39:1, 40:5, 41:14, 41:16, 41:24, 42:4, 42:16, 53:20, 53:21, 53:25, 69:10, 69:16, 69:22, 70:3, 70:4, 81:7, 81:13, 85:5
**amounts** [1] - 41:12
**amplifies** [1] - 79:2
**analysis** [2] - 53:3, 53:16
**ANITA** [1] - 1:11
**Anita** [1] - 2:15
**anita.eve@usdoj. gov** [1] - 1:14
**answer** [5] - 41:1, 41:2, 42:1, 54:12, 60:20
**Antifa** [4] - 55:17, 55:19, 56:1, 56:3
**apologize** [16] - 6:11, 23:17, 23:23, 33:12, 43:6, 50:3, 50:4, 50:22, 54:15, 64:21, 64:23, 64:24, 65:17, 66:23, 77:16
**apologized** [1] - 77:22
**app** [1] - 57:3
**appeal** [5] - 83:15,

**83:17, 84:1, 84:2
**appear** [1] - 59:1
**appearance** [1] - 19:9
**APPEARANCES** [1] - 1:10
**appeared** [2] - 47:16, 60:13
**applauded** [1] - 66:12
**applicable** [2] - 12:8, 12:10
**application** [2] - 8:15, 11:14
**applied** [1] - 6:15
**applies** [7] - 10:14, 40:5, 40:11, 40:20, 41:10, 41:23, 42:4
**apply** [8] - 5:9, 10:2, 40:1, 40:7, 40:13, 59:7, 69:19, 70:2
**appreciate** [3] - 33:22, 37:13, 38:6
**appreciating** [1] - 31:13
**approached** [2] - 27:9, 61:20
**appropriate** [6] - 29:21, 30:1, 63:9, 63:16, 74:11, 83:11
**approved** [1] - 83:12
**Architect** [4] - 39:6, 69:14, 81:7, 81:10
**area** [6] - 3:4, 16:25, 21:12, 37:22, 61:22, 75:17
**arguing** [1] - 46:10
**argument** [5] - 29:16, 49:23, 51:5, 51:6, 68:18
**arm** [3] - 27:2, 27:3, 49:18
**arrest** [4] - 24:18, 43:5, 75:22, 77:11
**arrested** [8] - 24:17, 24:22, 43:16, 43:18, 44:5, 51:16
**article** [2] - 55:18, 56:9
**articulate** [3] - 47:12, 47:15, 47:17
**ascertain** [1] - 46:17
**aside** [1] - 36:17
**aspect** [1] - 58:11
**assessing** [2] - 74:10, 74:12
**assessment** [2] - 11:3, 81:5
**assigning** [1] - 54:7
**assistance** [1] - 83:23
**assume** [1] - 53:8
**atop** [2] - 22:17, 73:18

**attack** [5] - 55:15, 56:13, 73:13, 74:13, 75:6
**attacking** [2] - 55:20, 56:3
**attempt** [1] - 17:15
**attempting** [1] - 17:9
**attend** [2] - 57:22, 74:17
**attendant** [1] - 71:25
**attended** [1] - 13:2
**attending** [1] - 71:21
**attention** [5] - 16:18, 18:16, 21:8, 29:23, 81:11
**attorney** [2] - 9:10, 24:25
**ATTORNEY'S** [1] - 1:12
**Attorney's** [8] - 28:16, 28:18, 28:23, 47:13, 47:24, 49:5, 49:19, 83:3
**attorneys** [1] - 49:8
**audience** [1] - 14:16
**AUSA** [1] - 42:6
**authority** [1] - 49:1
**authorization** [1] - 85:22
**authorize** [1] - 83:1
**authorized** [1] - 82:21
**available** [6] - 3:1, 26:20, 27:7, 69:6, 69:13, 83:22
**Avenue** [2] - 1:17, 83:6
**avoid** [4] - 30:2, 68:4, 69:6, 79:23
**avoidance** [1] - 68:3
**avoiding** [1] - 34:13
**award** [1] - 39:19
**awarded** [1] - 66:11
**aware** [5] - 25:3, 27:21, 29:17, 39:12, 40:14

**B**

**baby** [3] - 6:7, 6:8, 51:19
**bachelor's** [1] - 77:6
**background** [1] - 78:6
**bad** [3] - 51:2, 58:19, 64:18
**ball** [1] - 38:1
**bar** [1] - 31:14
**base** [1] - 10:16
**based** [7] - 5:9, 20:6, 39:19, 53:2, 71:10,

**71:12, 80:19
**basic** [1] - 81:18
**basis** [3] - 37:17, 53:2, 55:7
**baton** [1] - 35:7
**battleground** [1] - 23:3
**bear** [2] - 17:17, 19:2
**became** [1] - 46:6
**become** [1] - 50:25
**becomes** [1] - 83:22
**BEFORE** [1] - 1:8
**beforehand** [1] - 71:6
**begin** [2] - 3:17, 69:10
**beginning** [3] - 12:19, 42:3, 67:9
**behalf** [2] - 2:15, 2:17, 4:6, 50:4, 71:12, 78:6
**behavior** [4] - 30:11, 31:9, 32:12, 42:25, 43:2, 75:13, 78:13
**behaviors** [1] - 78:10
**beliefs** [1] - 30:12
**below** [1] - 85:23
**benefit** [2] - 29:10, 75:7
**benefits** [1] - 47:17
**BERYL** [1] - 1:8
**best** [4] - 55:1, 65:23, 69:13, 85:18
**better** [6] - 6:10, 79:5
**between** [11] - 14:13, 18:2, 19:16, 25:7, 27:25, 38:12, 54:2, 55:5, 61:19, 67:15, 67:24
**beyond** [2] - 73:1
**Biden** [1] - 44:20
**biggest** [1] - 43:15
**bit** [2] - 6:3, 72:9
**bitch** [1] - 73:14
**blame** [2] - 44:15, 54:7
**board** [1] - 47:24
**boasted** [1] - 77:19
**boasting** [1] - 26:8
**BOP** [1] - 84:20
**borrow** [1] - 71:22
**bottom** [2] - 28:10, 49:3
**bound** [1] - 39:16
**branch** [6] - 27:18, 28:13, 29:8, 48:25, 49:17, 49:20
**branches** [1] - 48:1
**breach** [1] - 60:16
**breached** [6] - 16:4, 16:5, 16:10, 16:15, 23:10, 73:24

**breadwinner** [1] - 66:22
**break** [3] - 35:8, 38:4, 62:1
**brief** [1] - 8:5
**briefing** [2] - 53:13, 70:11
**briefly** [2] - 37:21, 76:19
**bright** [1] - 59:3
**bring** [4] - 16:17, 21:7, 55:14, 66:20
**bringing** [5] - 15:24, 26:4, 26:5, 29:22, 46:15
**broadly** [1] - 14:15
**broken** [5] - 16:14, 16:15, 16:24, 22:5
**brother** [7] - 14:6, 52:12, 52:14, 71:7, 73:14, 73:17
**brought** [1] - 55:12
**building** [6] - 6:20, 10:13, 10:18, 40:8, 58:15, 70:7, 75:18, 76:19
**Building** [6] - 72:18, 74:21, 74:23, 74:25, 75:6, 81:12
**bulletproof** [2] - 71:23, 74:16
**bullhorn** [13] - 13:1, 13:6, 13:14, 13:20, 15:18, 26:6, 57:13, 57:15, 57:19, 71:2, 72:6, 74:20
**bunch** [1] - 32:22
**burden** [2] - 41:19, 69:25
**Bureau** [1] - 82:10
**business** [1] - 77:12
**busy** [2] - 33:18, 75:1

**C**

**C.H** [1] - 14:9
**calculated** [1] - 10:3
**cannot** [1] - 29:11
**Capitol** [71] - 12:22, 12:23, 13:3, 15:24, 16:3, 16:8, 16:13, 16:22, 16:24, 17:2, 17:8, 18:3, 18:5, 19:5, 20:1, 20:19, 21:13, 22:1, 22:4, 22:11, 22:22, 23:6, 23:10, 23:15, 24:2, 32:21, 32:23, 33:1, 33:19, 35:6, 35:9,

35:11, 35:18, 39:6, 42:5, 46:15, 53:22, 57:16, 57:19, 58:3, 58:4, 59:12, 61:9, 62:5, 64:21, 69:14, 70:13, 70:18, 71:4, 71:5, 72:4, 72:10, 72:18, 72:24, 73:11, 73:13, 73:21, 73:24, 74:13, 74:21, 74:23, 74:25, 75:5, 75:14, 75:16, 75:17, 76:16, 77:23, 81:7, 81:11
**captured** [2] - 16:21, 21:18
**car** [1] - 51:15
**care** [2] - 65:21, 65:22
**cared** [1] - 63:5
**careful** [1] - 56:2
**CARMEN** [1] - 1:20
**Carmen** [1] - 2:6
**carried** [1] - 57:16
**carrying** [5] - 13:6, 13:13, 13:20
**case** [39] - 5:9, 5:14, 9:11, 9:24, 10:2, 12:9, 12:15, 14:22, 18:12, 18:20, 22:23, 22:24, 25:7, 28:20, 30:2, 31:5, 31:6, 31:10, 31:24, 35:12, 36:24, 37:3, 37:4, 37:9, 37:18, 38:5, 39:13, 40:15, 48:4, 48:6, 52:25, 55:24, 59:17, 60:9, 60:11, 69:15, 69:19, 80:8
**Case** [1] - 2:3
**cases** [19] - 14:25, 24:12, 27:21, 30:7, 33:22, 34:1, 34:4, 34:25, 36:10, 36:16, 36:22, 38:15, 46:21, 55:24, 58:25, 59:7, 59:9, 60:19, 61:20
**cash** [3] - 52:21, 53:3, 67:5
**casually** [2] - 73:4
**category** [5] - 10:11, 10:22, 25:19, 76:13, 76:18
**caught** [3] - 25:16, 50:18, 78:22
**caused** [2] - 52:11, 74:7
**CDC** [1] - 3:3
**celebrated** [1] - 35:4
**celebrating** [1] - 20:24
**celebrity** [2] - 18:11, 20:8

**center** [6] - 16:20, 17:10, 21:12, 21:19, 75:3, 75:17
**certain** [2] - 59:6, 71:13
**certainly** [4] - 43:23, 48:17, 65:16, 65:19
**CERTIFICATE** [1] - 85:13
**certificate** [1] - 85:20
**certify** [1] - 85:16
**cetera** [1] - 38:4
**chairs** [1] - 17:16
**challenge** [1] - 83:20
**Chamber** [1] - 75:5
**chamber** [5] - 37:22, 37:25, 44:17, 56:7, 71:12
**change** [4] - 43:11, 46:4, 83:7, 83:8
**changed** [3] - 32:8, 43:7, 52:2
**chaotic** [2] - 72:20, 73:1
**character** [1] - 78:6
**characteristics** [2] - 69:5, 76:24
**charge** [2] - 40:7, 46:15
**charged** [4] - 18:19, 38:15, 40:15, 40:22
**chart** [3] - 33:21, 34:1, 36:9
**charts** [1] - 33:23
**check** [1] - 12:3
**Chestnut** [1] - 1:12
**Chief** [1] - 81:11
**CHIEF** [1] - 1:9
**child** [2] - 24:19, 51:16
**childcare** [1] - 50:2
**China** [2] - 56:13, 56:20
**choice** [1] - 30:23
**choose** [1] - 83:17
**chosen** [1] - 27:20
**CHRISTINE** [1] - 1:20
**Christine** [1] - 2:6
**Cindy** [2] - 14:10, 24:1
**circled** [1] - 16:21
**circumstance** [2] - 53:20, 84:21
**circumstances** [12] - 12:8, 12:15, 14:19, 20:6, 20:21, 31:23, 54:22, 68:2, 69:4, 70:5, 76:8, 76:12
**circumstantial** [2] - 19:7, 20:7
**cited** [1] - 59:10
**citing** [1] - 80:9

**citizen** [1] - 63:1
**city** [1] - 45:11
**claim** [2] - 66:10, 83:22
**claims** [1] - 78:20
**clarify** [2] - 6:4, 15:2
**clashing** [1] - 72:22
**Class** [11] - 5:7, 30:6, 38:20, 39:22, 41:7, 58:23, 59:2, 60:25, 70:8, 79:15, 80:1
**clean** [1] - 66:19
**clear** [6] - 14:23, 19:14, 22:19, 46:6, 57:5, 80:4
**clearly** [7] - 19:13, 19:24, 30:10, 43:7, 55:9, 55:16, 77:16
**Clerk** [3] - 81:8, 83:5, 83:8
**client** [3] - 9:1, 29:7, 67:11
**clients** [3] - 48:14, 61:25, 62:12
**Cliff** [2] - 58:1, 72:1
**close** [2] - 19:9, 19:15
**closer** [1] - 20:16
**closest** [2] - 45:19, 84:22
**Code** [1] - 40:16
**codefendant** [2] - 71:16, 74:17
**collapsed** [2] - 22:18, 73:19
**colleagues** [1] - 33:25
**college** [3] - 57:10, 57:12, 79:4
**college-educated** [2] - 57:10, 57:12
**colloquy** [1] - 72:17
**COLUMBIA** [1] - 1:1
**Columbia** [6] - 1:16, 3:3, 12:21, 12:22, 46:20, 81:9
**combination** [3] - 10:21, 38:22, 43:13
**combined** [1] - 44:3
**coming** [5] - 3:6, 4:24, 71:1, 74:15, 74:18
**comment** [2] - 8:5, 23:17
**commission** [1] - 12:3
**commit** [3] - 54:24, 58:9, 81:21
**committed** [1] - 48:24
**committee** [6] - 46:4, 46:24, 48:18, 49:8, 49:20, 56:6
**Committee** [13] - 26:11, 26:13, 26:21,

26:25, 27:7, 28:22, 28:25, 47:20, 49:14, 75:25, 76:5, 77:19, 80:6
**communicate** [1] - 67:5
**communicated** [1] - 71:21
**communicating** [2] - 14:13, 67:15
**communications** [1] - 55:4
**community** [8] - 11:18, 11:20, 42:17, 52:2, 63:4, 63:11, 66:3, 77:22
**compared** [1] - 11:19
**comparing** [1] - 36:18
**comparison** [1] - 37:13
**complain** [1] - 51:1
**complete** [1] - 85:18
**completed** [1] - 15:15
**completely** [4] - 28:2, 58:18, 62:9, 65:7
**complex** [2] - 41:15, 69:21
**complicate** [2] - 41:16, 69:23
**comply** [3] - 68:22, 82:4, 82:14
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concede** [1] - 20:5
**concept** [1] - 47:22
**concern** [2] - 30:22, 42:3
**concerned** [1] - 55:16
**concerns** [1] - 56:4
**concludes** [1] - 85:12
**concrete** [2] - 49:16, 75:24
**concur** [2] - 10:4, 42:14
**condition** [1] - 80:14
**conditions** [7] - 31:1, 79:20, 81:1, 81:16, 81:17, 81:20, 82:5
**conduct** [25] - 10:15, 12:9, 19:2, 25:10, 26:8, 30:3, 30:10, 31:11, 51:24, 58:14, 59:1, 59:8, 61:9, 62:13, 69:1, 69:8, 70:19, 74:22, 76:12, 78:16, 78:19, 79:3, 80:12, 81:18
**conference** [1] - 60:14
**confess** [1] - 62:2

