UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>ROBERT SCHORNAK )<br>)<br>Defendant. )<br>_____ ) | No.   21-cr-278 (BAH) |

### EMERGENCY MOTION TO EXTEND DEADLINE FOR SELF-SURRENDER

Robert Schornak, by and through his attorney, respectfully requests that this Court grant his Motion to Extend his Deadline for Self-Surrender.

On April 4, 2023, the United States Probation Office informed Mr. Schornak that he is required to surrender himself to a local jail on April 7, 2023.

This Court sentenced Mr. Schornak to 36 months of probation with the special condition of intermittent confinement, that is a sentence of incarceration for "twenty-eight days of intermittent confinement." The sentence is to be served in "two periods of fourteen days each within the defendant's first year of probation, at a facility designated by the Bureau of Prisons." ECF No. 71 at 5.

The Court sentenced Mr. Schornak in this manner so that his employment would not be jeopardized. Moreover, he was granted the opportunity to self-surrender in order for him to get his affairs in order prior to his sentence of incarceration, particularly since he has a very young child.

The requirement that Mr. Schornak report within 72 hours undermines the Court's intention and substantially disrupts Mr. Schornak's family situation beyond just punishment.

Since his sentencing date, Mr. Schornak has repeatedly requested the ability to serve his intermittent confinement but those requests have repeatedly been rejected. He has, in the meantime, completed 2 months of home detention and has not violated his conditions of probation.

Now with very little advance warning, Mr. Schornak is required to leave his work and family for two weeks. Mr. Schornak's family is not financially prepared for two weeks without his income and Mr. Schornak is concerned about the status of his employment given the lack of notice that he would provide. As a result, Mr. Schornak requests that he be permitted to extend his self-surrender date for thirty days so that his family may be better prepared for his incarceration.

The government does not oppose this Motion.

## Conclusion

Mr. Schornak thus requests that he be permitted to self-surrender date on a date at least thirty days in the future.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500