**confinement** [6] - 31:2, 80:15, 81:1, 82:5, 82:7, 82:8
**confrontation** [1] - 20:24
**confused** [1] - 6:3
**congratulate** [1] - 66:2
**congratulatory** [1] - 52:7
**Congress** [5] - 64:22, 68:19, 70:21, 74:2, 77:24
**congressional** [3] - 26:3, 27:3, 49:20
**connection** [5] - 3:19, 9:17, 33:24, 68:15, 83:24
**consequence** [2] - 25:21, 52:22
**consequences** [2] - 50:8, 79:6
**consider** [4] - 47:7, 49:22, 68:19, 69:4
**consideration** [8] - 27:19, 28:12, 46:7, 46:9, 65:24, 79:14, 80:19, 80:22
**considerations** [1] - 78:14
**considered** [2] - 29:1, 85:20
**considering** [1] - 68:14
**considers** [1] - 3:3
**consistent** [1] - 78:8
**consistently** [1] - 77:10
**conspiracy** [1] - 78:25
**constitutes** [1] - 85:16
**Constitution** [1] - 83:6
**constitutional** [1] - 24:24
**contact** [1] - 24:15
**contemplation** [1] - 32:14
**context** [5] - 24:5, 24:6, 43:17, 45:24, 49:18
**continue** [2] - 45:9, 76:22
**contribute** [1] - 72:6
**controlled** [2] - 81:22, 81:23
**conversation** [3] - 59:23, 59:25, 60:6
**conversations** [3] - 48:16, 56:6, 62:12
**convicted** [6] - 5:6, 30:3, 34:11, 70:6, 79:14, 80:1

**conviction** [8] - 10:12, 11:3, 34:2, 34:3, 34:12, 34:18, 83:20, 83:24
**convictions** [2] - 10:7, 76:25
**convince** [2] - 62:10, 62:11
**cooperate** [1] - 28:21
**cooperated** [4] - 26:13, 27:13, 29:18, 75:21
**cooperating** [1] - 26:20, 27:2, 49:18
**cooperation** [7] - 26:24, 28:13, 28:25, 47:1, 76:3, 77:18, 80:5
**cooperative** [1] - 29:7
**coordinating** [1] - 74:16
**corner** [1] - 77:17
**correct** [16] - 5:25, 6:1, 8:18, 11:25, 12:1, 15:6, 18:18, 18:20, 18:21, 33:5, 47:10, 52:7, 52:18, 68:5, 85:4, 85:7
**corrected** [5] - 6:21, 7:14, 7:20, 8:11, 33:14
**correction** [2] - 4:1, 8:19
**corridors** [1] - 75:2
**cost** [3] - 82:23, 84:1, 84:3
**counsel** [9] - 2:8, 5:12, 26:14, 67:10, 67:15, 67:16, 67:20, 70:11, 83:23
**counseled** [1] - 29:7
**Count** [1] - 80:25
**count** [2] - 10:9, 11:3
**counting** [1] - 70:23
**country** [6] - 43:2, 48:7, 48:23, 73:10, 76:3, 77:25
**counts** [1] - 84:11
**Counts** [1] - 84:13
**couple** [2] - 19:20, 24:22
**course** [4] - 4:24, 36:3, 40:2, 43:8
**coursed** [1] - 16:6
**COURT** [114] - 1:1, 1:9, 2:10, 2:16, 2:19, 2:22, 4:12, 4:15, 4:17, 4:19, 5:20, 6:3, 6:13, 7:2, 7:4, 7:7, 7:14, 7:19, 7:24, 8:2,

8:5, 8:13, 8:16, 8:22, 8:25, 9:4, 9:7, 9:13, 9:19, 11:9, 11:11, 12:2, 13:21, 14:12, 14:23, 15:9, 15:11, 17:13, 18:14, 18:19, 18:22, 19:11, 20:14, 21:6, 21:23, 25:23, 26:23, 28:5, 28:15, 29:3, 29:14, 29:24, 31:13, 31:17, 32:21, 33:1, 33:3, 33:7, 33:10, 33:13, 33:16, 34:23, 35:1, 35:13, 35:25, 36:6, 36:8, 37:6, 37:8, 37:12, 37:25, 38:3, 38:18, 38:20, 38:25, 39:5, 39:18, 40:19, 41:2, 41:5, 42:2, 42:9, 42:11, 43:4, 43:10, 43:21, 47:11, 49:12, 52:19, 53:10, 54:18, 57:10, 57:12, 57:20, 59:15, 60:22, 61:3, 61:21, 63:21, 64:2, 64:8, 65:25, 66:13, 67:2, 67:5, 68:1, 68:10, 84:7, 84:9, 84:14, 84:18, 84:23, 84:25, 85:3
**court** [8] - 3:10, 3:13, 30:7, 42:21, 64:14, 77:21, 78:1, 82:20
**Court** [88] - 1:21, 1:22, 2:2, 5:15, 7:1, 7:6, 9:20, 12:14, 15:20, 17:12, 20:13, 20:22, 25:3, 25:18, 25:22, 27:19, 28:11, 29:11, 29:13, 29:18, 29:20, 30:16, 30:19, 31:25, 34:22, 38:16, 39:12, 39:17, 40:4, 40:14, 40:17, 41:23, 42:13, 42:18, 42:20, 45:24, 46:21, 48:2, 51:7, 54:5, 54:7, 54:12, 54:14, 54:20, 54:23, 55:8, 55:21, 58:19, 58:22, 59:8, 60:7, 60:18, 60:20, 61:7, 61:15, 61:24, 63:8, 63:20, 63:25, 64:11, 64:21, 68:15, 69:12, 69:21, 70:3, 71:11, 72:1, 72:8, 72:18, 74:5, 77:14, 77:18, 77:22, 79:24, 80:13, 80:23, 81:8, 81:9, 82:1, 83:5, 83:8,

83:13, 83:15, 83:18, 84:2, 85:25
**Court's** [6] - 16:17, 21:8, 29:22, 31:4, 31:6, 79:14
**court-issued** [1] - 3:13
**court-ordered** [1] - 82:20
**courthouse** [1] - 3:6
**Courtright** [6] - 34:19, 36:13, 36:20, 37:3, 37:21, 38:6
**COURTROOM** [1] - 2:2
**courts** [1] - 39:18
**cover** [2] - 46:21, 63:18
**covered** [1] - 38:11
**covering** [1] - 17:24
**COVID** [1] - 3:4
**CPA** [1] - 81:12
**crazy** [1] - 73:14
**create** [1] - 79:1
**created** [2] - 32:5, 56:7
**creates** [1] - 32:2
**credentials** [1] - 3:14
**credit** [5] - 27:1, 27:5, 49:21, 75:21, 76:2
**crime** [4] - 41:9, 61:12, 78:3, 81:21
**crimes** [5] - 31:22, 48:24, 63:15, 69:2, 78:13
**criminal** [19] - 5:9, 10:7, 10:9, 10:10, 10:11, 10:22, 30:4, 53:6, 53:18, 53:22, 68:4, 69:1, 70:19, 76:25, 77:3, 78:13, 78:15, 79:1, 79:2
**Criminal** [2] - 1:3, 2:3
**critical** [2] - 8:6, 78:14
**crowd** [8] - 21:11, 57:14, 73:9, 74:22, 76:22, 78:23, 79:6
**Croy** [1] - 31:6
**crying** [1] - 6:7
**crypt** [6] - 13:19, 15:19, 17:10, 18:5, 22:3, 75:2
**culpability** [2] - 15:1, 74:10
**curious** [1] - 43:10
**custodial** [3] - 76:11, 79:25, 80:14
**cut** [1] - 54:20
**cute** [1] - 6:8
**cycle** [1] - 30:15

**D**

**D.C** [13] - 1:6, 13:14, 15:3, 26:5, 55:19, 57:21, 58:10, 61:23, 71:19, 71:24, 74:15, 81:13, 83:6
**damage** [6] - 40:8, 63:18, 63:22, 69:13, 75:15, 76:16
**damaged** [1] - 63:15
**damages** [5] - 39:3, 39:7, 39:21, 42:4, 53:21
**damn** [2] - 23:9, 73:24
**danger** [1] - 50:23
**date** [1] - 39:5
**Dated** [1] - 85:24
**days** [27] - 24:8, 24:9, 34:5, 34:6, 34:20, 36:1, 36:3, 36:14, 38:7, 49:4, 80:3, 80:15, 81:1, 81:2, 81:24, 82:7, 82:8, 83:7, 83:18, 85:6
**DC** [1] - 1:17
**debriefed** [1] - 25:8
**debriefing** [1] - 60:2
**December** [3] - 39:10, 71:6, 71:15
**decide** [2] - 20:13, 74:17
**decided** [1] - 36:4
**deciding** [1] - 28:4
**decision** [1] - 50:19
**declare** [1] - 56:16
**declined** [1] - 52:20
**deemed** [1] - 3:15
**deeply** [3] - 50:21, 74:6, 75:5
**defend** [1] - 62:5
**Defendant** [1] - 1:6
**defendant** [85] - 9:4, 12:16, 12:19, 12:24, 12:25, 13:19, 16:6, 16:8, 16:12, 16:15, 16:20, 16:22, 16:23, 17:6, 17:7, 21:20, 21:21, 22:14, 22:20, 23:2, 23:16, 23:22, 24:7, 24:16, 24:20, 24:24, 25:4, 25:8, 25:16, 25:17, 25:20, 26:10, 27:20, 28:4, 30:18, 30:24, 31:7, 31:19, 31:20, 31:22, 32:6, 32:15, 34:7, 34:16, 35:4, 35:23, 36:21, 37:9, 37:21,

38:13, 39:13, 39:15, 40:15, 40:22, 47:22, 49:13, 52:20, 52:23, 53:4, 59:18, 60:9, 69:11, 70:25, 71:15, 71:17, 71:20, 72:3, 72:4, 72:8, 72:23, 75:15, 75:21, 77:5, 77:22, 78:2, 78:3, 78:14, 78:18, 78:20, 79:4, 80:2, 80:5
**DEFENDANT** [10] - 1:15, 2:21, 5:19, 6:9, 9:12, 9:18, 64:12, 66:6, 66:17, 85:10
**defendant's** [1] - 10:19, 11:19, 16:2, 23:12, 24:4, 24:20, 25:13, 70:19, 74:12, 74:14, 76:12, 78:6, 80:8
**defendants** [14] - 24:13, 27:21, 28:20, 30:3, 30:9, 34:4, 34:6, 34:11, 34:17, 38:13, 47:18, 69:7, 70:14, 80:1
**Defender** [3] - 1:16, 46:22, 46:24
**defender** [1] - 61:23
**Defender's** [1] - 46:20
**defense** [6] - 26:13, 55:13, 67:10, 67:15, 67:16, 70:11
**defense's** [1] - 32:10
**defense-related** [1] - 55:13
**defined** [1] - 83:19
**degree** [4] - 41:17, 41:18, 69:23, 77:6
**delete** [1] - 26:9
**democratic** [1] - 70:22
**demonstrate** [2] - 45:19, 58:19
**demonstrated** [3] - 52:16, 52:24
**demonstrating** [2] - 26:3, 60:24
**denial** [1] - 3:14
**denies** [1] - 18:25
**Department** [5] - 28:15, 29:12, 47:14, 49:6, 49:19
**department's** [1] - 9:14
**depicted** [3] - 16:7, 21:9, 22:6
**deposition** [2] - 26:12, 47:2
**DEPUTY** [1] - 2:2

described [1] - 60:12
deserves [1] - 26:1
designated [2] -
82:10, 82:12
designation [1] -
84:21
destruction [1] - 24:10
detail [1] - 67:13
detention [5] - 59:14,
59:17, 80:18, 81:3,
82:13
deter [3] - 69:1, 78:12,
78:18
determination [3] -
10:1, 10:5, 11:7
determine [3] - 5:2,
5:8, 41:24
determined [1] - 82:1
determining [5] -
41:12, 41:13, 41:15,
69:21, 79:11
deterred [1] - 18:1
deterrence [11] -
31:19, 32:1, 43:17,
47:22, 47:23, 47:25,
51:7, 51:9, 51:20,
63:8, 78:17
deterring [1] - 79:12
devastating [1] - 56:8
developer [1] - 77:12
devoted [1] - 78:9
dictates [1] - 59:1
difference [2] - 8:14,
14:13
differences [2] -
37:18, 38:12
different [6] - 4:21,
4:22, 32:23, 38:1,
48:15, 58:24
differently [1] - 4:23
dime [1] - 43:9
direct [1] - 37:13
directly [5] - 5:14,
13:3, 24:7, 54:4,
57:4
disassembled [1] -
85:21
disbursement [1] -
81:10
discern [1] - 59:4
discretion [1] - 82:23
discretionary [1] -
40:2
discuss [2] - 10:1,
11:14
discussed [3] - 9:1,
63:12, 69:11
discussion [2] -
15:22, 25:6
discussions [1] -

46:14
dismiss [1] - 84:10
dismissal [1] - 84:13
disorderly [1] - 10:8
disparities [4] - 30:2,
34:14, 69:7, 79:24
displeased [1] - 60:5
dispute [1] - 21:23
disrespected [1] -
65:10
disrupt [1] - 79:9
disrupting [1] - 79:12
distinction [2] - 14:24,
14:25
distress [1] - 52:12
district [1] - 83:12
DISTRICT [3] - 1:1,
1:1, 1:9
District [11] - 1:16,
3:3, 12:21, 12:22,
43:2, 46:20, 54:25,
62:19, 81:9, 83:5
docketed [4] - 3:22,
3:23, 4:1, 8:8
documentation [2] -
53:5, 67:22
documenting [1] -
53:16
documents [7] - 3:18,
4:10, 4:13, 67:11,
67:20, 67:25, 68:8
done [20] - 20:10,
28:12, 33:18, 55:1,
65:14, 65:18, 67:1,
69:13, 78:4, 80:5
door [8] - 16:4, 16:10,
16:13, 16:14, 16:25,
32:16, 35:10
DoorDash [1] - 66:19
doors [2] - 38:4, 50:1
doubt [1] - 67:19
doubted [1] - 25:11
down [6] - 3:6, 19:4,
52:5, 52:16, 72:9,
75:22
draft [1] - 8:11
dragged [1] - 51:15
draw [3] - 20:22, 21:1,
75:11
drawing [1] - 14:25
dressed [1] - 20:11
drive [1] - 50:2
drug [2] - 81:24, 81:25
duck [1] - 42:6
DUI [1] - 10:7
dumb [1] - 64:18
dumber [1] - 64:20
duped [1] - 44:15
duress [2] - 53:11,
53:18

during [11] - 4:24,
32:18, 36:3, 44:6,
44:19, 48:14, 67:18,
67:22, 72:17, 75:1,
75:6

E

easy [2] - 51:12, 71:20
ECF [7] - 3:22, 3:24,
4:1, 4:3, 4:4, 7:21,
8:8
echo [3] - 44:17, 56:6,
71:12
educated [4] - 57:10,
57:12, 77:5, 79:5
education [1] - 82:18
effect [1] - 58:5
effort [5] - 29:7, 49:2,
61:5, 79:9, 80:5
eight [3] - 34:1, 34:3,
34:11
either [8] - 7:8, 9:20,
20:13, 20:14, 39:10,
41:7, 45:4, 63:23
election [10] - 30:14,
44:18, 55:5, 55:6,
55:7, 56:10, 56:17,
70:24, 78:22, 79:13
elections [1] - 30:14
electoral [1] - 70:24
Elizabeth [2] - 1:21,
85:25
ELIZABETH [1] -
85:15
Email [2] - 1:14, 1:18
email [1] - 67:12
emails [1] - 14:14
Emancipation [8] -
18:7, 18:8, 19:19,
19:23, 20:3, 20:18,
73:5, 75:3
emergency [1] - 56:17
employed [1] - 77:10
employment [2] -
77:11, 82:18
encourage [5] - 14:17,
14:20, 26:7, 47:18,
49:6
encouraged [2] -
24:10, 28:21
encouragement [2] -
60:10, 78:8
end [5] - 11:24, 12:5,
12:10, 32:21
endeavor [1] - 70:3
endorsing [1] - 75:12
ends [1] - 66:15
energize [1] - 75:19

energized [1] - 76:22
energy [1] - 49:2
enforcement [16] -
17:1, 17:9, 17:15,
17:17, 17:18, 17:21,
18:2, 18:9, 19:3,
19:17, 20:25, 27:2,
35:8, 49:18, 70:20,
75:22
engage [4] - 29:7,
30:11, 45:3, 70:15
engaged [6] - 12:19,
54:23, 75:13, 76:15,
76:16, 80:4
engaging [5] - 57:8,
57:13, 74:14, 76:13,
78:19
ensure [5] - 30:9,
30:13, 68:20, 76:6,
79:8
enter [1] - 75:4
entered [9] - 16:3,
16:8, 16:22, 16:24,
35:9, 37:22, 60:16,
74:21, 83:20
entering [7] - 10:13,
16:13, 32:15, 40:7,
61:3, 70:6, 83:23
enters [1] - 83:18
entire [1] - 44:16
entirely [1] - 51:18
entry [4] - 3:14, 16:2,
33:17, 70:16
episode [1] - 70:16
equipped [1] - 71:2
erase [1] - 24:1
especially [1] - 79:1
essentially [2] - 50:23,
78:20
establish [1] - 81:17
estimate [3] - 39:3,
39:6, 69:13
estimated [1] - 39:21
et [1] - 38:4
ethic [1] - 78:7
Eugene [1] - 2:17
EUGENE [1] - 1:15
eugene_ohm@fd.
org [1] - 1:18
evacuated [1] - 56:14
Eve [14] - 2:15, 6:13,
11:13, 13:22, 18:14,
25:23, 38:8, 42:9,
45:25, 47:12, 59:25,
62:19, 64:3
EVE [72] - 1:11, 2:14,
4:11, 6:1, 6:24, 7:3,
7:5, 7:9, 7:18, 7:22,
7:25, 8:4, 8:9, 8:14,
8:21, 8:24, 11:8,

12:1, 12:12, 14:3,
14:18, 15:6, 15:10,
15:13, 17:14, 18:18,
18:21, 19:7, 20:5,
21:4, 21:7, 21:25,
26:22, 27:8, 28:7,
29:2, 29:5, 29:15,
31:3, 31:16, 31:23,
32:25, 33:2, 33:5,
33:12, 33:15, 34:21,
34:24, 35:3, 35:14,
36:2, 36:7, 36:25,
37:7, 37:11, 37:24,
38:2, 38:11, 38:19,
38:22, 39:4, 39:8,
40:14, 41:1, 41:4,
41:25, 42:8, 42:10,
64:5, 84:6, 84:12,
84:17
eve [1] - 2:16
event [3] - 27:25,
74:18, 80:9
events [1] - 28:22
everywhere [1] -
23:22
evidence [8] - 4:2,
18:25, 19:7, 20:7,
20:15, 21:2, 44:18,
75:10
evolution [1] - 43:14
exactly [1] - 29:5
example [1] - 53:20
examples [1] - 55:8
exceeded [1] - 61:8
excellent [1] - 35:1
except [1] - 82:18
exception [1] - 61:14
exchanged [1] - 71:16
excuse [2] - 6:6, 41:21
excused [3] - 41:13,
85:1, 85:9
excuses [2] - 58:13,
64:16
execute [1] - 83:13
executing [1] - 43:22
executive [1] - 49:17
exercise [1] - 30:11
exhibit [1] - 21:10
Exhibit [1] - 21:10
exhibits [2] - 9:24,
12:14
exist [1] - 12:15
existed [2] - 37:3,
38:23
exit [1] - 33:17
expect [2] - 50:7,
71:23
expectations [1] -
81:18
expected [2] - 6:10,

53:16
**explain** [5] - 5:15, 34:15, 66:3, 66:7, 68:12
**explained** [1] - 67:12
**explaining** [1] - 62:13
**explanation** [1] - 65:6
**express** [1] - 29:11
**expressing** [3] - 25:11, 25:18, 75:23
**extent** [3] - 51:11, 69:18, 76:4
**extenuating** [1] - 54:22
**extraction** [1] - 55:18
**extremely** [1] - 48:19
**eyes** [1] - 23:20

**F**

**face** [2] - 44:6, 70:10
**Facebook** [16] - 14:2, 14:4, 15:8, 15:22, 15:25, 22:13, 23:17, 23:25, 24:10, 55:4, 56:21, 71:16, 71:22, 74:1
**facilitate** [1] - 70:19
**facilitates** [1] - 79:2
**facility** [3] - 6:18, 82:9, 82:11
**facing** [1] - 59:13
**fact** [14] - 9:23, 19:8, 20:15, 24:14, 26:10, 29:16, 35:21, 37:2, 41:15, 44:3, 59:5, 62:20, 64:17, 69:21
**factor** [7] - 13:11, 29:1, 29:25, 37:19, 43:15, 49:22, 60:11
**factored** [1] - 28:7
**factors** [16] - 5:10, 11:14, 25:25, 26:2, 26:9, 37:3, 38:12, 38:23, 47:25, 48:8, 61:8, 68:19, 74:11, 80:8, 80:10, 80:20
**facts** [8] - 28:19, 32:12, 35:3, 36:3, 36:22, 60:8, 60:9, 79:8
**factual** [1] - 9:21
**failed** [1] - 67:25
**fall** [1] - 25:19
**falls** [1] - 70:12
**familiar** [1] - 37:8
**familiarity** [1] - 18:24
**families** [1] - 77:23
**family** [23] - 4:8, 14:2,

15:10, 25:15, 43:13, 44:6, 45:18, 50:7, 50:9, 50:11, 50:14, 50:17, 50:18, 50:22, 52:10, 56:15, 62:23, 63:4, 65:17, 66:1, 66:22, 77:9, 78:1
**far** [9] - 16:19, 19:12, 30:25, 32:1, 55:1, 61:8, 65:12, 70:12, 80:3
**fashion** [1] - 30:1
**father** [2] - 63:1, 78:9
**fathers** [1] - 50:15
**fault** [4] - 51:18, 53:8, 54:8, 64:17
**favor** [1] - 76:11
**FBI** [10] - 24:15, 24:19, 43:19, 46:2, 51:17, 59:18, 59:19, 59:20, 59:23
**FCI** [2] - 84:20, 84:21
**FCRR** [3] - 1:21, 85:15, 85:25
**fear** [2] - 23:8, 73:22
**fears** [2] - 23:7, 73:22
**February** [3] - 1:5, 26:15, 45:5
**federal** [4] - 5:7, 27:3, 27:13, 81:21
**Federal** [4] - 1:16, 46:20, 46:22, 46:24
**feed** [1] - 71:13
**feeds** [1] - 78:24
**fellow** [2] - 71:25, 75:9
**felony** [1] - 41:7
**felt** [5] - 7:12, 25:12, 46:25, 60:15, 61:24
**fervor** [1] - 78:22
**few** [1] - 76:25
**fight** [3] - 55:7, 55:9, 71:9
**figure** [3] - 11:1, 39:16, 40:4, 42:6, 46:18
**file** [2] - 83:17, 84:2
**filed** [3] - 5:21, 9:16, 25:3
**filled** [1] - 67:20
**final** [4] - 7:21, 8:7, 8:10, 8:12
**financial** [9] - 53:11, 53:17, 66:23, 66:25, 82:25, 83:1, 83:2, 83:4, 83:9
**Financial** [1] - 81:11
**findings** [1] - 9:22
**fine** [12] - 11:2, 21:6, 31:8, 34:7, 34:8, 52:24, 53:6, 53:18,

53:22, 53:23, 64:8, 68:4
**fines** [1] - 77:1
**finish** [1] - 8:2
**firm** [1] - 77:13
**first** [9] - 5:1, 13:15, 14:9, 16:15, 25:1, 38:17, 38:18, 38:20, 82:9
**fix** [1] - 70:3
**flag** [35] - 21:8, 21:16, 21:20, 21:22, 21:24, 22:2, 22:5, 22:6, 22:7, 22:16, 22:20, 22:21, 22:25, 23:3, 26:6, 26:7, 54:25, 58:12, 58:15, 59:12, 59:18, 59:19, 63:16, 63:22, 65:7, 65:10, 73:5, 73:7, 73:18, 75:16, 75:18, 75:20, 76:21
**flagpole** [1] - 21:16
**fleshed** [1] - 37:19
**floor** [1] - 37:22
**flow** [4] - 17:1, 52:22, 53:3, 67:6
**focus** [1] - 54:21
**focuses** [1] - 58:11
**folks** [2] - 55:22, 56:3
**follow** [2] - 36:15, 82:10
**followed** [3] - 11:1, 60:3, 79:17
**follower** [2] - 78:23, 79:2
**following** [7] - 23:16, 31:9, 46:5, 71:3, 81:10, 81:16, 82:4
**follows** [2] - 10:4, 31:8
**fooled** [1] - 44:25
**footage** [1] - 57:18
**FOR** [3] - 1:1, 1:11, 1:15
**Ford** [1] - 81:12
**forefront** [1] - 78:11
**forego** [1] - 15:7
**foregoing** [1] - 85:16
**forgetting** [1] - 58:1
**form** [1] - 78:17
**formal** [2] - 28:17, 28:18
**formats** [1] - 56:21
**former** [2] - 44:23, 72:2
**former-President** [1] - 44:23
**forth** [1] - 12:13
**forward** [4] - 2:8, 7:2, 11:13, 64:10

**four** [3] - 4:21, 34:4, 34:17
**frame** [1] - 19:10
**frankly** [3] - 19:12, 48:13, 55:6
**fraud** [2] - 44:18, 55:7
**free** [1] - 20:19
**friend** [3] - 18:23, 24:1, 71:25
**friends** [8] - 4:8, 14:2, 14:4, 14:6, 14:11, 15:10, 25:15, 65:17
**front** [5] - 32:17, 39:19, 39:20, 46:16, 72:12
**fuck** [2] - 73:15, 74:3
**full** [3] - 76:1, 83:9, 85:17
**fully** [1] - 9:10
**fumes** [3] - 17:19, 19:13, 72:24
**fundamental** [1] - 70:22
**future** [6] - 3:14, 31:9, 41:6, 69:2, 78:19, 79:12

**G**

**garden** [1] - 70:16
**garden-variety** [1] - 70:16
**gas** [2] - 72:25, 73:19
**gate** [5] - 17:9, 17:15, 19:4, 19:16, 19:17
**gathering** [1] - 72:19
**general** [3] - 31:20, 31:25, 37:14
**generally** [2] - 62:1, 76:10
**Giesswein** [13] - 17:17, 18:17, 18:18, 18:23, 19:1, 19:20, 20:2, 20:8, 20:17, 20:22, 20:23, 75:9, 75:13
**Giesswein's** [1] - 19:2
**giv** [1] - 27:15
**given** [14] - 19:8, 26:12, 27:1, 28:3, 28:6, 34:4, 36:3, 42:4, 49:21, 53:21, 68:8, 76:20, 77:17, 80:12
**gladly** [1] - 67:1
**glances** [1] - 52:6
**glory** [1] - 20:1
**Government** [1] - 21:10
**government** [85] - 4:3,

4:9, 5:2, 5:11, 5:24, 6:5, 6:17, 6:18, 6:22, 9:16, 11:6, 11:12, 12:11, 18:15, 18:22, 18:25, 20:7, 20:21, 23:7, 23:8, 23:13, 24:5, 25:22, 25:25, 26:14, 26:18, 27:3, 27:5, 27:15, 27:18, 30:22, 30:24, 33:20, 33:23, 34:9, 36:10, 36:13, 36:14, 37:16, 38:3, 38:5, 39:2, 39:15, 40:6, 41:21, 42:7, 45:7, 45:21, 46:9, 47:4, 47:6, 47:8, 47:17, 48:1, 48:4, 48:25, 49:17, 49:20, 51:21, 51:24, 54:21, 54:22, 55:3, 57:7, 58:11, 58:15, 58:24, 59:9, 59:19, 60:7, 64:25, 65:3, 73:10, 73:21, 73:23, 74:14, 75:8, 75:11, 80:7, 84:5, 84:10, 84:12, 84:16
**government's** [29] - 3:25, 6:14, 8:19, 11:16, 11:22, 12:6, 12:7, 13:16, 13:18, 15:17, 16:7, 16:12, 16:19, 22:16, 23:12, 26:16, 30:16, 31:17, 32:9, 36:5, 36:15, 36:17, 36:18, 36:23, 37:1, 37:18, 45:25, 48:5, 48:6
**granted** [1] - 84:14
**grass** [1] - 50:25
**grave** [1] - 50:23
**gravity** [1] - 70:13
**great** [3] - 28:3, 28:5, 72:16
**greater** [3] - 63:4, 63:10, 68:21
**Griffith** [1] - 31:5
**ground** [1] - 70:17
**grounds** [5] - 6:20, 10:14, 10:18, 40:8, 70:7
**group** [1] - 74:6
**grown** [1] - 79:4
**grown-up** [1] - 79:4
**Gruppo** [1] - 31:5
**guess** [5] - 26:15, 43:5, 54:22, 58:4, 61:14
**guideline** [13] - 6:16, 10:3, 10:5, 10:14,

10:15, 10:20, 11:7, 11:23, 11:24, 12:4, 12:5, 12:6, 12:10
**guidelines** [7] - 5:8, 10:2, 10:25, 28:8, 30:20, 53:24
**guilty** [6] - 27:22, 39:13, 42:22, 62:11, 69:8, 83:24

## H

**H2-205B** [1] - 81:13
**half** [2] - 34:4, 50:10
**Hall** [8] - 18:7, 18:8, 19:19, 19:23, 20:3, 20:18, 73:5, 75:3
**halls** [1] - 74:2
**hand** [1] - 72:11
**handed** [2] - 73:7, 75:18
**handled** [1] - 27:22
**hands** [1] - 22:8
**hangers** [1] - 71:14
**hangers-on** [1] - 71:14
**happy** [3] - 51:13, 54:11, 60:20
**hard** [3] - 67:1, 71:19, 74:19
**Hard** [1] - 71:20
**harmful** [1] - 49:10
**hate** [1] - 41:25
**head** [2] - 72:3, 72:14
**headed** [1] - 72:2
**health** [1] - 82:19
**hear** [4] - 5:11, 13:23, 64:4, 67:2
**heard** [3] - 5:13, 48:2, 48:3
**hearing** [17] - 2:24, 3:8, 3:19, 4:22, 4:25, 5:1, 5:17, 6:7, 9:20, 10:1, 32:18, 36:4, 39:9, 44:17, 68:18, 71:12, 77:7
**HEARING** [1] - 1:8
**hearings** [2] - 3:15, 4:23
**heart** [1] - 57:22
**heavily** [1] - 79:14
**heck** [1] - 48:11
**held** [2] - 2:25, 3:11
**helmet** [8] - 13:1, 13:6, 13:13, 13:20, 15:18, 26:6, 71:2, 74:20
**help** [6] - 47:25, 49:17, 49:19, 52:18, 54:12, 72:6

**helped** [2] - 66:9, 70:19
**helpful** [4] - 33:21, 36:9, 76:3
**helping** [1] - 78:7
**helps** [1] - 30:13
**hereby** [2] - 80:24, 85:15
**Herendeen** [1] - 71:16
**Herendeen's** [1] - 71:19
**hideaway** [1] - 60:12
**high** [6] - 3:4, 11:24, 12:5, 12:9, 58:1, 73:9
**high-transmission** [1] - 3:4
**higher** [1] - 37:15
**highlight** [2] - 23:11, 37:5
**highlights** [1] - 78:17
**himself** [5] - 17:2, 26:20, 27:6, 51:3, 62:23
**histories** [1] - 30:4
**history** [7] - 5:9, 10:10, 10:11, 10:22, 69:5, 76:24
**hit** [1] - 35:7
**Hogan** [2] - 59:12, 59:15
**holds** [1] - 77:5
**home** [19] - 22:25, 24:18, 43:19, 44:1, 44:6, 51:2, 59:14, 59:17, 59:19, 66:15, 66:18, 66:21, 71:1, 71:8, 71:17, 80:16, 80:17, 81:3, 82:13
**homelessness** [1] - 50:23
**honest** [1] - 7:8
**honestly** [2] - 61:24, 67:23
**Honor** [93] - 2:5, 2:14, 2:18, 2:21, 4:11, 4:14, 4:16, 5:19, 6:1, 6:9, 6:24, 7:9, 7:22, 7:25, 8:9, 8:21, 9:3, 9:6, 9:12, 9:18, 11:8, 11:10, 12:1, 12:12, 12:13, 14:18, 15:6, 15:13, 17:14, 18:21, 19:8, 20:5, 21:4, 23:11, 26:22, 27:8, 28:9, 29:2, 29:15, 31:3, 31:16, 31:23, 32:18, 32:25, 33:9, 33:11, 34:21, 36:2, 36:25, 37:24, 39:8,

40:14, 41:1, 41:25, 42:8, 42:10, 42:12, 43:8, 43:15, 44:11, 45:17, 47:21, 48:9, 49:24, 50:9, 52:13, 53:7, 54:1, 54:8, 54:19, 56:9, 58:12, 58:21, 61:18, 62:19, 63:13, 64:5, 64:6, 64:14, 65:24, 66:6, 66:17, 67:4, 67:8, 68:5, 84:6, 84:8, 84:12, 84:17, 84:19, 84:24, 85:10, 85:11
**HONORABLE** [1] - 1:8
**hope** [3] - 48:25, 49:5, 58:18
**hotel** [1] - 72:2
**hours** [2] - 11:18, 56:13
**house** [3] - 43:19, 51:17, 66:19
**House** [18] - 26:11, 26:13, 26:21, 26:24, 27:7, 28:22, 28:25, 29:19, 47:20, 49:14, 56:12, 56:14, 75:4, 75:25, 76:5, 77:18, 80:6, 81:12
**HOWELL** [1] - 1:8
**hung** [1] - 60:13
**hurts** [2] - 63:3
**husband** [2] - 63:2, 78:9

## I

**i)s** [1] - 7:16
**identifiable** [1] - 69:14
**identified** [3] - 6:24, 14:8, 14:19
**ii)** [2] - 7:13, 8:15
**illegal** [1] - 43:25
**illegally** [1] - 16:24
**Image** [10] - 13:5, 13:15, 13:18, 15:16, 15:21, 16:7, 16:11, 16:18, 18:6, 22:3
**image** [4] - 13:15, 16:17, 16:20, 16:21
**Images** [5] - 17:11, 21:9, 21:17, 22:1, 22:7
**imagine** [1] - 34:12
**immediate** [1] - 77:15
**immediately** [2] - 44:5, 83:4
**impact** [1] - 27:11
**implying** [1] - 20:6

**importance** [2] - 45:18, 79:12
**important** [9] - 12:18, 31:18, 48:19, 48:20, 48:21, 48:22, 49:15, 49:22, 70:21
**impose** [10] - 5:16, 40:4, 40:5, 53:6, 53:23, 68:13, 68:20, 79:11, 79:22
**imposed** [16] - 5:15, 30:8, 30:24, 31:1, 33:21, 38:16, 68:24, 78:12, 79:17, 79:25, 80:2, 80:20, 81:17, 83:15, 83:21, 84:4
**imposing** [3] - 30:20, 31:13, 31:24
**imposition** [2] - 53:18, 68:4
**impossible** [1] - 37:13
**impression** [1] - 32:3
**imprisonment** [10] - 10:23, 11:1, 11:17, 11:23, 30:17, 30:18, 31:14, 79:16, 83:16
**impulsive** [1] - 71:4
**inability** [1] - 52:24
**inappropriately** [1] - 44:22
**inaugurated** [1] - 44:20
**incarceration** [7] - 26:1, 31:24, 34:5, 34:17, 36:16, 79:21, 80:2
**incentive** [1] - 56:23
**incentivized** [1] - 28:21
**incentivizes** [1] - 48:4
**incidents** [1] - 76:25
**incite** [2] - 14:16, 76:22
**include** [4] - 14:6, 14:7, 68:23, 81:20
**includes** [2] - 79:20, 83:12
**including** [3] - 3:11, 3:13, 26:2
**increase** [1] - 6:16
**incredible** [1] - 78:25
**increments** [1] - 80:16
**independent** [1] - 28:2
**Indiana** [1] - 1:17
**indicate** [2] - 54:13, 60:5
**indicated** [14] - 13:15, 14:9, 15:25, 18:4, 25:4, 27:8, 28:9, 29:6, 30:10, 32:11,

32:18, 38:12, 60:15, 77:16
**indicating** [2] - 15:14, 55:9
**indication** [3] - 22:19, 49:15, 60:1
**indictment** [2] - 80:25, 84:11
**individual** [16] - 14:7, 14:8, 18:8, 18:10, 18:11, 22:25, 23:5, 29:18, 35:8, 35:9, 46:19, 57:25, 59:2, 59:4, 59:11, 60:18
**individuals** [18] - 14:14, 15:5, 16:15, 17:2, 17:16, 17:20, 20:4, 22:8, 27:23, 42:19, 45:9, 46:15, 49:6, 49:7, 51:20, 56:25, 62:5, 63:19
**ineffective** [1] - 83:23
**inference** [3] - 20:23, 21:1, 75:10
**inflicted** [1] - 63:19
**influenced** [1] - 62:20
**info** [1] - 24:2
**information** [18] - 39:17, 44:18, 49:3, 54:3, 54:6, 54:10, 54:11, 54:15, 56:23, 67:7, 67:13, 67:16, 68:3, 68:7, 82:25, 83:1, 83:2, 83:22
**informative** [3] - 48:12, 48:17, 48:18
**informed** [2] - 24:20, 29:8
**initial** [2] - 25:3, 60:16
**initiate** [1] - 57:6
**inquiries** [1] - 39:11
**inquiry** [1] - 31:6
**inside** [14] - 13:19, 15:19, 19:5, 20:1, 33:1, 33:18, 35:11, 37:22, 37:25, 57:19, 71:4, 72:14, 72:21, 75:15
**insightful** [1] - 62:8
**Instagram** [2] - 45:9, 60:17
**instance** [1] - 77:2
**instances** [1] - 32:1
**instead** [4] - 6:19, 17:4, 17:6, 57:13
**insufficient** [1] - 36:7
**insurrection** [3] - 22:11, 23:20, 45:15
**intend** [3] - 23:23, 58:9, 79:22

**intended** [2] - 3:5, 22:21
**intent** [10] - 13:9, 14:5, 26:3, 35:22, 54:24, 55:1, 57:6, 57:9, 57:21, 68:7
**intentionally** [1] - 71:3
**interaction** [3] - 18:2, 19:16, 19:24
**interactions** [2] - 61:10, 77:2
**interest** [1] - 47:24
**interested** [1] - 36:18
**interesting** [2] - 44:12, 57:18
**interfere** [2] - 17:21, 26:3
**intermittent** [7] - 31:2, 79:21, 80:15, 81:1, 82:5, 82:7
**internet** [2] - 23:21, 55:25
**interpret** [1] - 13:24
**interrupt** [2] - 13:21, 34:22
**intersection** [1] - 27:25
**interview** [3] - 67:9, 67:18, 67:23
**interviews** [1] - 47:19
**interweaved** [1] - 62:25
**investigating** [2] - 27:23, 28:22
**investigation** [22] - 3:22, 5:3, 5:21, 5:25, 7:24, 8:7, 9:1, 9:15, 9:22, 10:6, 24:14, 27:4, 27:14, 27:24, 29:19, 47:19, 49:21, 53:1, 53:12, 67:14, 68:17, 83:11
**investigator** [1] - 46:14
**investigators** [4] - 26:11, 26:21, 49:8, 75:24
**involve** [1] - 69:20
**involved** [4] - 27:24, 52:11, 64:25, 66:2
**involving** [1] - 34:1
**ironically** [1] - 77:6
**irritant** [1] - 17:24
**isolated** [1] - 32:13
**issue** [6] - 29:22, 38:25, 51:9, 51:10, 63:8, 63:9
**issued** [1] - 3:13
**issues** [2] - 41:15, 69:21

**items** [1] - 15:24

## J

**jail** [1] - 25:20
**January** [38] - 5:22, 16:5, 23:16, 23:25, 24:9, 24:21, 25:21, 27:4, 27:24, 28:20, 28:22, 29:19, 30:7, 30:10, 32:6, 33:22, 35:5, 39:10, 43:6, 44:19, 45:12, 46:16, 47:18, 48:11, 49:4, 55:6, 56:11, 61:19, 66:3, 66:4, 70:13, 74:9, 74:13, 76:4, 77:20, 78:11, 79:25
**jaunt** [1] - 71:5
**job** [6] - 44:4, 48:19, 50:24, 53:13
**jobs** [1] - 53:14
**join** [1] - 71:3
**joining** [1] - 2:7
**joke** [2] - 44:23, 73:19
**judge** [3] - 3:16, 36:12, 36:14, 78:15
**JUDGE** [1] - 1:9
**Judge** [5] - 35:4, 35:25, 36:4, 59:11, 59:15
**judges** [8] - 4:22, 30:1, 30:7, 36:15, 36:17, 42:20, 48:3, 59:6
**judgment** [8] - 58:16, 58:17, 65:7, 80:23, 83:18, 85:5, 85:8
**judicial** [1] - 27:17
**justice** [2] - 65:2, 77:3
**Justice** [5] - 28:16, 29:12, 47:14, 49:6, 49:19

## K

**Kathy** [1] - 81:12
**keep** [4] - 3:5, 19:16, 31:20, 58:1
**keeping** [2] - 3:4, 22:25
**key** [1] - 48:8
**kicked** [1] - 35:18
**kind** [6] - 45:4, 48:6, 68:2, 76:2, 78:19, 80:5
**knowing** [5] - 26:23, 28:19, 47:5, 47:7, 74:21

**knowledge** [1] - 26:17
**known** [1] - 79:5
**knows** [7] - 42:13, 46:21, 50:21, 52:17, 55:21, 56:22, 63:2

## L

**landscaper** [1] - 50:25
**lapse** [3] - 58:16, 65:7
**lapsed** [1] - 65:7
**lapses** [1] - 58:17
**larger** [1] - 14:16
**last** [4] - 5:14, 38:19, 55:19, 58:2
**lastly** [1] - 5:12
**law** [20] - 17:1, 17:9, 17:15, 17:17, 17:18, 17:21, 18:2, 18:9, 19:3, 19:17, 20:25, 27:2, 35:7, 48:23, 49:18, 62:4, 68:25, 70:20, 75:21, 76:10
**law-abiding** [1] - 48:23
**lawful** [4] - 43:22, 43:23, 43:24, 74:22
**lead** [2] - 46:14, 57:14
**leading** [1] - 49:4, 55:5
**leads** [1] - 79:8
**learned** [3] - 24:14, 43:1, 56:5
**least** [3] - 54:23, 59:19, 81:25
**leave** [5] - 6:7, 17:6, 20:12, 50:17, 72:12
**leaving** [4] - 12:20, 22:4, 71:1, 73:11
**led** [1] - 50:19
**left** [4] - 16:20, 17:7, 23:14, 75:18
**legislative** [3] - 27:24, 28:13, 29:8
**legitimately** [1] - 55:17
**leniency** [1] - 25:19
**less** [3] - 17:20, 30:25, 76:13
**lesser** [1] - 30:25
**letter** [9] - 4:7, 57:24, 64:11, 64:13, 71:10, 72:1, 72:8, 77:17, 77:21
**letters** [5] - 4:7, 25:14, 43:14, 45:18, 78:5
**level** [5] - 6:15, 6:16, 10:16, 10:21, 61:25
**levels** [2] - 10:17,

10:19
**liberal** [1] - 61:22
**liberty** [2] - 23:8, 73:22
**lied** [1] - 59:20
**lies** [2] - 45:10, 78:21
**life** [2] - 52:3, 65:22
**limited** [4] - 30:19, 63:23, 69:15, 80:14
**line** [7] - 2:25, 3:5, 3:7, 3:9, 21:15, 59:3, 67:3
**Linwood** [1] - 60:4
**listed** [1] - 4:3
**listen** [2] - 3:1, 3:7
**listening** [3] - 3:8, 44:17, 72:2
**listing** [1] - 56:21
**lists** [1] - 34:1
**live** [2] - 50:3, 71:18
**lives** [1] - 51:22
**lobby** [2] - 16:25, 21:19
**local** [1] - 81:21
**location** [2] - 82:15, 82:22
**locked** [1] - 38:4
**logistics** [1] - 77:12
**longest** [1] - 80:2
**look** [8] - 16:19, 48:9, 56:25, 57:4, 59:8, 63:13, 74:12, 74:13
**looked** [5] - 19:11, 23:14, 38:15, 55:11, 57:14
**looking** [6] - 7:21, 33:17, 36:9, 36:25, 58:24, 74:10
**looks** [4] - 19:12, 52:6, 63:14, 73:16
**loss** [1] - 81:13
**losses** [2] - 41:16, 69:22
**lost** [6] - 44:3, 53:13, 63:16, 63:17, 67:14, 67:24
**LOTH** [1] - 85:15
**Loth** [2] - 1:21, 85:25
**loud** [2] - 72:5, 72:6
**loved** [1] - 77:24
**low** [2] - 12:5, 36:6
**lower** [4] - 17:9, 17:15, 19:17, 53:14

## M

**machine** [1] - 1:23
**maintain** [1] - 61:13
**maintenance** [1] -

22:10
**majority** [1] - 12:4
**malcontents** [1] - 79:12
**man** [5] - 47:15, 57:10, 57:12, 73:19, 77:5
**management** [1] - 77:10
**mandatory** [5] - 40:12, 41:24, 70:1, 81:16, 81:20
**Mandatory** [9] - 39:24, 40:3, 40:10, 40:19, 41:8, 41:13, 41:22, 42:3, 69:18
**manner** [2] - 61:13, 85:22
**March** [2] - 24:23, 85:24
**marching** [1] - 18:4
**marijuana** [1] - 60:13
**Marquez** [6] - 36:12, 36:20, 37:6, 37:7, 60:9, 61:1
**marriage** [1] - 50:7
**married** [2] - 50:9, 77:8
**masses** [1] - 14:20
**materials** [1] - 3:20
**matter** [2] - 2:2, 21:20
**Max** [2] - 49:25, 50:4
**maximum** [4] - 53:24, 59:13, 79:15, 83:16
**mean** [20] - 12:2, 13:24, 19:4, 19:13, 32:22, 37:9, 37:21, 40:10, 41:11, 43:4, 48:13, 50:23, 52:2, 53:10, 54:9, 56:22, 57:6, 57:15, 58:14, 66:20
**meant** [1] - 37:23
**media** [9] - 3:13, 13:8, 13:22, 13:23, 15:3, 15:7, 23:21, 26:9, 56:8
**medical** [1] - 82:19
**meet** [1] - 66:15
**meeting** [1] - 46:2
**meets** [1] - 18:8
**member** [4] - 52:10, 63:3, 63:4, 66:1
**members** [3] - 4:8, 19:22, 75:19
**memo** [8] - 6:14, 6:23, 24:4, 26:19, 44:14, 45:25, 59:11, 61:5
**memoranda** [1] - 25:4, 68:15
**memorandum** [21] -

4:1, 4:5, 6:25, 7:10, 8:10, 12:14, 13:17, 13:18, 14:9, 15:17, 16:8, 16:12, 16:19, 20:9, 22:16, 23:13, 25:6, 25:14, 27:9, 32:10, 37:2

**memos** [2] - 58:25, 71:11

**mental** [1] - 82:19

**mention** [3] - 35:15, 58:21, 61:10

**mentioned** [3] - 22:12, 71:17, 72:4

**mentions** [1] - 6:22

**mere** [2] - 16:9, 25:18

**merely** [1] - 70:16

**Merkley** [1] - 60:14

**Merkley's** [1] - 60:12

**mess** [1] - 44:9

**message** [3] - 23:5, 51:23, 74:1

**messaged** [1] - 71:7

**messages** [5] - 14:2, 23:12, 56:1, 71:16, 73:12

**met** [2] - 57:25, 72:13

**mete** [1] - 31:18

**Michigan** [3] - 12:20, 50:3, 71:1

**microphone** [2] - 2:13, 9:9

**mid** [1] - 30:14

**mid-term** [1] - 30:14

**might** [7] - 7:18, 52:1, 52:6, 61:1, 62:18, 71:18, 75:13

**Milan** [1] - 84:21

**military** [2] - 13:1, 26:6

**military-style** [1] - 13:1

**mind** [7] - 15:23, 43:7, 43:11, 55:3, 62:25, 75:23, 78:11

**mindset** [1] - 22:14

**minimizing** [1] - 25:10

**minute** [5] - 13:7, 13:22, 16:21, 17:20, 19:21

**minutes** [15] - 16:9, 32:22, 32:24, 32:25, 33:1, 33:4, 33:7, 33:8, 33:9, 33:10, 33:16, 33:18, 60:14, 75:1, 75:2

**miscommunication** [1] - 54:2

**misdemeanor** [13] - 5:7, 30:6, 38:21,

39:22, 41:7, 42:23, 58:23, 59:2, 59:3, 60:25, 70:9, 79:15, 80:1

**misdemeanors** [1] - 59:6

**misinformation** [1] - 78:21

**missed** [1] - 15:12

**missing** [1] - 37:19

**mission** [1] - 49:10

**misspoke** [1] - 85:6

**mistake** [2] - 50:16, 65:13

**mistakes** [1] - 50:8

**mistrust** [3] - 61:25, 62:1, 62:3

**mitigating** [1] - 5:10

**mix** [1] - 80:7

**mob** [7] - 16:6, 19:22, 32:17, 71:3, 75:19, 78:17, 79:9

**mom** [1] - 66:21

**moment** [1] - 16:1

**moments** [1] - 25:18

**money** [1] - 66:20

**monitoring** [3] - 82:15, 82:22, 82:24

**month** [1] - 43:20

**monthly** [2] - 52:21, 53:3

**months** [16] - 11:24, 24:21, 24:22, 30:8, 34:10, 36:13, 36:15, 38:5, 39:5, 39:21, 51:19, 59:12, 59:17, 80:24, 81:3, 82:14

**months'** [6] - 10:23, 11:17, 11:22, 26:1, 30:17, 31:14

**morning** [8] - 2:14, 2:16, 2:18, 2:19, 2:20, 2:21, 2:22, 5:18

**most** [6] - 12:2, 12:18, 43:1, 60:10, 62:8, 70:21

**motion** [3] - 27:14, 84:10, 84:14

**mouth** [1] - 17:24

**mouths** [1] - 71:13

**move** [3] - 9:9, 54:19, 56:17

**moves** [1] - 84:12

**MR** [30] - 2:17, 4:14, 4:16, 4:18, 9:3, 9:6, 11:10, 33:9, 33:11, 42:12, 43:8, 43:12, 43:23, 47:21, 49:24, 53:7, 54:1, 54:19,

57:11, 57:17, 57:21, 59:17, 61:1, 61:4, 61:22, 63:25, 84:8, 84:19, 84:24, 85:11

**MS** [74] - 2:14, 4:11, 6:1, 6:24, 7:3, 7:5, 7:9, 7:18, 7:22, 7:25, 8:4, 8:9, 8:14, 8:21, 8:24, 11:8, 12:1, 12:12, 14:3, 14:18, 15:6, 15:10, 15:13, 17:14, 18:18, 18:21, 19:7, 20:5, 21:4, 21:7, 21:25, 26:22, 27:8, 28:7, 29:2, 29:5, 29:15, 31:3, 31:16, 31:23, 32:25, 33:2, 33:5, 33:12, 33:15, 34:21, 34:24, 35:3, 35:14, 36:2, 36:7, 36:25, 37:7, 37:11, 37:24, 38:2, 38:11, 38:19, 38:22, 39:4, 39:8, 40:14, 41:1, 41:4, 41:25, 42:8, 42:10, 64:5, 67:4, 67:8, 68:5, 84:6, 84:12, 84:17

**must** [14] - 7:14, 7:20, 68:18, 69:3, 81:20, 81:21, 81:22, 81:24, 82:1, 82:6, 82:10, 82:13, 82:24, 83:17

**MVRA** [3] - 40:20, 40:25, 41:10

## N

**name** [4] - 2:13, 14:10, 18:17, 58:2

**namely** [1] - 75:16

**names** [1] - 2:8

**narrow** [1] - 47:22

**nature** [4] - 69:4, 70:5, 76:8, 78:2

**necessarily** [1] - 12:21, 59:1, 62:4

**necessary** [6] - 3:15, 8:19, 63:10, 64:24, 68:21, 79:10

**need** [16] - 41:8, 41:17, 41:18, 54:11, 67:11, 67:13, 68:23, 69:6, 69:8, 69:24, 70:3, 76:9, 78:12, 78:17, 79:23, 80:10

**needed** [1] - 56:15

**needs** [2] - 54:14, 61:15

**net** [3] - 52:21, 53:2,

67:6

**never** [12] - 23:10, 23:17, 27:16, 43:6, 50:17, 50:22, 62:14, 62:24, 64:23, 65:19, 73:24, 77:16

**new** [2] - 50:14, 83:21

**news** [3] - 71:13, 78:24, 79:7

**newspapers** [1] - 48:10

**NEWTON** [4] - 1:20, 67:4, 67:8, 68:5

**Newton** [1] - 2:6

**next** [9] - 4:24, 13:11, 16:17, 21:5, 21:7, 30:14, 41:11, 56:13, 71:7

**none** [1] - 55:12

**nonetheless** [1] - 72:23

**normally** [1] - 6:10

**Northwest** [1] - 83:6

**nose** [1] - 17:24

**note** [2] - 63:13, 77:19

**noted** [3] - 6:5, 60:18, 84:5

**notes** [1] - 85:17

**nothing** [7] - 44:25, 45:20, 50:12, 50:13, 62:14, 71:20, 84:25

**noticed** [1] - 7:11

**notify** [1] - 83:7

**noting** [1] - 71:23

**November** [2] - 61:19, 77:12

**null** [1] - 85:20

**number** [8] - 19:18, 19:19, 23:11, 25:24, 30:6, 44:8, 46:3, 80:9

**numbers** [1] - 3:5

**numerous** [1] - 12:16

**NW** [1] - 1:17

## O

**object** [1] - 23:1

**objection** [1] - 9:20

**objections** [8] - 5:2, 5:5, 5:24, 6:2, 9:5, 11:6, 11:9, 84:4

**obligation** [3] - 41:24, 42:7, 83:9

**obligations** [2] - 82:20, 83:4

**obstructive** [1] - 51:24

**obvious** [1] - 24:3

**obviously** [6] - 42:19,

49:25, 51:21, 55:11, 61:12, 71:7

**occasional** [1] - 66:19

**occur** [2] - 12:23

**occurred** [6] - 6:17, 10:17, 19:8, 27:4, 56:18, 76:4

**OF** [3] - 1:1, 1:3, 1:8

**offender** [2] - 80:3, 80:4

**offense** [27] - 6:14, 6:15, 10:8, 10:12, 10:14, 10:16, 10:17, 10:21, 12:8, 40:11, 40:17, 40:21, 40:24, 41:9, 55:13, 60:24, 68:24, 69:1, 69:4, 69:9, 69:20, 70:6, 70:10, 76:8, 76:10, 80:12, 83:24

**offense-related** [1] - 55:13

**offenses** [2] - 10:8, 55:22

**offered** [2] - 59:9, 60:23

**office** [11] - 5:4, 7:12, 10:3, 24:13, 52:21, 52:23, 53:4, 53:17, 60:12, 83:2, 83:10

**Office** [14] - 28:16, 28:18, 28:24, 46:20, 47:14, 49:5, 49:19, 81:11, 81:12, 82:16, 82:21, 82:23, 83:3, 83:12

**Office's** [2] - 11:21, 47:24

**office's** [4] - 3:21, 3:23, 10:4, 68:17

**OFFICE/PA** [1] - 1:12

**Officer** [3] - 1:20, 2:5, 81:11

**officer** [7] - 54:2, 57:24, 58:2, 67:3, 72:13, 75:7, 82:25

**officers** [10] - 17:9, 17:15, 17:17, 17:19, 17:21, 18:2, 18:9, 19:3, 20:25, 77:23

**offices** [1] - 75:4

**official** [2] - 29:11, 85:25

**Official** [1] - 1:22

**often** [1] - 32:1

**Ohm** [25] - 2:17, 2:19, 4:6, 4:12, 8:25, 9:14, 11:9, 20:9, 27:8, 29:6, 29:16, 29:22, 33:5, 33:7, 38:10,

42:11, 47:11, 49:23,
52:19, 64:2, 65:25,
68:11, 70:11, 84:7,
84:18
**OHM** [31] - 1:15, 2:17,
4:14, 4:16, 4:18, 9:3,
9:6, 11:10, 33:9,
33:11, 42:12, 43:8,
43:12, 43:23, 47:21,
49:24, 53:7, 54:1,
54:19, 57:11, 57:17,
57:21, 59:17, 61:1,
61:4, 61:22, 63:25,
84:8, 84:19, 84:24,
85:11
**old** [4] - 24:21, 39:5,
39:21, 43:20
**older** [3] - 24:22,
52:12, 52:14
**once** [4] - 27:22,
30:18, 52:15, 56:25
**one** [45] - 13:12,
13:21, 19:18, 20:20,
23:13, 30:5, 30:20,
31:11, 34:5, 34:6,
34:7, 34:25, 38:25,
43:20, 45:8, 46:3,
47:24, 48:8, 50:7,
52:6, 52:19, 53:22,
55:21, 55:22, 56:4,
56:5, 56:21, 58:21,
59:4, 61:2, 61:18,
66:14, 74:25, 77:2,
79:16, 79:17, 80:17,
81:20, 81:24, 85:4
**one-year** [2] - 30:20,
31:11
**one-year-old** [1] -
43:20
**ones** [3] - 12:17,
12:18, 77:24
**ongoing** [1] - 47:20
**open** [2] - 57:3, 84:11
**opened** [1] - 35:10
**opportunity** [4] -
12:11, 38:9, 47:12,
64:9
**oppose** [1] - 54:15
**opposed** [3] - 7:13,
8:15, 32:4
**orally** [1] - 85:7
**Order** [1] - 3:10
**order** [6] - 68:3, 69:16,
74:22, 79:7, 83:13,
85:8
**ordered** [3] - 81:4,
81:6, 82:20
**outline** [1] - 4:19
**outlined** [1] - 32:13
**outside** [8] - 22:6,

22:17, 26:7, 50:1,
73:3, 73:7, 73:18,
75:19
**outweighed** [2] -
41:19, 69:25
**overall** [2] - 61:12,
74:12
**overrun** [1] - 74:24
**overt** [1] - 70:15
**overwhelmed** [1] -
70:20
**owed** [1] - 69:10
**own** [3] - 9:23, 30:12,
51:18

## P

**p.m** [3] - 16:5, 16:9,
17:8
**PA** [1] - 1:13
**page** [11] - 5:23, 13:4,
13:16, 13:17, 15:16,
16:7, 16:11, 16:18,
22:15, 37:1, 61:6
**pages** [1] - 13:4
**paid** [1] - 83:9
**pain** [1] - 74:7
**pandemic** [2] - 44:6,
48:15
**papers** [3] - 9:16,
24:21, 53:11
**paraded** [2] - 73:7,
75:17
**parading** [3] - 21:25,
59:9, 60:24
**paragraph** [6] - 6:15,
6:21, 7:19, 8:6, 53:1
**pardon** [2] - 44:24,
57:11
**part** [9] - 18:3, 22:10,
32:14, 39:13, 42:24,
45:15, 56:17, 67:12,
74:6
**parted** [1] - 58:2
**participate** [3] - 47:19,
49:10, 66:9
**participation** [3] -
46:3, 73:13, 77:20
**particular** [8] - 14:17,
28:17, 37:19, 39:12,
40:15, 50:6, 76:11,
80:7
**particularly** [2] - 13:4,
79:8
**parties** [3] - 63:24,
67:24, 70:4
**party** [2] - 52:11,
85:22
**past** [1] - 54:20

**patriotic** [2] - 65:12,
66:4
**pauses** [2] - 6:12, 85:2
**pausing** [1] - 34:21
**pay** [4] - 39:14, 52:24,
53:14, 81:4
**payable** [1] - 83:4
**paycheck** [1] - 51:18
**payment** [1] - 69:12
**payments** [1] - 81:8
**peaceful** [5] - 13:10,
10:23, 71:24, 79:9,
79:13
**people** [44] - 3:5, 3:7,
4:22, 14:3, 14:5,
14:11, 17:4, 19:5,
19:14, 19:17, 20:16,
20:17, 23:7, 23:8,
35:22, 44:24, 45:11,
48:10, 48:21, 48:22,
49:10, 51:11, 51:12,
55:24, 56:1, 56:18,
57:7, 60:23, 61:18,
65:14, 66:2, 72:10,
72:19, 72:20, 72:21,
73:3, 73:8, 73:22,
74:5, 74:6, 77:24,
78:16
**pepper** [3] - 17:18,
18:9, 35:7
**pepper-sprayed** [2] -
18:9, 35:7
**percent** [2] - 43:3,
44:2
**perhaps** [3] - 28:9,
61:14, 77:6
**period** [24] - 11:1,
11:19, 30:13, 30:25,
31:1, 31:12, 31:14,
31:15, 31:21, 31:24,
34:5, 34:17, 36:16,
42:14, 42:15, 44:10,
53:14, 60:17, 63:11,
80:2, 80:17, 82:14,
83:16
**periodic** [1] - 81:25
**periods** [3] - 79:21,
81:2, 82:8
**permission** [1] - 84:2
**persistent** [1] - 35:11
**person** [12] - 2:25,
10:8, 14:13, 26:8,
32:2, 46:19, 46:22,
46:23, 52:6, 62:25,
71:22, 75:7
**personal** [1] - 23:1
**personally** [2] - 56:14,
60:15
**persons** [1] - 3:1
**perspective** [1] - 62:2

**petty** [3] - 59:2, 59:6,
60:23
**Philadelphia** [1] - 1:13
**phone** [3] - 55:18,
56:10, 73:11
**photo** [1] - 75:11
**photocopied** [1] -
85:21
**photographs** [1] -
19:22
**physical** [2] - 55:10,
76:15
**physically** [3] - 3:6,
75:6, 76:12
**picked** [1] - 73:5
**picketing** [1] - 60:24
**picture** [3] - 19:25,
20:3, 20:18
**pillars** [1] - 70:22
**place** [8] - 6:7, 12:21,
13:9, 22:11, 23:20,
24:18, 25:6, 32:19
**placed** [1] - 32:2
**placement** [1] - 81:24
**places** [1] - 32:23
**plan** [1] - 13:10
**planned** [2] - 12:20,
12:25
**planning** [2] - 12:19,
76:20
**played** [1] - 42:24
**plea** [11] - 11:5, 32:18,
39:9, 39:13, 42:5,
63:12, 69:11, 72:17,
77:7, 82:2, 83:24
**plead** [2] - 27:22,
62:11
**pleaded** [1] - 42:22
**pleas** [1] - 60:23
**pled** [1] - 39:13
**plus** [1] - 11:17
**podium** [5] - 2:12, 7:4,
11:13, 64:10, 68:12
**point** [8] - 12:18,
20:19, 48:11, 52:1,
55:11, 60:3, 60:22,
74:24
**pointed** [3] - 20:21,
25:25, 26:2
**points** [2] - 75:8, 80:7
**pole** [1] - 55:14
**police** [10] - 57:24,
61:11, 61:13, 72:13,
72:19, 72:22, 73:2,
74:24, 75:7, 76:15
**Police** [3] - 21:13,
64:21, 77:23
**political** [1] - 30:12
**politically** [1] - 66:1
**politicians** [2] - 71:14,

79:7
**politicians'** [1] - 71:14
**politics** [2] - 45:3,
65:18
**poor** [1] - 50:19
**portions** [2] - 5:3, 9:21
**position** [13] - 8:19,
12:7, 28:17, 28:18,
28:19, 28:23, 29:4,
29:5, 29:12, 41:21,
45:2, 46:8, 46:12
**possess** [1] - 81:22
**post** [8] - 13:8, 13:23,
22:19, 23:6, 23:14,
24:1, 24:11, 26:9
**posted** [5] - 14:4,
15:24, 23:16, 45:4,
60:17
**posting** [2] - 14:15,
51:25
**postings** [2] - 52:13
**posts** [12] - 13:23,
13:24, 14:1, 14:14,
14:21, 15:3, 15:4,
15:5, 15:7, 15:25,
22:13
**power** [4] - 49:1,
70:23, 79:9, 79:13
**practicable** [1] - 82:14
**precautions** [1] -
56:16
**precisely** [1] - 70:4
**prelaw** [1] - 77:7
**preparation** [3] - 25:5,
31:3, 67:13
**prepared** [1] - 74:19
**preparing** [3] - 7:10,
26:4, 26:5
**preplanning** [1] -
74:15
**presence** [3] - 42:24,
50:5, 61:12
**PRESENT** [1] - 1:20
**present** [3] - 3:6,
24:25, 70:17
**presentation** [1] - 54:9
**presented** [5] - 12:14,
15:19, 35:3, 63:24,
69:15
**presentence** [15] -
3:21, 5:3, 5:21, 5:25,
7:24, 8:7, 9:1, 9:15,
9:21, 10:6, 52:25,
53:12, 67:14, 68:16,
83:10
**President** [8] - 44:19,
44:23, 44:24, 57:23,
58:8, 72:3, 77:25
**presidential** [2] -
30:14, 70:24

**presiding** [1] - 3:16
**Pretrial** [2] - 1:20, 2:6
**pretty** [1] - 19:12
**previously** [1] - 32:11
**pride** [1] - 73:12
**primary** [1] - 77:9
**priorities** [2] - 44:9, 50:11
**prison** [4] - 30:23, 31:18, 34:10, 36:24
**Prisons** [1] - 82:10
**private** [3] - 14:2, 14:14, 75:4
**privately** [3] - 14:13, 15:5, 45:4
**privy** [1] - 27:17
**probation** [38] - 3:21, 3:23, 5:4, 7:11, 9:14, 10:3, 10:4, 10:25, 11:20, 11:21, 30:8, 30:9, 31:1, 32:2, 34:7, 36:12, 42:14, 42:16, 52:20, 52:22, 53:4, 53:17, 54:2, 60:19, 63:7, 63:11, 66:25, 67:3, 68:17, 77:2, 79:19, 80:13, 80:25, 82:9, 82:24, 83:2, 83:10
**Probation** [9] - 1:20, 2:5, 11:20, 42:15, 51:8, 82:16, 82:21, 82:23, 83:12
**probationary** [1] - 79:24
**problem** [3] - 6:22, 8:17, 54:6
**proceed** [1] - 5:18
**proceeded** [2] - 13:2, 72:14
**proceeding** [4] - 4:20, 6:12, 85:2, 85:12
**proceedings** [6] - 3:2, 3:11, 26:4, 70:21, 72:7, 85:18
**Proceedings** [1] - 1:23
**proceeds** [2] - 4:22, 17:7
**process** [8] - 41:17, 41:20, 43:14, 44:16, 67:12, 69:23, 69:25, 70:22
**produce** [1] - 53:4
**produced** [1] - 1:24
**program** [1] - 82:15
**prohibited** [1] - 3:12
**prohibitions** [1] - 3:12
**prolong** [2] - 41:17, 69:23
**promise** [1] - 63:8

**promote** [5] - 14:17, 30:12, 68:24, 69:2, 76:10
**propensity** [1] - 30:11
**property** [13] - 38:4, 40:11, 40:17, 40:21, 40:24, 41:9, 63:15, 63:17, 69:20, 75:15, 75:16, 76:16
**prosecuted** [1] - 24:13
**prosecutor** [1] - 60:4
**protect** [3] - 31:21, 69:1, 78:13
**protecting** [1] - 21:15
**Protection** [1] - 39:23
**protest** [2] - 55:19, 58:7
**protesters** [1] - 55:20
**proud** [6] - 23:9, 52:15, 66:8, 73:24, 74:4, 77:14
**proudly** [1] - 73:20
**proven** [1] - 45:22
**provide** [16] - 31:19, 33:23, 41:18, 47:4, 52:20, 58:13, 66:24, 67:11, 67:21, 68:7, 68:25, 69:8, 69:24, 79:20, 82:24
**provided** [5] - 17:12, 33:20, 67:10, 67:21, 68:8
**provider** [1] - 77:9
**provides** [2] - 69:12, 79:15
**providing** [3] - 66:23, 67:16, 68:3
**provision** [2] - 41:22, 70:2
**provisions** [1] - 80:22
**proximity** [1] - 19:10
**PSR** [6] - 5:23, 6:15, 6:21, 8:6, 8:17, 9:5
**psychology** [1] - 77:6
**public** [14] - 2:25, 3:4, 3:7, 3:9, 13:24, 14:16, 14:21, 15:4, 31:20, 31:21, 61:23, 69:1, 75:2, 78:13
**Public** [1] - 1:16
**publicly** [1] - 51:25, 60:17, 77:19
**punish** [1] - 48:21
**punished** [1] - 51:6
**punishment** [5] - 31:11, 31:18, 68:25, 74:11, 79:10
**purported** [1] - 56:12
**purpose** [1] - 35:23
**purposes** [5] - 2:24,

4:4, 40:24, 68:22, 68:23
**pursuant** [5] - 69:3, 69:16, 80:21, 82:5, 83:14
**pursuing** [1] - 65:1
**pushback** [1] - 62:14
**put** [4] - 7:12, 51:3, 51:14, 56:23
**puts** [1] - 76:13
**putting** [2] - 36:17, 65:18
**puzzled** [2] - 30:5, 52:19
**puzzling** [1] - 37:16

## Q

**questions** [5] - 5:17, 25:24, 54:9, 54:13, 60:21
**questions..** [1] - 64:1
**quite** [1] - 24:8
**quote** [6] - 22:15, 40:11, 40:21, 41:15, 52:23, 74:4
**quoted** [1] - 24:6
**quoting** [1] - 40:19

## R

**radio** [1] - 23:22
**raid** [1] - 43:21
**raided** [1] - 43:19
**raids** [1] - 43:24
**raise** [2] - 73:8, 76:21
**raised** [1] - 63:5
**raises** [1] - 22:7
**rally** [11] - 13:2, 23:3, 26:7, 35:16, 35:22, 57:22, 58:3, 58:7, 71:21, 71:25
**rallying** [3] - 22:21, 35:24, 75:12
**range** [9] - 10:4, 10:23, 11:2, 11:23, 11:25, 12:4, 12:5, 12:6, 12:10
**rather** [3] - 30:21, 60:24, 72:12
**read** [9] - 3:18, 9:1, 25:13, 25:14, 31:4, 33:3, 53:11, 61:7, 64:11
**reading** [1] - 43:13
**ready** [2] - 47:3, 57:14
**real** [2] - 40:23, 56:20
**realigned** [1] - 50:11

**reality** [1] - 48:8
**realize** [1] - 66:24
**realized** [4] - 24:19, 38:25, 44:19, 65:12
**really** [6] - 24:2, 33:22, 45:3, 45:18, 64:12, 72:10
**reason** [4] - 18:12, 20:12, 61:21, 67:25
**reasonably** [1] - 75:12
**reasons** [5] - 5:15, 24:3, 38:23
**rebroadcasting** [1] - 3:10
**received** [4] - 34:17, 37:16, 67:19, 83:23
**recently** [3] - 44:23, 50:10, 74:5
**recognize** [1] - 44:1
**recognized** [4] - 44:8, 44:10, 44:15
**recognizes** [2] - 50:12, 79:24
**recognizing** [1] - 52:1
**recommend** [1] - 27:6
**recommendation** [14] - 3:23, 9:16, 11:17, 11:21, 26:16, 26:19, 30:17, 36:5, 38:6, 42:15, 68:18, 84:20, 84:23
**recommendations** [2] - 36:19, 37:18
**recommended** [4] - 30:23, 31:25, 36:16, 37:15
**recommending** [3] - 11:22, 12:6, 36:11
**record** [16] - 2:5, 2:9, 2:13, 2:25, 39:19, 39:21, 54:16, 60:8, 63:21, 63:22, 63:23, 69:15, 80:4, 84:5, 85:5, 85:7
**recording** [1] - 3:10
**records** [1] - 69:7
**reduce** [1] - 29:20
**refer** [2] - 15:2, 24:5
**reference** [1] - 71:9
**referring** [1] - 40:17
**reflect** [4] - 52:13, 52:16, 68:24, 76:9
**reflection** [1] - 26:25
**reflective** [1] - 62:8
**Reform** [1] - 80:21
**refrain** [1] - 81:23
**refrained** [1] - 44:13
**regaining** [1] - 73:11
**regard** [6] - 13:9, 15:22, 15:23, 31:7,

32:11, 34:24
**regarding** [3] - 70:5, 76:24, 79:23
**regardless** [1] - 78:25
**regretful** [2] - 58:18, 62:9
**regrets** [2] - 43:3, 50:21
**regular** [1] - 55:7
**regulations** [1] - 82:11
**rehabilitate** [2] - 48:22
**rehabilitation** [5] - 43:9, 51:8, 51:9, 63:7, 69:2
**reign** [1] - 20:19
**related** [4] - 41:15, 55:13, 69:22
**relationship** [2] - 20:16, 62:6
**release** [6] - 11:2, 11:18, 31:12, 79:18, 83:1, 83:10
**relevant** [1] - 68:19
**relied** [1] - 7:12
**relieved** [1] - 41:23
**religious** [1] - 82:18
**relying** [2] - 8:10, 54:23
**remaining** [3] - 10:13, 40:7, 70:7
**remind** [1] - 74:2
**reminded** [1] - 3:9
**remorse** [9] - 25:5, 25:11, 25:12, 25:15, 25:18, 27:1, 32:11, 49:16, 75:23
**remorseful** [7] - 32:8, 43:3, 45:8, 45:20, 46:1, 47:9, 59:24
**remotely** [1] - 3:2
**removal** [1] - 3:13
**remove** [1] - 58:14
**removes** [1] - 21:15
**repeat** [3] - 41:25, 61:6, 64:14
**repeated** [1] - 45:11
**repeating** [2] - 45:10, 64:7
**replete** [1] - 32:10
**reply** [1] - 38:9
**report** [16] - 3:22, 5:3, 5:21, 5:25, 7:24, 8:7, 9:2, 9:15, 9:22, 25:9, 53:1, 53:12, 55:18, 67:14, 68:17, 83:11
**reported** [1] - 1:23
**Reporter** [3] - 1:21, 1:22, 85:25
**represent** [1] - 55:22
**Representatives'** [1] -

29:19
**represented** [1] - 46:23
**republic** [2] - 71:8, 71:9
**republican** [1] - 52:11
**request** [4] - 11:19, 36:23, 67:6, 84:2
**requested** [2] - 67:22, 82:25
**require** [1] - 41:14
**required** [1] - 82:15
**requires** [3] - 5:14, 29:25, 40:4
**residence** [3] - 82:17, 83:13, 84:22
**resolve** [1] - 5:5
**resolved** [1] - 77:1
**resources** [2] - 65:1, 65:3
**respect** [3] - 65:10, 68:25, 76:10
**respectful** [2] - 61:11, 61:13
**respectively** [1] - 34:19
**respond** [2] - 46:11, 64:3
**responded** [1] - 71:20
**response** [1] - 72:12
**responsibility** [4] - 10:20, 26:25, 44:3, 49:16
**responsible** [1] - 45:16
**rest** [1] - 65:22
**Restitution** [9] - 39:25, 40:3, 40:10, 40:20, 41:9, 41:13, 41:22, 42:4, 69:19
**restitution** [25] - 11:4, 39:1, 39:14, 39:19, 39:23, 40:3, 40:4, 40:6, 40:12, 41:12, 41:14, 41:19, 41:24, 52:25, 53:20, 63:12, 69:9, 69:10, 69:12, 69:24, 70:2, 70:3, 81:6, 81:7, 82:2
**restricted** [8] - 3:14, 6:20, 10:13, 10:18, 40:8, 70:7, 70:17, 82:17
**result** [1] - 3:13
**resulting** [1] - 10:20
**results** [2] - 10:22, 40:9
**resumed** [1] - 77:11
**review** [2] - 9:23, 80:10

**reviewed** [6] - 3:21, 3:25, 4:2, 4:5, 7:11, 80:10
**reviewer** [1] - 78:24
**reviewing** [1] - 68:16
**revolution** [1] - 73:15
**reward** [1] - 47:8
**rewarded** [1] - 46:25
**rhetoric** [1] - 44:16
**Ridge** [2] - 34:19, 37:4
**rightfully** [1] - 65:21
**rings** [1] - 25:15
**riot** [3] - 22:10, 70:20, 77:15
**rioter** [1] - 75:9
**rioters** [9] - 18:3, 19:16, 22:21, 26:7, 35:17, 35:24, 76:14, 76:18, 76:23
**riotous** [1] - 73:9
**risk** [1] - 51:15
**ROBERT** [1] - 1:5
**Robert** [3] - 2:4, 75:9, 80:23
**role** [4] - 42:24, 48:5, 48:6, 74:12
**room** [1] - 60:14
**Room** [1] - 81:12
**Room** [2] - 21:14, 21:15
**royally** [1] - 66:7
**RPR** [3] - 1:21, 85:15, 85:25
**ruin** [1] - 51:22
**rules** [2] - 31:8, 82:11

# S

**Saint** [2] - 1:21, 85:25
**SAINT** [1] - 85:15
**Saint-Loth** [2] - 1:21, 85:25
**SAINT-LOTH** [1] - 85:15
**sales** [1] - 77:10
**sanctions** [2] - 3:13, 3:15
**sat** [1] - 75:22
**satisfied** [1] - 9:10
**saved** [1] - 55:18
**saw** [6] - 20:11, 35:8, 50:15, 56:9, 72:21
**scaffold** [1] - 22:8
**scaffolding** [4] - 22:17, 73:8, 73:18, 76:22
**scam** [1] - 44:20
**scared** [4] - 23:9, 72:14, 73:23, 74:6
**scaring** [1] - 74:4

**scheduling** [1] - 67:9
**school** [2] - 58:1, 62:4
**SCHORNAK** [1] - 1:5
**Schornak** [78] - 2:4, 2:17, 2:20, 4:17, 9:8, 10:2, 10:7, 13:5, 13:8, 14:3, 15:17, 17:21, 17:23, 18:4, 18:12, 18:17, 18:24, 19:1, 19:12, 19:20, 19:25, 20:23, 21:10, 26:1, 27:9, 29:8, 34:10, 42:14, 42:22, 44:1, 45:13, 46:23, 47:5, 48:14, 49:25, 50:4, 50:11, 51:5, 51:10, 51:12, 54:4, 54:7, 54:10, 54:11, 54:13, 56:24, 57:5, 58:3, 58:13, 58:22, 59:24, 61:9, 61:17, 61:19, 62:6, 62:11, 62:12, 62:15, 62:18, 64:4, 64:9, 66:13, 67:7, 67:10, 67:17, 67:19, 67:21, 68:6, 68:11, 68:16, 69:2, 69:5, 70:6, 70:14, 76:17, 80:13, 80:24
**Schornak's** [9] - 2:23, 4:6, 4:7, 18:23, 19:9, 45:2, 50:8, 55:2, 56:9
**SCHUCK** [1] - 1:20
**Schuck** [1] - 2:6
**scope** [1] - 76:1
**score** [2] - 10:10
**scream** [2] - 57:22, 58:5
**screaming** [1] - 60:9
**screenshot** [1] - 15:21
**screwed** [1] - 66:7
**scrutinizing** [1] - 79:7
**search** [2] - 43:22, 43:24
**seat** [1] - 85:3
**seated** [4] - 8:23, 9:7, 9:19, 84:9
**second** [3] - 5:6, 9:25, 13:12
**seconds** [3] - 19:21, 21:21, 60:16
**Section** [22] - 10:12, 11:15, 34:2, 39:24, 39:25, 40:2, 40:16, 40:23, 68:20, 69:3, 69:16, 70:1, 70:8, 79:19, 80:3, 80:22, 81:5, 82:3, 82:6, 83:14, 83:19

**secured** [1] - 6:17
**see** [19] - 6:22, 8:18, 13:17, 13:25, 16:11, 16:20, 19:15, 19:24, 20:15, 21:2, 21:17, 21:19, 22:2, 23:7, 36:8, 53:16, 72:13, 72:18, 73:21
**seeking** [4] - 27:14, 31:10, 71:22, 75:25
**seeks** [1] - 75:11
**seem** [5] - 18:22, 44:14, 46:12, 63:18, 74:8
**seemingly** [1] - 78:22
**sees** [1] - 58:19
**segue** [1] - 51:23
**seized** [1] - 38:3
**Select** [13] - 26:11, 26:13, 26:21, 26:24, 27:7, 28:22, 28:25, 47:20, 49:14, 75:25, 76:5, 77:18, 80:6
**select** [5] - 46:3, 46:24, 48:18, 49:8, 56:6
**self** [1] - 45:21
**self-serving** [1] - 45:21
**Senate** [13] - 16:4, 16:10, 16:13, 16:14, 16:24, 22:5, 22:16, 32:15, 37:22, 37:25, 73:17, 75:4
**Senator** [2] - 60:11, 60:14
**sense** [1] - 37:14
**sensitive** [1] - 70:17
**sent** [4] - 23:5, 54:4, 73:12, 73:15
**sentence** [28] - 5:15, 5:16, 12:9, 28:4, 28:8, 29:20, 30:1, 38:24, 42:14, 60:19, 63:9, 63:10, 68:12, 68:13, 68:21, 68:23, 69:6, 76:9, 76:11, 78:12, 78:18, 79:11, 80:14, 80:20, 83:13, 83:15, 83:21, 84:4
**sentenced** [7] - 38:14, 59:11, 59:13, 59:16, 60:23, 79:18, 80:24
**sentences** [5] - 12:4, 33:21, 37:15, 69:6, 79:25

**Sentencing** [1] - 80:21
**SENTENCING** [1] - 1:8
**sentencing** [77] - 2:23, 2:24, 3:8, 3:23, 3:25, 4:4, 4:5, 4:20, 4:23, 5:1, 5:8, 5:13, 6:7, 6:14, 6:23, 6:25, 7:10, 8:9, 9:15, 9:17, 9:23, 10:1, 10:23, 11:16, 12:3, 12:13, 13:16, 13:18, 14:9, 15:17, 16:7, 16:12, 16:19, 20:9, 22:6, 23:12, 24:4, 24:20, 25:4, 25:6, 25:13, 26:18, 26:19, 27:9, 27:11, 28:24, 29:10, 29:14, 30:1, 30:2, 32:9, 32:10, 34:13, 36:4, 37:1, 38:17, 39:9, 41:17, 41:20, 44:14, 45:25, 49:14, 49:22, 58:22, 58:25, 61:5, 68:14, 68:16, 68:17, 68:22, 69:23, 69:25, 71:11, 78:1, 78:15, 79:23, 83:25
**sentencings** [2] - 33:24, 41:6
**separate** [1] - 81:2
**separated** [1] - 85:6
**September** [2] - 25:1, 25:9
**Sergeant** [1] - 71:25
**serious** [2] - 51:20, 76:16
**seriously** [1] - 51:22
**seriousness** [4] - 68:24, 76:9, 78:3, 78:15
**serve** [2] - 31:25, 82:6
**served** [3] - 30:18, 81:2, 82:8
**service** [5] - 11:19, 11:20, 42:17, 63:11, 73:12
**services** [1] - 82:18
**serving** [1] - 45:21
**sessions** [1] - 48:15
**set** [4] - 3:20, 11:14, 12:13, 68:19
**several** [4] - 24:8, 24:12, 46:14, 58:17
**shake** [2] - 58:5, 72:5
**shall** [7] - 81:8, 81:15, 82:4, 82:8, 83:7, 83:10, 85:20
**sham** [1] - 44:21
**shameful** [1] - 58:14
**share** [1] - 83:2

**sharing** [2] - 14:5, 14:10
**Sherrill** [1] - 81:12
**shifting** [1] - 44:15
**shit** [1] - 73:14
**shook** [1] - 74:2
**short** [1] - 70:12
**shorthand** [1] - 1:23
**show** [4] - 32:13, 47:9, 53:17, 55:2
**showed** [1] - 55:8
**showing** [1] - 73:12
**shown** [2] - 18:5, 25:5
**shows** [6] - 13:5, 13:19, 15:17, 16:23, 17:11, 57:9
**sic** [2] - 41:22, 46:25
**side** [1] - 9:20
**signatory** [1] - 85:22
**significant** [1] - 63:11
**similar** [4] - 30:3, 69:7, 69:8
**similarities** [1] - 35:21
**similarly** [1] - 36:21
**sincere** [2] - 25:12, 78:5
**sincerity** [1] - 62:22
**singing** [1] - 35:19
**single** [2] - 11:3, 52:5
**Sister** [1] - 35:20
**sit** [1] - 52:15
**sitting** [2] - 7:5, 63:14
**situated** [1] - 36:21
**situation** [5] - 32:5, 32:13, 51:3, 61:25, 72:20
**six** [1] - 16:9
**slap** [1] - 32:3
**small** [2] - 7:13, 77:1
**smoked** [1] - 60:13
**social** [6] - 13:8, 13:22, 13:23, 15:3, 15:7, 56:8
**solid** [1] - 78:7
**someone** [2] - 14:15, 73:20
**sometime** [1] - 44:19
**somewhere** [2] - 28:11, 33:4
**son** [5] - 24:21, 66:16, 71:1, 77:9, 78:9
**soon** [1] - 82:14
**sorry** [9] - 4:18, 6:6, 8:4, 32:9, 34:23, 43:23, 45:16, 64:15, 74:7
**sort** [12] - 13:23, 14:2, 29:3, 37:14, 41:8, 47:8, 48:24, 51:24,

55:22, 56:7, 56:8, 63:23
**sorts** [3] - 50:8, 51:21, 59:7
**sound** [1] - 19:25
**source** [2] - 15:20, 78:8
**souvenir** [2] - 22:23, 23:1
**spaces** [1] - 75:4
**speaking** [1] - 67:18
**special** [7] - 11:3, 31:1, 79:20, 80:14, 81:1, 81:4, 82:4
**specific** [4] - 14:14, 47:8, 80:9, 80:12
**specifically** [2] - 13:18, 82:20
**spectrum** [1] - 42:19
**speculate** [1] - 41:4
**spend** [1] - 49:1
**spending** [1] - 75:2
**spent** [2] - 18:15, 48:13
**split** [1] - 21:21
**spoken** [4] - 26:11, 46:24, 49:7, 62:6
**spray** [4] - 17:18, 17:19, 19:2
**sprayed** [2] - 18:9, 35:7, 72:25
**spraying** [2] - 19:2, 19:8
**sprays** [1] - 17:18
**staff** [3] - 56:12, 64:22, 77:24
**stand** [3] - 7:1, 9:8, 68:12
**standard** [1] - 81:16
**Standing** [1] - 3:10
**standing** [3] - 16:25, 19:23, 25:17
**stands** [2] - 17:4, 73:10
**start** [1] - 5:20
**started** [3] - 35:19, 50:10, 72:9
**starting** [2] - 61:5, 72:11
**starts** [1] - 10:16
**state** [4] - 2:8, 2:12, 80:20, 81:21
**statement** [7] - 25:1, 43:5, 45:22, 52:21, 52:22, 53:3, 66:24, 66:25, 67:6, 85:4
**statements** [2] - 24:25, 77:17
**states** [1] - 22:15
**States** [7] - 2:3, 2:15,

13:3, 40:16, 46:13, 59:14, 81:9
**STATES** [4] - 1:1, 1:3, 1:9, 1:11
**States'** [1] - 46:8
**statistics** [1] - 12:3
**statue** [2] - 21:12, 21:15
**statute** [7] - 10:15, 10:24, 34:2, 34:12, 34:18, 40:13, 63:17
**statutes** [2] - 39:23, 40:7
**statutorily** [1] - 30:19
**statutory** [2] - 42:7, 83:16
**stay** [3] - 66:21, 71:8, 71:17
**stay-at-home** [1] - 66:21
**stayed** [1] - 45:5
**staying** [2] - 66:15, 66:18
**Steal** [1] - 13:2
**steal** [2] - 35:13, 35:15, 75:16
**stealing** [1] - 26:6
**stenographic** [1] - 85:17
**step** [7] - 5:1, 5:6, 5:11, 5:14, 9:25, 11:13, 64:10
**stepped** [1] - 21:13
**steps** [2] - 4:21, 22:22
**stick** [1] - 55:14
**sticking** [2] - 32:4, 39:2
**still** [8] - 3:3, 39:2, 48:10, 52:10, 66:1, 66:2, 66:18, 71:22
**stirred** [1] - 72:10
**stole** [7] - 21:24, 22:16, 22:20, 22:25, 35:23, 73:3, 73:17
**stolen** [2] - 71:8, 71:10
**stood** [2] - 32:15, 32:16
**Stop** [1] - 13:2
**stop** [1] - 18:14
**stopping** [2] - 17:1, 70:21
**store** [1] - 52:4
**storm** [1] - 62:5
**stormed** [3] - 23:6, 73:14, 73:20
**strange** [1] - 45:7
**Street** [1] - 1:12
**street** [1] - 52:5
**strictly** [1] - 3:12

**strolling** [1] - 19:13
**struck** [1] - 43:5
**struggle** [1] - 62:10
**struggled** [2] - 49:9
**studied** [1] - 77:7
**stuff** [1] - 45:4
**stunned** [1] - 59:23
**style** [1] - 13:1
**subject** [3] - 5:7, 31:11, 34:13
**submissions** [1] - 3:18
**submit** [6] - 26:18, 47:18, 52:12, 67:25, 81:24, 82:13
**submitted** [7] - 4:3, 4:6, 5:4, 5:24, 68:15, 71:11, 78:5
**subsection** [1] - 70:2
**substance** [4] - 27:16, 81:22, 81:23, 82:19
**substantial** [1] - 42:16
**substantially** [1] - 52:3
**subtracted** [1] - 10:19
**succeeded** [1] - 70:20
**successful** [2] - 60:2, 76:5
**sucked** [1] - 78:20
**sudden** [1] - 48:24
**sufficient** [4] - 63:10, 68:21, 78:18, 80:18
**sufficiently** [1] - 50:22
**suggest** [1] - 18:23
**suggested** [1] - 20:9
**supervised** [4] - 11:2, 11:18, 31:12, 79:18
**supervision** [12] - 30:9, 30:12, 30:13, 30:20, 30:21, 30:25, 31:15, 31:21, 81:15, 81:17, 81:19, 81:25
**supervisors** [1] - 7:11
**supplement** [2] - 46:5, 60:8
**supplemental** [1] - 4:1
**supplemented** [2] - 4:4, 9:23
**support** [5] - 44:7, 50:6, 54:14, 58:8, 78:8
**supporting** [3] - 20:15, 25:14, 55:20
**supports** [1] - 75:10
**supposed** [2] - 17:3, 66:24
**surrounding** [1] - 78:21
**symbol** [1] - 73:9
**system** [1] - 77:3

**T**

**table** [2] - 2:10, 2:13
**tactical** [7] - 12:25, 13:5, 13:13, 13:19, 26:5, 71:2, 74:19
**teach** [1] - 63:6
**tear** [2] - 72:25, 73:19
**technology** [1] - 82:22
**teeth** [1] - 32:4
**teleconference** [1] - 3:9
**television** [1] - 23:21
**temporarily** [1] - 38:3
**ten** [2] - 57:1, 60:14
**tens** [1] - 56:18
**term** [8] - 30:14, 30:18, 30:20, 30:23, 31:18, 79:15, 79:16, 80:24
**terms** [18] - 8:14, 14:16, 14:25, 15:23, 25:11, 28:3, 28:12, 29:10, 29:15, 31:8, 35:11, 35:21, 39:16, 39:20, 45:17, 54:3, 66:14, 84:21
**terrible** [1] - 65:8
**test** [2] - 79:8, 81:24
**testimony** [2] - 27:10, 27:16
**tests** [1] - 81:25
**text** [1] - 73:12
**texts** [1] - 14:15
**THE** [126] - 1:1, 1:8, 1:11, 1:15, 2:2, 2:10, 2:16, 2:19, 2:21, 2:22, 4:12, 4:15, 4:17, 4:19, 5:19, 5:20, 6:3, 6:9, 6:13, 7:2, 7:4, 7:7, 7:14, 7:19, 7:24, 8:2, 8:5, 8:13, 8:16, 8:22, 8:25, 9:4, 9:7, 9:12, 9:13, 9:18, 9:19, 11:9, 11:11, 12:2, 13:21, 14:12, 14:23, 15:9, 15:11, 17:13, 18:14, 18:19, 18:22, 19:11, 20:14, 21:6, 21:23, 25:23, 26:23, 28:5, 28:15, 29:3, 29:14, 29:24, 31:13, 31:17, 32:21, 33:1, 33:3, 33:7, 33:10, 33:13, 33:16, 34:23, 35:1, 35:13, 35:25, 36:6, 36:8, 37:6, 37:8, 37:12, 37:25,

38:3, 38:18, 38:20, 38:25, 39:5, 39:18, 40:19, 41:2, 41:5, 42:2, 42:9, 42:11, 43:4, 43:10, 43:21, 47:11, 49:12, 52:19, 53:10, 54:18, 57:10, 57:12, 57:20, 59:15, 60:22, 61:3, 61:21, 63:21, 64:2, 64:8, 64:12, 65:25, 66:6, 66:13, 66:17, 67:2, 67:5, 68:1, 68:10, 84:7, 84:9, 84:14, 84:18, 84:23, 84:25, 85:3, 85:10
**theft** [2] - 21:8, 76:21
**then-President** [2] - 44:24, 58:8
**theories** [2] - 78:24, 78:25
**thereafter** [1] - 82:1
**therefore** [4] - 28:23, 41:23, 47:3, 63:9
**thinking** [2] - 22:20, 74:9
**third** [1] - 5:11
**thoughtful** [1] - 77:21
**thousands** [2] - 56:18, 78:16
**three** [10] - 10:7, 24:21, 30:8, 30:13, 30:21, 32:2, 34:6, 44:4, 59:12, 59:17
**throughout** [5] - 25:15, 55:4, 55:23, 60:10, 62:5
**throwing** [1] - 17:16
**thrown** [1] - 57:2
**timestamp** [2] - 33:17
**Title** [6] - 40:12, 40:16, 40:21, 40:22, 41:7, 69:20
**Today** [1] - 74:1
**today** [8] - 4:20, 23:9, 31:4, 50:20, 68:18, 73:23, 77:21, 84:15
**together** [2] - 58:1, 74:18
**took** [19] - 13:1, 18:17, 19:20, 20:2, 20:12, 21:17, 22:17, 22:25, 24:18, 25:6, 44:10, 59:12, 59:18, 61:5, 73:7, 73:18, 74:22, 75:8
**toolbox** [1] - 73:2
**tools** [1] - 73:2
**top** [2] - 58:20, 72:15
**total** [5] - 10:21,

32:24, 80:15, 82:6, 85:5
**totally** [1] - 65:5
**towards** [8] - 10:9, 19:3, 62:19, 62:23, 72:3, 72:20
**traffic** [1] - 55:25
**traits** [1] - 78:10
**transcribed** [2] - 26:12, 47:2
**transcript** [4] - 1:23, 85:17, 85:18, 85:21
**TRANSCRIPT** [1] - 1:8
**transcription** [2] - 1:24, 47:3
**transcripts** [1] - 31:5
**transition** [3] - 70:23, 79:9, 79:13
**translation** [2] - 67:15, 67:24
**transmission** [1] - 3:4
**transparent** [1] - 37:20
**travel** [1] - 74:18
**traveled** [1] - 70:25
**travels** [1] - 18:7
**treated** [1] - 27:13
**treating** [2] - 20:8, 27:12
**treatment** [1] - 82:19
**trespass** [4] - 6:17, 10:17, 70:10, 70:12
**tried** [4] - 17:20, 35:6, 63:5, 74:2
**triggered** [1] - 11:4
**trip** [1] - 76:20
**troops** [1] - 23:3
**trouble** [2] - 52:2, 62:21
**troubled** [1] - 77:14
**troublesome** [2] - 76:13, 76:18
**true** [4] - 55:23, 70:12, 85:16, 85:17
**Trump** [5] - 44:24, 55:20, 56:12, 57:23, 58:8
**Trump-supporting** [1] - 55:20
**try** [4] - 46:16, 46:17, 55:1, 73:2
**trying** [12] - 14:16, 14:20, 17:4, 19:3, 19:16, 19:17, 23:3, 30:1, 37:17, 50:6, 51:5, 74:15
**Tryon** [3] - 34:19, 34:24, 35:6, 35:10
**Tryon's** [1] - 35:12
**turn** [3] - 11:11, 24:15,

43:9
**turned** [3] - 74:8, 77:16
**turning** [1] - 72:9
**Twisted** [1] - 35:19
**two** [23] - 6:15, 10:7, 10:16, 10:19, 19:5, 19:19, 19:22, 20:3, 20:17, 22:8, 36:10, 36:16, 39:22, 42:16, 50:10, 54:21, 62:24, 80:17, 81:2, 81:25, 82:8, 82:14
**two-offense** [1] - 6:15
**two-week** [1] - 80:17
**type** [1] - 75:12
**types** [1] - 69:5
**tyranny** [2] - 23:9, 73:23

## U

**U.S** [18] - 1:12, 11:20, 28:16, 28:18, 28:23, 40:23, 42:15, 47:13, 47:23, 49:5, 49:19, 51:8, 82:15, 82:21, 82:23, 83:3, 83:5, 83:12
**U.S.C** [15] - 10:12, 39:24, 39:25, 68:20, 69:3, 69:16, 70:1, 70:8, 79:19, 80:22, 81:5, 82:3, 82:6, 83:14, 83:19
**ultimately** [2] - 36:14, 38:6
**unable** [1] - 84:1
**unavailable** [1] - 83:21
**unaware** [2] - 26:19, 26:22
**uncertain** [1] - 45:17
**uncritical** [1] - 78:24
**under** [35] - 3:9, 6:16, 10:15, 10:18, 10:20, 10:24, 10:25, 11:5, 24:14, 30:19, 30:25, 31:20, 31:23, 34:2, 38:15, 38:16, 39:24, 40:11, 40:15, 40:21, 40:22, 41:6, 41:7, 41:8, 41:12, 41:22, 45:17, 47:1, 53:24, 63:17, 68:1, 69:19, 69:25, 79:19, 82:2
**underlying** [1] - 36:22
**undermine** [1] - 73:10
**understood** [1] - 45:19

**undertaken** [1] - 12:16
**undisputed** [1] - 9:22
**unemployed** [1] - 53:13
**unfold** [1] - 32:16
**unfortunate** [1] - 78:10
**unfortunately** [1] - 48:9
**unidentified** [1] - 14:7
**unique** [2] - 12:8, 37:10, 80:8
**UNITED** [4] - 1:1, 1:3, 1:9, 1:11
**United** [8] - 2:3, 2:15, 13:3, 40:16, 46:8, 46:13, 59:14, 81:9
**unlawful** [5] - 26:8, 30:11, 70:16, 71:4, 81:23
**unlawfully** [3] - 19:6, 70:17, 81:22
**unless** [1] - 38:10
**unpatriotic** [2] - 43:1, 58:14
**unwarranted** [4] - 30:2, 34:13, 69:6, 79:23
**up** [28] - 2:11, 4:24, 10:24, 10:25, 11:1, 17:24, 19:16, 20:13, 21:12, 30:8, 35:17, 35:18, 45:25, 49:4, 50:18, 50:20, 53:22, 55:5, 57:3, 57:25, 60:3, 65:3, 66:7, 72:10, 73:5, 78:22, 79:4, 79:18
**updated** [3] - 39:6, 39:11, 39:16
**upper** [1] - 21:19

## V

**v)(ii** [1] - 6:19
**variety** [1] - 70:16
**various** [1] - 25:24
**vast** [1] - 12:4
**vehicle** [1] - 35:18
**velvet** [1] - 21:14
**version** [1] - 7:15
**versus** [3] - 2:3, 14:15, 59:14
**vest** [11] - 12:25, 13:5, 13:13, 13:20, 15:18, 15:23, 26:6, 71:2, 71:23, 74:16, 74:19
**via** [1] - 2:7
**Vice** [1] - 77:25

**victim** [4] - 41:19, 69:14, 69:24, 81:10
**Victim** [1] - 39:23
**victim's** [2] - 41:16, 69:22
**victimized** [1] - 60:15
**victims** [1] - 69:9
**Victims** [9] - 39:24, 40:3, 40:10, 40:20, 41:8, 41:13, 41:22, 42:3, 69:18
**video** [11] - 4:2, 9:24, 15:19, 17:11, 17:13, 17:23, 19:9, 19:11, 19:15, 21:9, 73:15
**videoconference** [1] - 3:11
**videotape** [1] - 73:4
**videotapes** [1] - 21:3
**view** [3] - 31:17, 60:3, 61:8
**viewed** [1] - 20:23
**violation** [3] - 3:12, 40:23, 70:7
**violence** [13] - 12:20, 26:5, 32:19, 54:24, 55:10, 55:17, 57:6, 57:8, 57:13, 58:9, 70:15, 76:13, 76:15
**violent** [2] - 19:15, 20:24
**Virginia** [1] - 56:15
**visitor** [5] - 17:10, 21:12, 21:19, 75:3, 75:17
**voice** [1] - 72:6
**void** [1] - 85:20
**voluntarily** [2] - 27:6, 47:18
**voluntary** [1] - 26:24
**vortex** [1] - 78:21
**vote** [1] - 70:23
**votes** [1] - 70:24
**vs** [1] - 1:4

## W

**wait** [2] - 23:6, 73:21
**waived** [1] - 82:24
**walk** [2] - 72:9, 74:23
**walked** [7] - 21:14, 57:9, 61:14, 72:24, 73:4, 73:6
**walking** [2] - 21:20, 21:21
**walks** [1] - 21:12
**walls** [2] - 58:5, 72:5
**Walton** [3] - 35:4, 35:25, 36:4

**wandered** [1] - 76:19
**wants** [5] - 25:19, 28:11, 52:14, 52:18, 78:1
**war** [1] - 56:19
**warrant** [4] - 36:23, 43:22, 43:24
**warranted** [1] - 53:19
**warrants** [2] - 12:9, 34:16
**wash** [1] - 22:9
**Washington** [12] - 1:6, 1:17, 13:10, 13:14, 55:19, 57:21, 58:10, 61:23, 74:15, 74:19, 81:13, 83:6
**waste** [1] - 65:2
**wasting** [3] - 64:25, 65:2
**watch** [1] - 71:8
**watches** [1] - 17:4
**watching** [3] - 17:1, 31:7, 32:16
**waved** [2] - 22:17, 73:18
**wax** [1] - 38:1
**ways** [2] - 34:9, 58:3
**weapons** [1] - 55:14
**wearing** [3] - 13:5, 13:12, 13:19
**week** [3] - 71:6, 71:7, 80:17
**weighs** [1] - 79:13
**weight** [3] - 28:3, 28:5, 28:6
**West** [1] - 56:15
**whatsoever** [1] - 65:6
**White** [2] - 56:12, 56:14
**whole** [4] - 23:19, 38:1, 78:16, 80:9
**wide** [1] - 42:19
**Wiedrich** [2] - 22:24, 59:14
**wife** [8] - 43:20, 51:1, 51:16, 56:4, 65:20, 66:15, 66:18, 71:1
**willful** [1] - 68:3
**willing** [2] - 33:13, 53:4
**willingly** [1] - 50:17
**win** [2] - 48:4, 48:5
**window** [3] - 22:5, 35:8, 35:9
**windows** [1] - 22:9
**wing** [7] - 16:4, 16:10, 16:13, 16:14, 16:24, 22:5, 32:15
**Winn** [1] - 34:19
**wise** [1] - 46:12

**wish** [3] - 5:12, 5:13, 64:10
**Witness** [1] - 39:23
**witnessed** [2] - 32:19, 78:16
**witnesses** [1] - 48:4
**witnessing** [1] - 18:1
**won** [1] - 49:23
**wonder** [1] - 53:5
**word** [4] - 55:7, 55:9, 62:3, 70:12
**words** [2] - 25:10, 71:19
**world** [4] - 13:25, 14:11, 23:19, 56:24
**worse** [1] - 52:3
**worst** [1] - 42:24
**worth** [4] - 52:21, 53:2, 67:6, 71:20
**wrist** [1] - 32:3
**wrote** [5] - 7:23, 8:1, 8:9, 72:1, 74:5

## Y

**year** [8] - 11:1, 11:18, 30:20, 31:11, 43:20, 79:16, 79:17, 82:9
**years** [9] - 10:25, 30:8, 30:13, 30:21, 44:4, 50:10, 77:1, 77:3, 80:13
**years'** [5] - 11:21, 32:2, 42:16, 79:19, 80:25
**young** [5] - 10:8, 24:19, 50:9, 51:19, 77:8
**younger** [1] - 52:14
**yourself** [1] - 51:14
**YouTube** [2] - 45:9, 60:17

## Z

**zero** [3] - 10:10, 10:23, 11:24
**Zoom** [1] - 2:7